**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (to be admitted *pro hac vice*)
Kristina Mentone (to be admitted *pro hac vice*)
Gregory Potrepka (to be admitted *pro hac vice*)
Andrew Rocco (to be admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Plaintiff John P. Norton,*
  *On behalf of the Norton Family Living Trust*
  *UAD 11/15/2002, and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, and on behalf of all others similarly situated, | Case No. 3:21-cv-4080 |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF RELATED CASE** |
| NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, | |
| Defendants. | |

1

NOTICE OF RELATED CASE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Notice is hereby given that the above-captioned action filed in the Northern District of California is related to the consolidated putative class action captioned *In re Nutanix, Inc. Securities Litigation*, Case No. 3:19-cv-01651-WHO (N.D. Cal.). Under Civil L.R. 3-12(a), "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Pursuant to Civil L.R. 3-12(b), Plaintiff John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002, filed an Administrative Motion to Consider Whether Cases Should be Related ("Administrative Motion") concurrently herewith in the previously consolidated case. A copy of the Administrative Motion and accompanying papers are filed herewith as Exhibit 1.

Here, both matters are putative shareholder class actions that assert claims for alleged violations of the federal securities laws. They involve the same defendants and substantially similar transactions and events, as well as call for determination of identical or substantially similar questions of law and fact. Given these similarities, the litigation of these cases before different judges would result in the duplication of labor and expense for both parties and the Court. Plaintiff, therefore, requests that this action be assigned to the Honorable William H. Orrick, the Judge assigned to the first-filed action, captioned *In re Nutanix, Inc. Securities Litigation*, Case No. 3:19-cv-01651-WHO.

DATED: June 1, 2021

**LEVI & KORSINSKY, LLP**

*/s/ Adam C. McCall*
Shannon L. Hopkins
  (to be admitted *pro hac vice*)
Kristina Mentone
  (to be admitted *pro hac vice*)
Gregory Potrepka
  (to be admitted *pro hac vice*)
Andrew Rocco
  (to be admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

2

Adam M. Apton (SBM 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, California 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com


*Counsel for Plaintiff and the Class*

NOTICE OF RELATED CASE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Adam C. McCall*
ADAM C. MCCALL
