UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., et al.,<br><br>Defendants. | Case No. 21-cv-04080-WHO<br><br>**ORDER GRANTING MOTION TO APPOINT LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Re: Dkt. No. 16 |

Plaintiff John Norton moves for an order to be appointed as lead plaintiff in this case and to approve his selection of Levi & Korsinsky, LLP as lead counsel. Dkt. No. 16. No competing motions seeking appointment as lead plaintiff have been filed. Dkt. No. 20. Norton's motion is GRANTED. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Norton is appointed as lead plaintiff of the putative class and Levi & Korsinsky, LLP is approved as lead counsel. Within fourteen days, the parties shall jointly file a proposed schedule for the filing of an operative complaint and for defendants to file responsive pleadings to that complaint, and for an initial case management conference. If the parties cannot agree on a proposed schedule, they shall submit competing proposed schedules.

**IT IS SO ORDERED.**

Dated: September 8, 2021

William H. Orrick
United States District Judge