**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com


**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 273-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for John P. Norton, on behalf of the*
*Norton Family Living Trust UAD 11/15/2002*


## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, And DUSTON M. WILLIAMS,<br><br>    Defendants. | Case No. 3:21-cv-04080-WHO<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REVISED FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF LEAD PLAINTIFF'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REVISED FIRST AMENDED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

I, Gregory M. Potrepka, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Lead Plaintiff John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 ("Plaintiff" or "Norton"), and a member in good standing for the bar of the state of Connecticut. I was admitted *pro hac vice* by this Court on September 1, 2021. ECF 26.

2. I respectfully submit this Declaration and the Exhibits attached hereto in support of Plaintiff's Administrative Motion (the "Motion") for Leave to File a Revised First Amended Complaint for Violations of the Federal Securities Laws (the "RFAC").

3. On September 1, 2022, Plaintiff filed his First Amended Complaint for Violations of the Federal Securities Laws (the "FAC"). ECF No. 78. Additionally, on September 1, 2022, Plaintiffs in the related action *In re Nutanix, Inc. Sec. Litig.*, Case No. 3-19-CV-01651-WHO ("*Nutanix*") filed a Third Amended Complaint for Violations of the Federal Securities Laws ("TAC"). *Nutanix*, ECF No. 281.

4. Counsel for Norton coordinated with lead counsel for plaintiffs in the *Nutanix* action to ensure that the FAC and TAC would be substantially similar given the Court's preference that this action and the related *Nutanix* action be litigated "in close proximity to each other" due to the "seemingly obvious efficiencies" of addressing them together (*Nutanix* ECF No. 269; *Norton* ECF No. 60). These efforts included exchanging multiple drafts and iterations of amended complaints in the days leading up to September 1, 2022, complaints which alleged hundreds of paragraphs, and cited over 70 exhibits. However, last minute changes in the drafting process resulted in certain unintentional differences between the two pleadings.

5. Counsel for Defendants have informed the undersigned that Defendants will move to dismiss the FAC and TAC.

6. Plaintiff is filing the Motion to ensure that issues that are common to both cases can be litigated "in close proximity to each other," and to obviate case-specific issues regarding the peculiarities of one complaint versus another, including while briefing the motion to dismiss. The proposed RFAC would conform Plaintiff's complaint to plead ostensibly identical allegations as the TAC in the *Nutanix* action, except with respect to issues related to class membership. Accordingly, the RFAC will not prejudice Defendants as they already have to respond to nearly identical allegations in the TAC.

DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REVISED FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

7.      On September 7, 2022, the undersigned met and conferred with counsel for Defendants, Evan L. Seite and Laura G. Amadon, via teleconference and all counsel agreed that it would be preferrable for the parties and the Court if motion to dismiss briefing for both this action and the related *Nutanix* action could be accomplished in coordinated, omnibus briefs.

8.      On September 9, 2022, at 10:25 a.m. pacific daylight time, the undersigned emailed counsel for Defendants and advised them Norton would seek leave to file the RFAC to conform his pleading to the *Nutanix* action so that motion to dismiss briefing need not be directed to idiosyncrasies between the TAC and FAC.

9.      On September 12, 2022, the undersigned met and conferred with counsel for Defendants, including Evan L. Seite, and lead counsel for plaintiffs in the *Nutanix* action, via Microsoft Teams conferencing. In follow up to my September 9, 2022 email, the undersigned inquired whether Defendants would oppose a motion to conform Plaintiff's complaint to the TAC in the *Nutanix* action. Mr. Seite articulated that at that time he did not think that conforming the FAC to the TAC would be an issue.

10.     On September 14, 2022, Plaintiff sent Defendants a copy of the Motion and the proposed RFAC. Defendants changed their position and responded that the Motion falls outside of the Court's scheduling order and that they intend to oppose the Motion.

11.     Attached hereto are true and correct copies of the following exhibits that have been redacted with respect to information designated as CONFIDENTIAL by Defendants:

| Ex. | Document |
|---|---|
| 1 | Plaintiff's Redacted Revised First Amended Class Action Complaint |
| 2 | Exhibits 1 – 76<br>Filed Under Seal |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of September 2022.

/s/ *Gregory M. Potrepka*
Gregory M. Potrepka

DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF LEAD PLAINTIFF'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REVISED FIRST AMENDED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS