# Exhibit 2

# Exhibits 1-75

Filed Under Seal