**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com


**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 273-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for John P. Norton, on behalf of the*
*Norton Family Living Trust UAD 11/15/2002*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, And DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:21-cv-04080-WHO<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REVISED FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

Having considered Plaintiff's Administrative Motion for Leave to File a Revised First Amended Complaint for Violations of the Federal Securities Laws (the "RFAC"), and the exhibits thereto, the pleadings and filings herein and such other evidence and written or oral arguments as may be presented to the Court,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff shall file the [Proposed] Revised First Amended Complaint for Violations of the Federal Securities Laws.

IT IS SO ORDERED.

DATED: _____

_____
THE HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE