NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:         nlocker@wsgr.com
                   isalceda@wsgr.com
                   eseite@wsgr.com
                   browe@wsgr.com
                   lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| | CASE NO.:  3:19-cv-01651-WHO |
| | CASE NO.:  3:21-cv-04080-WHO |
| | **DECLARATION OF EVAN L. SEITE IN SUPPORT OF DEFENDANTS' PROPOSED BRIEFING SCHEDULE FOR MOTION TO DISMISS PRACTICE** |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, and on behalf of all others similarly situated,        Plaintiff,        v. NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

I, Evan L. Seite, hereby declare:

1.    I am an attorney duly licensed to practice law in the State of California and before this Court.  I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams in these actions.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.    Attached as Exhibit A is a true and accurate copy of an email exchange among counsel for the parties dated September 6 and 7, 2022.

3.    Attached as Exhibit B is a true and accurate copy of an email exchange among counsel for the parties dated September 13 and 14, 2022.

4.    Attached as Exhibit C is a true and accurate copy of an email exchange among counsel for the parties dated September 13 and 14, 2022.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.  Executed this 14th day of September, 2022, in Redwood City, California.

/s/ Evan L. Seite
Evan L. Seite

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Nina F. Locker, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: September 14, 2022

/s/ Nina F. Locker
Nina F. Locker

SEITE DEC. RE DEFS.' PROPOSED SCHEDULE     -1-
CASE NO. 3:19-CV-01651-WHO
CASE NO. 3:21-CV-04080-WHO