# EXHIBIT 1

| Nutanix Metrics | FY17 | | | | FY18 | | | |
|---|---|---|---|---|---|---|---|---|
| | Q1 Oct'16 | Q2 Jan'17 | Q3 Apr'17 | Q4 Jul'17 | Q1 Oct'17 | Q2 Jan'18 | Q3 Apr'18 | Q4 Jul'18 |
| **Pipeline Info** | | | | | | | | |
| Starting Pipeline | $941 | $1,109 | $1,208 | $1,582 | $1,823 | $2,145 | $2,186 | $2,528 |
| Pipeline Created in the Quarter | $489 | $524 | $709 | $717 | $799 | $777 | $943 | $1,076 |

| Nutanix Metrics | FY17 | | | | FY18 | | | |
|---|---|---|---|---|---|---|---|---|
| | Q1 Oct'16 | Q2 Jan'17 | Q3 Apr'17 | Q4 Jul'17 | Q1 Oct'17 | Q2 Jan'18 | Q3 Apr'18 | Q4 Jul'18 |
| **Bookings per Fully Ramped Reps** | | | | | | | | |
| Total - Average | $981,798 | $879,581 | $966,970 | $1,105,140 | $925,424 | $1,156,123 | $997,957 | $1,226,119 |
| **Bookings per Active Rep** | | | | | | | | |
| Total - Average | $716,338 | $637,520 | $720,568 | $850,438 | $766,457 | $949,393 | $715,076 | $879,056 |

| Nutanix Metrics | FY17 | | | | FY18 | | | |
|---|---|---|---|---|---|---|---|---|
| | Q1 Oct'16 | Q2 Jan'17 | Q3 Apr'17 | Q4 Jul'17 | Q1 Oct'17 | Q2 Jan'18 | Q3 Apr'18 | Q4 Jul'18 |
| **Sales Rep Info / Productivity** | | | | | | | | |
| **# of Fully Ramped Reps** | | | | | | | | |
| Total | 166 | 170 | 192 | 211 | 250 | 266 | 271 | 294 |
| **# of Active Reps** | | | | | | | | |
| Total | 294 | 318 | 340 | 357 | 395 | 411 | 473 | 497 |
| Ramped Reps % to Total Reps | 56% | 53% | 56% | 59% | 63% | 65% | 57% | 59% |

| Nutanix Metrics | FY17 | | | | FY18 | | | |
|---|---|---|---|---|---|---|---|---|
| | Q1 Oct'16 | Q2 Jan'17 | Q3 Apr'17 | Q4 Jul'17 | Q1 Oct'17 | Q2 Jan'18 | Q3 Apr'18 | Q4 Jul'18 |
| **Total Net Bookings** | **$220** | **$216** | **$264** | **$322** | **$307** | **$391** | **$316** | **$393** |