# EXHIBIT 3

| | |
|---|---|
| **From:** | Seite, Evan |
| **Sent:** | Wednesday, September 14, 2022 3:44 PM |
| **To:** | Greg Potrepka; Amadon, Laura |
| **Cc:** | Shannon Hopkins; Locker, Nicki; Amanda Miller; Salceda, Ignacio |
| **Subject:** | RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]Norton:  Draft Stipulation re Schedule |

Greg and Shannon,

I write to follow up on our conversation moments ago.  As I explained, Defendants do not believe that your proposed administrative motion is the appropriate avenue for amending Mr. Norton's claims.  The Court's schedule long contemplated a deadline for amendment without leave of court of September 1, 2022.  Mr. Norton's newly-proposed administrative motion is a substantive amendment to the complaint.  Among other things, his proposed amendment would excise at least six exhibits—constituting many thousands of pages—as well as modify several paragraphs of the complaint.  To the extent you have now articulated a purported filing mistake as the basis for the administrative motion (and our call was the first time that concept has been raised), Defendants do not understand how counsel for City of Miami, the co-plaintiff on the *Nutanix* complaint, signed off on a complaint for Mr. Norton that unintentionally included thousands of pages of exhibits that are specifically cited in in the body of Mr. Norton's complaint to purportedly substantiate his allegations of fraud.  Finally, Defendants see no issue with proceeding with the proposal we have previously set forth, i.e., a stipulated omnibus briefing schedule.  To the extent there are differences between the *Nutanix* and *Norton* complaints that bear on the motion practice, those differences can be easily handled—e.g., through a table of exhibits and specific citation format—that will make clear which exhibits and paragraphs from the *Norton* complaint are being referenced in the omnibus motion to dismiss briefing.

Defendants plan to provide further explanation and detail regarding the above in their opposition to Mr. Norton's administrative motion and reserve all rights.

Thanks,

Evan

**From:** Seite, Evan
**Sent:** Wednesday, September 14, 2022 3:01 PM
**To:** 'Greg Potrepka' <gpotrepka@zlk.com>; Amadon, Laura <lamadon@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>; Amanda Miller <amandamiller@zlk.com>; Salceda, Ignacio <ISalceda@wsgr.com>
**Subject:** RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]Norton: Draft Stipulation re Schedule

Greg,

Yes, we plan on providing a further response as soon as reasonably practicable given the availability of our team members, who are busy with various pre-existing commitments.  In the meantime, if you could articulate the *Norton* plaintiff's objection to Defendants' previous proposed stipulation regarding omnibus briefing, that would be helpful.  Among other things, we do not understand the implication that our proposal is not an "orderly way to proceed," as you suggest below.

Thanks,
Evan

**From:** Greg Potrepka <gpotrepka@zlk.com>
**Sent:** Wednesday, September 14, 2022 2:55 PM
**To:** Seite, Evan <eseite@wsgr.com>; Amadon, Laura <lamadon@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>; Amanda Miller
<amandamiller@zlk.com>; Salceda, Ignacio <ISalceda@wsgr.com>
**Subject:** RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]Norton: Draft Stipulation re Schedule

EXT - gpotrepka@zlk.com

Evan,

We've begun preparations for filing our administrative motion. Please let us know promptly if Defendants intend to provide any further response.

Best,
-Greg

**From:** Greg Potrepka
**Sent:** Wednesday, September 14, 2022 3:33 PM
**To:** 'Seite, Evan' <eseite@wsgr.com>; Amadon, Laura <lamadon@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>; Amanda Miller
<amandamiller@zlk.com>; Salceda, Ignacio <ISalceda@wsgr.com>
**Subject:** RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]Norton: Draft Stipulation re Schedule

Evan,

What's the basis of your opposition so that we may accurately describe it to the Court? The purpose of the *Norton* RFAC is to simply eliminate any differences between the *Norton* complaint and the *Nutanix* complaint (outside of class issues), given the shared interest in omnibus motion to dismiss briefing and the Court's previous directives to the parties regarding case management. The RFAC introduces literally no new allegations beyond those already asserted against Defendants in the *Nutanix* action. Indeed, that's the point. Accordingly, there is no burden or surprise to your clients if our motion is granted, whereas there are mutual benefits of having the pleadings in the two cases conformed to one another.

We intend to inform the Court that omnibus briefing can be accomplished by agreement if the administrative motion is granted.

Best,
-Greg

**From:** Seite, Evan <eseite@wsgr.com>
**Sent:** Wednesday, September 14, 2022 1:59 PM
**To:** Greg Potrepka <gpotrepka@zlk.com>; Amadon, Laura <lamadon@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>; Amanda Miller
<amandamiller@zlk.com>; Salceda, Ignacio <ISalceda@wsgr.com>
**Subject:** [External]RE: [External]RE: [External]RE: [External]RE: [External]Norton: Draft Stipulation re Schedule

Greg,

2

While Defendants are amenable to omnibus motion to dismiss briefing pursuant to our previous proposed stipulations, we are not amenable to the *Norton* Plaintiff's proposed administrative motion to file another amended complaint and will oppose it.  Accordingly, if you move forward with filing the administrative motion, we request that you include the following language in the main body of the brief:  "Defendants oppose this administrative motion and will submit their opposition papers pursuant to the procedure set forth in Civil Local Rule 7-11(c)."

Best,
Evan

**From:** Greg Potrepka <gpotrepka@zlk.com>
**Sent:** Wednesday, September 14, 2022 7:09 AM
**To:** Amadon, Laura <lamadon@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>; Seite, Evan <eseite@wsgr.com>; Amanda Miller <amandamiller@zlk.com>
**Subject:** RE: [External]RE: [External]RE: [External]RE: [External]Norton: Draft Stipulation re Schedule

EXT - gpotrepka@zlk.com

Laura,

As discussed, we think that the most orderly way to proceed in accordance with Judge Orrick's preferences is to maximize the similarities between the two complaints. We've prepared the attached administrative motions and our proposed Revised First Amended Complaint which we intend to file today. Can you confirm Defendants do not oppose?

Thanks,
-Greg

**From:** Amadon, Laura <lamadon@wsgr.com>
**Sent:** Tuesday, September 13, 2022 3:01 PM
**To:** Greg Potrepka <gpotrepka@zlk.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>; Seite, Evan <eseite@wsgr.com>
**Subject:** [External]RE: [External]RE: [External]RE: [External]Norton: Draft Stipulation re Schedule

Greg,

We think that the draft stipulation we just circulated to the broader group addresses the shared goal of an efficient single set of briefing and obviates the need for an administrative motion.  Please let us know on the stipulation chain if you have any edits or are signed off.

Best,

Laura

**From:** Greg Potrepka <gpotrepka@zlk.com>
**Sent:** Friday, September 9, 2022 1:25 PM
**To:** Seite, Evan <eseite@wsgr.com>; Amadon, Laura <lamadon@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>
**Subject:** RE: [External]RE: [External]RE: [External]Norton: Draft Stipulation re Schedule

EXT - gpotrepka@zlk.com

Evan,

Thank you for meeting with us on Wednesday. Given that we agreed it would be most efficient to brief the motion to dismiss with a single set of briefing (*i.e.*, one motion, one opposition, one reply) applicable to both the *Nutanix* action and the *Norton* action, we think that it makes sense for us to file an administrative motion in the *Norton* action requesting leave to file a Revised First Amended Complaint that would render the *Norton* complaint substantively identical to the *Nutanix* action's Third Amended Complaint (*i.e.*, identical exhibits, etc.). That way, there will be no need by either Defendants or Plaintiffs to direct their arguments to individual pleadings.  We will of course send you a copy of the administrative motion and the proposed Revised First Amended Complaint, but can you let me know whether Defendants are agreeable in principle to proceeding this way? Our goal would be to file our administrative motion contemporaneous with the parties' scheduling stip.

Best,
-Greg

**From:** Seite, Evan <eseite@wsgr.com>
**Sent:** Wednesday, September 7, 2022 3:14 PM
**To:** Greg Potrepka <gpotrepka@zlk.com>; Amadon, Laura <lamadon@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>
**Subject:** [External]RE: [External]RE: [External]Norton: Draft Stipulation re Schedule

You can call me and I'll grab Laura.  I'm at 515-708-5308.

**From:** Greg Potrepka <gpotrepka@zlk.com>
**Sent:** Wednesday, September 7, 2022 12:08 PM
**To:** Seite, Evan <eseite@wsgr.com>; Amadon, Laura <lamadon@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>
**Subject:** Re: [External]RE: [External]Norton: Draft Stipulation re Schedule

EXT - gpotrepka@zlk.com

We're on a break from a deposition and have few minutes, if you're still available nowish. What number works best?

**From:** Seite, Evan <eseite@wsgr.com>
**Sent:** Wednesday, September 7, 2022 11:53 AM
**To:** Greg Potrepka <gpotrepka@zlk.com>; Amadon, Laura <lamadon@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>; Locker, Nicki <NLocker@wsgr.com>
**Subject:** [External]RE: [External]Norton: Draft Stipulation re Schedule

Greg,

First, we think your proposed edits to the stipulation last night are generally acceptable.  We will turn a new version shortly that we expect will be in line with your suggestions.

Laura and I are available until 9:30 and 12:00 to 2 (PT), if you'd like to connect.

Evan

4

**From:** Greg Potrepka <gpotrepka@zlk.com>
**Sent:** Wednesday, September 7, 2022 7:22 AM
**To:** Amadon, Laura <lamadon@wsgr.com>; Seite, Evan <eseite@wsgr.com>
**Cc:** Shannon Hopkins <shopkins@zlk.com>
**Subject:** RE: [External]Norton: Draft Stipulation re Schedule

EXT - gpotrepka@zlk.com

Laura/Evan,

Let us know what times today (if any) you're available to discuss the motion briefing.

Thanks,
-Greg

**From:** Greg Potrepka <gpotrepka@zlk.com>
**Sent:** Tuesday, September 6, 2022 9:58 PM
**To:** Amadon, Laura <lamadon@wsgr.com>
**Cc:** Stephen Astley <sastley@rgrdlaw.com>; Kenny Black <KennyB@rgrdlaw.com>; Andrew Rees <ARees@rgrdlaw.com>; Seite, Evan <eseite@wsgr.com>; Kohan, Eric <ekohan@wsgr.com>; Shannon Hopkins <shopkins@zlk.com>; Amanda Miller <amandamiller@zlk.com>
**Subject:** Re: [External]Norton: Draft Stipulation re Schedule

Laura,

Thank you for preparing the draft stipulation.

1. Do Defendants anticipate litigating separate motions to dismiss in each case, or to file a motion in the *Nutanix* action as they did with the 12(c) motion?
2.
3. Please see the attached redlines to your draft. We think that your proposal of "vacating" the deadline to submit a case schedule, only to then request a deadline to submit a schedule (or competing schedules) is confusing. It is simpler just to extend the deadline for submitting any schedule. Additionally, it's not obvious why we would need more than a week to meet and confer about a case schedule, but please let me know if you have particular concerns.

Best,
Greg

**From:** Amadon, Laura <lamadon@wsgr.com>
**Sent:** Tuesday, September 6, 2022 6:35 PM
**To:** Greg Potrepka <gpotrepka@zlk.com>
**Cc:** Stephen Astley <sastley@rgrdlaw.com>; Kenny Black <KennyB@rgrdlaw.com>; Andrew Rees <ARees@rgrdlaw.com>; Seite, Evan <eseite@wsgr.com>; Kohan, Eric <ekohan@wsgr.com>
**Subject:** [External]Norton: Draft Stipulation re Schedule

Greg,

Consistent with our communications with counsel in the *Nutanix* Action, Defendants intend to move to dismiss the FAC.  Accordingly, we think that the proposed schedule deadline for tomorrow should come off calendar while the parties meet and confer regarding an MTD schedule.  Attached is a draft stipulation (mirroring what we sent *Nutanix* counsel, also attached) that vacates the September 7 scheduling deadline.  As you will see, we built a little time into today's stipulation to give us a chance to further meet and confer over the MTD briefing schedule.

We will get you a proposed motion to dismiss schedule in the near term for your consideration.

Please let us know if you have any comments and if not, whether you are signed off for us to sign on your behalf.

Best,

Laura

_____

**WILSON SONSINI**

...don (she/her)| Litigation Associate | Wilson Sonsini Goodrich & Rosati
...ill Road | Palo Alto, CA 94304-1050 | direct: 650.849.3116 | lamadon@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.