# EXHIBIT 4

| | |
|---|---|
| **From:** | Amadon, Laura |
| **Sent:** | Tuesday, September 13, 2022 12:00 PM |
| **To:** | Stephen Astley; Greg Potrepka |
| **Cc:** | Locker, Nicki; Seite, Evan; Shannon Hopkins; Kenny Black; Andrew Rees |
| **Subject:** | Nutanix and Norton Joint Stipulation |
| **Attachments:** | DRAFT - NTNX Joint Stip re MTD Schedule.docx |

Counsel,

　　Attached is a draft stipulation which contemplates streamlined briefing as well as Defendants' compromise scheduling proposal.  We make this proposal in response to the parties' discussion yesterday and in a good faith effort to resolve any scheduling dispute.  In the event that the parties are unable to reach agreement, Defendants reserve the right to revert to submit our original 60/60/45 day proposal from the filing of the 9/7 stipulation, which we believe is reasonable given Plaintiffs' voluminous amended complaint filings.  Relatedly, if the parties ultimately submit competing schedule proposals, Defendants believe that the parties should still file a stipulation regarding the streamlined briefing as outlined in the attached draft.

Please let us know if you have edits or are signed off for us to file on your behalf.

Best,

Laura

_____

**don (she/her)| Litigation Associate | Wilson Sonsini Goodrich & Rosati**
**ill Road | Palo Alto, CA 94304-1050 | direct: 650.849.3116 | lamadon@wsgr.com**

WILSON SONSINI

# ATTACHMENT

NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:      nlocker@wsgr.com
            isalceda@wsgr.com
            eseite@wsgr.com
            browe@wsgr.com
            lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.:  3:19-cv-01651-WHO<br>CASE NO.:  3:21-cv-04080-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>        Defendants. | |

Pursuant to Local Rules 6-1(b) and 6(2), Lead Plaintiff California Ironworkers Field Pension Trust, named plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust (together, "Nutanix Plaintiffs"), and Defendants Nutanix, Inc. ("Nutanix"), Dheeraj Pandey, and Duston Williams (together, "Defendants"), who are the parties in *In re Nutanix, Inc. Securities Litigation* (the "*Nutanix* Action"), as well as Lead Plaintiff John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 (together with Nutanix Plaintiffs, "Plaintiffs") in the related case *Norton Family Living Trust v. Nutanix, Inc. et al.* (the "*Norton* Action") (collectively with Nutanix Plaintiffs, "Plaintiffs," and with Defendants, the "Parties"), by and through their counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiffs in the Nutanix and Norton Actions filed a substantially similar Third Amended Complaint ("TAC") and Amended Complaint ("AC") (together, the "Complaints"), respectively, on September 1, 2022 (*Nutanix* ECF No. 281-2; *Norton* ECF No. 78);

WHEREAS, Defendants anticipate filing a motion to dismiss the Complaints;

WHEREAS, on September 7, 2022, the Parties agreed, and this Court ordered, that the Parties will submit a proposed briefing schedule regarding Defendants' anticipated motion to dismiss the Complaints by September 14, 2022 (*Nutanix* ECF No. 283; *Norton* ECF No. 80);

WHEREAS, the Parties have met and conferred regarding proposed briefing schedule regarding Defendants' anticipated motion to dismiss the Complaints;

WHEREAS, the Parties acknowledge this Court's desire to consider the issues in this action and the related Norton action "in close proximity to each other" due to the "seemingly obvious efficiencies" of addressing them together (*Nutanix* ECF No. 269; *Norton* ECF No. 60);

WHEREAS, the Parties agree that efficiencies exist in Defendants filing a single, omnibus motion to dismiss both Complaints;

WHEREAS, the Parties agree that efficiencies exist in Plaintiffs filing an omnibus opposition to Defendants' omnibus motion to dismiss;

WHEREAS, the Parties agree that this Court's decision on Defendants' omnibus motion to dismiss will apply to both the TAC in the *Nutanix* matter and the AC in the *Norton* matter;

WHEREAS, the Parties have agreed on a proposed briefing schedule regarding Defendants' anticipated omnibus motion to dismiss;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties and their undersigned counsel, subject to Court approval, as follows:

1.     Defendants shall file a single omnibus motion to dismiss the TAC in the *Nutanix* matter and the AC in the *Norton* matter.

2.     Plaintiffs shall file a single omnibus opposition to Defendants' motion to dismiss.

3.     Defendants shall file a single omnibus reply in support of their motion to dismiss.

4.     This Court's order on Defendants' omnibus motion to dismiss shall apply to both the TAC in the *Nutanix* matter and the AC in the *Norton* matter.

5.     Subject to the Court's approval, the proposed schedule for briefing Defendants' omnibus motion to dismiss is as follows:

| EVENT | (PROPOSED) DEADLINE |
|---|---|
| Defendants' Omnibus Motion to Dismiss the Norton Amended Complaint and Nutanix Third Amended Complaint | October 31, 2022 |
| Plaintiffs' Omnibus Opposition to Defendants' Omnibus Motion to Dismiss | December 15, 2022 |
| Defendants' Omnibus Reply in Support of Omnibus Motion to Dismiss | January 30, 2023 |

DATED:  September 14, 2022

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

*/s/* DRAFT
    Nina F. Locker

Nina F. Locker (SBN 123838)
Ignacio E. Salceda (SBN 164017)
Evan L. Seite (SBN 274641)
Betty Chang Rowe (SBN 214068)
Laura G. Amadon (SBN 321524)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Email: nlocker@wsgr.com
   isalceda@wsgr.com
   eseite@wsgr.com
   browe@wsgr.com
   lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

DATED: September 14, 2022  **ROBBINS GELLER RUDMAN & DOWD LLP**

/s/ DRAFT
  Stephen R. Astley

SHAWN A. WILLIAMS (SBN 213113)
KENNETH J. BLACK (SBN 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kennyb@rgrdlaw.com

JAMES E. BARZ (admitted *pro hac vice*)
FRANK A. RICHTER (admitted *pro hac vice*)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

ROBERT J. ROBBINS (admitted *pro hac vice*)
STEPHEN R. ASTLEY (admitted *pro hac vice*)
ANDREW T. REES (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
sastley@rgrdlaw.com
arees@rgrdlaw.com
rjanvier@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*
*California Ironworkers Field Pension Trust*

DATED:  September 14, 2022          **LEVI & KORSINSKY, LLP**

/s/ DRAFT
   Shannon L. Hopkins

Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 273-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Counsel for Lead Plaintiff John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002*

**ATTESTATION**

I, Nina F. Locker, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, Stephen R. Astley and Shannon L. Hopkins, concur in this filing.

DATED:  September 14, 2022

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

/s/ <mark>DRAFT</mark>_____
    Nina F. Locker

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:        nlocker@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

\*    \*    \*

**IT IS SO ORDERED.**

Dated:  _____     _____

    Honorable William H. Orrick
    United States District Judge