# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, and on behalf of all others similarly situated,

        Plaintiff,

        v.

NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-cv-04080-WHO

**CLASS ACTION**

**[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REVISED FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Courtroom: 2
Hon. William H. Orrick

[PROPOSED] ORDER DENYING ADMIN. MOT.
CASE NO. 3:21-CV-04080-WHO

Before the Court is Lead Plaintiff's Administrative Motion for Leave to File a Revised First Amended Complaint for Violations of the Federal Securities Laws, ECF No. 85.  The Court, having considered this motion, any papers in opposition, the pleadings and files in this action, and all other matters properly before this court, and for good cause appearing:

IT IS HEREBY ORDERED that Lead Plaintiff's Administrative Motion for Leave to File a Revised First Amended Complaint for Violations of the Federal Securities Laws, ECF No. 85, is DENIED.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        The Honorable William H. Orrick
                                        United States District Judge