NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
       isalceda@wsgr.com
       eseite@wsgr.com
       browe@wsgr.com
       lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.: 3:19-cv-01651-WHO<br>CASE NO.: 3:21-cv-04080-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON MOTION TO DISMISS DUE TO PRELIMINARY SETTLEMENT AGREEMENT** |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>    Defendants. | |

Plaintiffs California Ironworkers Field Pension Trust, City of Miami Fire Fighters' and Police Officers' Retirement Trust, and John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 (collectively, "Plaintiffs") and Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams (collectively, "Defendants," and together with Plaintiffs, the "Parties") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on February 9, 2023, the Parties reached an agreement in principle to settle this action following continued discussions with their retained mediator, retired United States District Judge, the Hon. Layn R. Phillips;

**WHEREAS,** the Parties intend work in good faith to finalize the non-monetary terms of settlement and Plaintiffs intend to file a motion to preliminarily approve the proposed settlement (including all necessary related papers) as soon as reasonably practicable;

**WHEREAS**, the hearing on Defendants' Omnibus Motion to Dismiss is currently set for February 15, 2022; and

**WHEREAS**, the Parties have met and conferred and agree, subject to the Court's approval, that in light of the agreement in principle to settle this action, and to promote efficiency and conserve judicial and party resources, the hearing on Defendants' Omnibus Motion to Dismiss should be vacated or adjourned *sine die* and all case deadlines shall be vacated to allow the Parties to finalize settlement.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and their counsel, subject to the Court's approval, as follows:

1. The hearing on Defendants' Omnibus Motion to Dismiss, currently set for February 15, 2023, is vacated; and

2. The Parties shall provide a further update to the Court regarding the status of settlement, including the anticipated schedule for Plaintiffs' motion for preliminary approval of settlement, by March 9, 2023.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: February 9, 2023 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | */s/ Nina F. Locker*<br>NINA F. LOCKER |
| 4 | | Nina F. Locker (SBN 123838)<br>Ignacio E. Salceda (SBN 164017)<br>Evan L. Seite (SBN 274641)<br>Betty Chang Rowe (SBN 214068)<br>Laura G. Amadon (SBN 321524)<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: nlocker@wsgr.com<br>   isalceda@wsgr.com<br>   eseite@wsgr.com<br>   browe@wsgr.com<br>   lamadon@wsgr.com<br><br>*Attorneys for Defendants Nutanix, Inc.,*<br>*Dheeraj Pandey, and Duston M. Williams* |
| 14 | DATED: February 9, 2023 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 15 | | */s/ Stephen R. Astley*<br>STEPHEN R. ASTLEY |
| 17 | | STEPHEN R. ASTLEY (admitted *pro hac vice*)<br>ROBERT J. ROBBINS (admitted *pro hac vice*)<br>ANDREW T. REES (admitted *pro hac vice*)<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>sastley@rgrdlaw.com<br>rrobbins@rgrdlaw.com<br>arees@rgrdlaw.com<br><br>SHAWN A. WILLIAMS (213113)<br>KENNETH J. BLACK (291871)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>shawnw@rgrdlaw.com<br>kblack@rgrdlaw.com |

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | JAMES E. BARZ (admitted *pro hac vice*) |
|   | | FRANK A. RICHTER (admitted *pro hac vice*) |
| 3 | | 200 South Wacker Drive, 31st Floor |
|   | | Chicago, IL  60606 |
| 4 | | Telephone:  630/696-4107 |
|   | | jbarz@rgrdlaw.com |
| 5 | | frichter@rgrdlaw.com |
| 6 | | *Lead Counsel for Lead Plaintiff California Ironworkers Field Pension Trust and Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust* |
| 7 | | |
| 8 | | |
| 9 | DATED:  February 9, 2023 | LEVI & KORSINSKY, LLP |
| 10 | | */s/ Shannon L. Hopkins* |
| 11 | | SHANNON L. HOPKINS |
| 12 | | Shannon L. Hopkins (admitted *pro hac vice*) |
|    | | Gregory M. Potrepka (admitted *pro hac vice*) |
| 13 | | 1111 Summer Street, Suite 403 |
|    | | Stamford, CT  06905 |
| 14 | | Tel: (203) 992-4523 |
|    | | Email: shopkins@zlk.com |
| 15 | | Email: gpotrepka@zlk.com |
| 16 | | Adam M. Apton (SBN 316506) |
|    | | Adam C. McCall (SBN 302130) |
| 17 | | 75 Broadway, Suite 202 |
|    | | San Francisco, CA  94111 |
| 18 | | Telephone: 415/373-1671 |
|    | | 415/484-1294 (fax) |
| 19 | | aapton@zlk.com |
|    | | amccall@zlk.com |
| 20 | | |
| 21 | | *Lead Counsel for Lead Plaintiff John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002, and Additional Counsel for Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, **IT IS SO ORDERED.**

DATED: _____        _____
                                     THE HONORABLE WILLIAM H. ORRICK
                                     UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Nina F. Locker, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Vacating Hearing On Motion To Dismiss Due To Preliminary Settlement Agreement. In compliance with Local Rule 5-1(h)(3), I hereby attest that all signatories to this document concur in its content and have authorized this filing.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Nina F. Locker*
NINA F. LOCKER