# EXHIBIT 1

**TABLE 2**

**Nutanix Call Options**
**Artificial Inflation per Share and Holding Values**

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 3/1/2019 | $40.00 | $2.07 | | |
| 3/1/2019 | $41.50 | $1.75 | | |
| 3/1/2019 | $42.00 | $1.67 | | |
| 3/1/2019 | $42.50 | $1.61 | | |
| 3/1/2019 | $45.00 | $1.12 | | |
| 3/1/2019 | $45.50 | $1.06 | | |
| 3/1/2019 | $46.00 | $0.96 | | |
| 3/1/2019 | $46.50 | $0.89 | | |
| 3/1/2019 | $47.00 | $0.85 | | |
| 3/1/2019 | $47.50 | $0.81 | | |
| 3/1/2019 | $48.00 | $0.70 | | |
| 3/1/2019 | $48.50 | $0.65 | | |
| 3/1/2019 | $49.00 | $0.56 | | |
| 3/1/2019 | $49.50 | $0.54 | | |
| 3/1/2019 | $50.00 | $0.53 | | |
| 3/1/2019 | $50.50 | $0.47 | | |
| 3/1/2019 | $51.00 | $0.42 | | |
| 3/1/2019 | $51.50 | $0.38 | | |
| 3/1/2019 | $52.00 | $0.32 | | |
| 3/1/2019 | $52.50 | $0.28 | | |
| 3/1/2019 | $53.00 | $0.26 | | |
| 3/1/2019 | $53.50 | $0.21 | | |
| 3/1/2019 | $54.00 | $0.20 | | |
| 3/1/2019 | $54.50 | $0.15 | | |
| 3/1/2019 | $55.00 | $0.13 | | |
| 3/1/2019 | $55.50 | $0.11 | | |
| 3/1/2019 | $56.00 | $0.08 | | |
| 3/1/2019 | $56.50 | $0.08 | | |
| 3/1/2019 | $57.00 | $0.06 | | |
| 3/1/2019 | $57.50 | $0.05 | | |
| 3/1/2019 | $58.00 | $0.04 | | |
| 3/1/2019 | $58.50 | $0.03 | | |
| 3/1/2019 | $59.00 | $0.03 | | |
| 3/1/2019 | $60.00 | $0.03 | | |
| 3/1/2019 | $61.00 | $0.01 | | |
| 3/1/2019 | $61.50 | $0.01 | | |
| 3/1/2019 | $62.00 | $0.02 | | |
| 3/1/2019 | $65.00 | $0.07 | | |
| 3/8/2019 | $42.00 | $1.70 | | |
| 3/8/2019 | $43.50 | $1.31 | | |
| 3/8/2019 | $45.00 | $1.19 | | |
| 3/8/2019 | $46.00 | $0.94 | | |
| 3/8/2019 | $46.50 | $0.96 | | |
| 3/8/2019 | $47.00 | $0.89 | | |

1

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 3/8/2019 | $47.50 | $0.80 | | |
| 3/8/2019 | $48.00 | $0.75 | | |
| 3/8/2019 | $48.50 | $0.70 | | |
| 3/8/2019 | $49.00 | $0.64 | | |
| 3/8/2019 | $49.50 | $0.60 | | |
| 3/8/2019 | $50.00 | $0.53 | | |
| 3/8/2019 | $50.50 | $0.51 | | |
| 3/8/2019 | $51.00 | $0.47 | | |
| 3/8/2019 | $51.50 | $0.35 | | |
| 3/8/2019 | $52.00 | $0.36 | | |
| 3/8/2019 | $52.50 | $0.33 | | |
| 3/8/2019 | $53.00 | $0.28 | | |
| 3/8/2019 | $53.50 | $0.23 | | |
| 3/8/2019 | $54.00 | $0.20 | | |
| 3/8/2019 | $54.50 | $0.21 | | |
| 3/8/2019 | $55.00 | $0.18 | | |
| 3/8/2019 | $55.50 | $0.14 | | |
| 3/8/2019 | $56.00 | $0.11 | | |
| 3/8/2019 | $56.50 | $0.11 | | |
| 3/8/2019 | $57.00 | $0.11 | | |
| 3/8/2019 | $57.50 | $0.07 | | |
| 3/8/2019 | $58.00 | $0.06 | | |
| 3/8/2019 | $58.50 | $0.05 | | |
| 3/8/2019 | $59.00 | $0.03 | | |
| 3/8/2019 | $60.00 | $0.04 | | |
| 3/8/2019 | $61.00 | $0.02 | | |
| 3/8/2019 | $61.50 | $0.02 | | |
| 3/8/2019 | $65.00 | $0.07 | | |
| 3/15/2019 | $30.00 | $3.18 | | |
| 3/15/2019 | $40.00 | $2.10 | | |
| 3/15/2019 | $42.50 | $1.69 | | |
| 3/15/2019 | $44.00 | $1.37 | | |
| 3/15/2019 | $45.00 | $1.24 | | |
| 3/15/2019 | $47.50 | $0.89 | | |
| 3/15/2019 | $48.50 | $0.77 | | |
| 3/15/2019 | $49.00 | $0.70 | | |
| 3/15/2019 | $50.00 | $0.57 | | |
| 3/15/2019 | $50.50 | $0.56 | | |
| 3/15/2019 | $51.00 | $0.49 | | |
| 3/15/2019 | $51.50 | $0.44 | | |
| 3/15/2019 | $52.00 | $0.41 | | |
| 3/15/2019 | $52.50 | $0.33 | | |
| 3/15/2019 | $53.00 | $0.35 | | |
| 3/15/2019 | $53.50 | $0.31 | | |
| 3/15/2019 | $54.00 | $0.24 | | |
| 3/15/2019 | $54.50 | $0.24 | | |
| 3/15/2019 | $55.00 | $0.21 | | |
| 3/15/2019 | $55.50 | $0.17 | | |
| 3/15/2019 | $56.00 | $0.18 | | |
| 3/15/2019 | $56.50 | $0.13 | | |

2

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 3/15/2019 | $57.00 | $0.12 | | |
| 3/15/2019 | $57.50 | $0.10 | | |
| 3/15/2019 | $58.00 | $0.09 | | |
| 3/15/2019 | $58.50 | $0.08 | | |
| 3/15/2019 | $59.00 | $0.07 | | |
| 3/15/2019 | $60.00 | $0.06 | | |
| 3/15/2019 | $61.00 | $0.04 | | |
| 3/15/2019 | $62.50 | $0.02 | | |
| 3/15/2019 | $65.00 | $0.02 | | |
| 3/15/2019 | $70.00 | $0.01 | | |
| 3/22/2019 | $40.00 | $2.08 | | |
| 3/22/2019 | $48.00 | $0.84 | | |
| 3/22/2019 | $49.50 | $0.65 | | |
| 3/22/2019 | $50.00 | $0.63 | | |
| 3/22/2019 | $50.50 | $0.56 | | |
| 3/22/2019 | $51.00 | $0.52 | | |
| 3/22/2019 | $51.50 | $0.45 | | |
| 3/22/2019 | $52.00 | $0.48 | | |
| 3/22/2019 | $52.50 | $0.38 | | |
| 3/22/2019 | $53.00 | $0.38 | | |
| 3/22/2019 | $53.50 | $0.32 | | |
| 3/22/2019 | $54.00 | $0.29 | | |
| 3/22/2019 | $54.50 | $0.29 | | |
| 3/22/2019 | $55.00 | $0.27 | | |
| 3/22/2019 | $55.50 | $0.25 | | |
| 3/22/2019 | $57.00 | $0.17 | | |
| 3/22/2019 | $57.50 | $0.11 | | |
| 3/22/2019 | $58.50 | $0.09 | | |
| 3/22/2019 | $59.00 | $0.11 | | |
| 3/22/2019 | $60.00 | $0.08 | | |
| 3/22/2019 | $61.00 | $0.06 | | |
| 3/22/2019 | $61.50 | $0.07 | | |
| 3/22/2019 | $65.00 | $0.02 | | |
| 3/29/2019 | $50.00 | $0.66 | | |
| 3/29/2019 | $50.50 | $0.58 | | |
| 3/29/2019 | $51.50 | $0.49 | | |
| 3/29/2019 | $52.00 | $0.44 | | |
| 3/29/2019 | $52.50 | $0.42 | | |
| 3/29/2019 | $53.00 | $0.36 | | |
| 3/29/2019 | $53.50 | $0.38 | | |
| 3/29/2019 | $55.00 | $0.25 | | |
| 3/29/2019 | $57.00 | $0.20 | | |
| 3/29/2019 | $58.00 | $0.14 | | |
| 3/29/2019 | $59.00 | $0.12 | | |
| 3/29/2019 | $60.00 | $0.09 | | |
| 3/29/2019 | $65.00 | $0.02 | | |
| 4/5/2019 | $47.00 | $1.05 | | |
| 4/5/2019 | $48.00 | $0.95 | | |
| 4/5/2019 | $49.00 | $0.83 | | |
| 4/5/2019 | $49.50 | $0.75 | | |

3

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
| --- | --- | --- | --- | --- |
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 4/5/2019 | $50.00 | $0.70 | | |
| 4/5/2019 | $50.50 | $0.66 | | |
| 4/5/2019 | $51.00 | $0.60 | | |
| 4/5/2019 | $52.00 | $0.53 | | |
| 4/5/2019 | $52.50 | $0.48 | | |
| 4/5/2019 | $54.00 | $0.39 | | |
| 4/5/2019 | $54.50 | $0.34 | | |
| 4/5/2019 | $55.50 | $0.28 | | |
| 4/5/2019 | $57.00 | $0.21 | | |
| 4/5/2019 | $58.00 | $0.19 | | |
| 4/5/2019 | $59.00 | $0.12 | | |
| 4/5/2019 | $70.00 | $0.04 | | |
| 4/12/2019 | $50.50 | $0.70 | | |
| 4/12/2019 | $51.00 | $0.66 | | |
| 4/12/2019 | $57.50 | $0.22 | | |
| 4/18/2019 | $22.50 | $3.30 | | |
| 4/18/2019 | $25.00 | $3.19 | | |
| 4/18/2019 | $27.50 | $3.27 | | |
| 4/18/2019 | $30.00 | $3.18 | | |
| 4/18/2019 | $32.50 | $3.01 | | |
| 4/18/2019 | $35.00 | $2.77 | | |
| 4/18/2019 | $37.50 | $2.46 | | |
| 4/18/2019 | $40.00 | $2.14 | | |
| 4/18/2019 | $42.50 | $1.76 | | |
| 4/18/2019 | $45.00 | $1.42 | | |
| 4/18/2019 | $47.50 | $1.09 | | |
| 4/18/2019 | $50.00 | $0.80 | | |
| 4/18/2019 | $52.50 | $0.58 | | |
| 4/18/2019 | $55.00 | $0.39 | | |
| 4/18/2019 | $57.50 | $0.27 | | |
| 4/18/2019 | $60.00 | $0.16 | | |
| 4/18/2019 | $62.50 | $0.09 | | |
| 4/18/2019 | $65.00 | $0.06 | | |
| 4/18/2019 | $70.00 | $0.04 | | |
| 4/18/2019 | $75.00 | $0.03 | | |
| 5/31/2019 | $28.00 | | $0.85 | $0.20 |
| 5/31/2019 | $29.00 | | $0.74 | $0.03 |
| 5/31/2019 | $30.00 | | $0.62 | $0.03 |
| 5/31/2019 | $30.50 | | $0.56 | $0.03 |
| 5/31/2019 | $31.00 | | $0.50 | $0.03 |
| 5/31/2019 | $31.50 | | $0.45 | $0.03 |
| 5/31/2019 | $32.00 | | $0.40 | $0.03 |
| 5/31/2019 | $32.50 | | $0.36 | $0.03 |
| 5/31/2019 | $33.00 | | $0.31 | $0.03 |
| 5/31/2019 | $33.50 | | $0.28 | $0.03 |
| 5/31/2019 | $34.00 | | $0.25 | $0.03 |
| 5/31/2019 | $34.50 | | $0.21 | $0.03 |
| 5/31/2019 | $35.00 | | $0.20 | $0.03 |
| 5/31/2019 | $35.50 | | $0.16 | $0.03 |
| 5/31/2019 | $36.00 | | $0.14 | $0.03 |

4

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
| --- | --- | --- | --- | --- |
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 5/31/2019 | $36.50 | | $0.13 | $0.03 |
| 5/31/2019 | $37.00 | | $0.10 | $0.03 |
| 5/31/2019 | $37.50 | | $0.08 | $0.03 |
| 5/31/2019 | $38.00 | | $0.06 | $0.03 |
| 5/31/2019 | $38.50 | | $0.07 | $0.03 |
| 5/31/2019 | $39.00 | | $0.05 | $0.03 |
| 5/31/2019 | $39.50 | | $0.05 | $0.03 |
| 5/31/2019 | $40.00 | | $0.03 | $0.03 |
| 5/31/2019 | $40.50 | | $0.03 | $0.03 |
| 5/31/2019 | $41.00 | | $0.03 | $0.03 |
| 5/31/2019 | $41.50 | | $0.03 | $0.03 |
| 5/31/2019 | $42.00 | | $0.02 | $0.03 |
| 5/31/2019 | $42.50 | | $0.04 | $0.03 |
| 5/31/2019 | $43.00 | | $0.02 | $0.03 |
| 5/31/2019 | $43.50 | | $0.04 | $0.03 |
| 5/31/2019 | $44.00 | | $0.02 | $0.03 |
| 5/31/2019 | $44.50 | | $0.03 | $0.03 |
| 5/31/2019 | $45.00 | | $0.01 | $0.03 |
| 5/31/2019 | $45.50 | | $0.01 | $0.03 |
| 5/31/2019 | $46.00 | | $0.01 | $0.03 |
| 5/31/2019 | $46.50 | | $0.08 | $0.03 |
| 5/31/2019 | $47.00 | | $0.01 | $0.03 |
| 5/31/2019 | $48.50 | | $0.40 | $0.03 |
| 5/31/2019 | $49.00 | | $0.01 | $0.03 |
| 5/31/2019 | $51.00 | | $0.08 | $0.03 |
| 5/31/2019 | $55.00 | | $0.08 | $0.03 |
| 6/7/2019 | $25.00 | | $0.79 | $3.25 |
| 6/7/2019 | $29.00 | | $0.70 | $0.50 |
| 6/7/2019 | $30.00 | | $0.62 | $0.20 |
| 6/7/2019 | $30.50 | | $0.57 | $0.13 |
| 6/7/2019 | $31.00 | | $0.52 | $0.10 |
| 6/7/2019 | $31.50 | | $0.48 | $0.08 |
| 6/7/2019 | $32.00 | | $0.43 | $0.05 |
| 6/7/2019 | $32.50 | | $0.39 | $0.05 |
| 6/7/2019 | $33.00 | | $0.35 | $0.05 |
| 6/7/2019 | $33.50 | | $0.30 | $0.10 |
| 6/7/2019 | $34.00 | | $0.28 | $0.05 |
| 6/7/2019 | $34.50 | | $0.25 | $0.03 |
| 6/7/2019 | $35.00 | | $0.23 | $0.03 |
| 6/7/2019 | $35.50 | | $0.19 | $0.05 |
| 6/7/2019 | $36.00 | | $0.17 | $0.03 |
| 6/7/2019 | $36.50 | | $0.16 | $0.03 |
| 6/7/2019 | $37.00 | | $0.13 | $0.03 |
| 6/7/2019 | $37.50 | | $0.12 | $0.03 |
| 6/7/2019 | $38.00 | | $0.09 | $0.03 |
| 6/7/2019 | $38.50 | | $0.08 | $0.03 |
| 6/7/2019 | $39.00 | | $0.08 | $0.03 |
| 6/7/2019 | $39.50 | | $0.06 | $0.03 |
| 6/7/2019 | $40.00 | | $0.06 | $0.03 |
| 6/7/2019 | $40.50 | | $0.05 | $0.03 |

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
| --- | --- | --- | --- | --- |
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 6/7/2019 | $41.00 | | $0.05 | $0.03 |
| 6/7/2019 | $41.50 | | $0.04 | $0.03 |
| 6/7/2019 | $42.00 | | $0.03 | $0.03 |
| 6/7/2019 | $42.50 | | $0.06 | $0.03 |
| 6/7/2019 | $43.00 | | $0.05 | $0.03 |
| 6/7/2019 | $44.50 | | $0.02 | $0.03 |
| 6/7/2019 | $45.00 | | $0.09 | $0.03 |
| 6/7/2019 | $45.50 | | $0.02 | $0.13 |
| 6/7/2019 | $46.00 | | $0.11 | $0.13 |
| 6/7/2019 | $47.50 | | $0.01 | $0.15 |
| 6/7/2019 | $49.50 | | $0.07 | $0.03 |
| 6/7/2019 | $55.00 | | $0.09 | $0.03 |
| 6/14/2019 | $30.00 | | $0.60 | $0.45 |
| 6/14/2019 | $31.00 | | $0.53 | $0.25 |
| 6/14/2019 | $31.50 | | $0.49 | $0.20 |
| 6/14/2019 | $32.00 | | $0.46 | $0.10 |
| 6/14/2019 | $32.50 | | $0.42 | $0.08 |
| 6/14/2019 | $33.00 | | $0.38 | $0.10 |
| 6/14/2019 | $33.50 | | $0.33 | $0.13 |
| 6/14/2019 | $34.00 | | $0.31 | $0.08 |
| 6/14/2019 | $34.50 | | $0.28 | $0.03 |
| 6/14/2019 | $35.00 | | $0.24 | $0.05 |
| 6/14/2019 | $36.00 | | $0.20 | $0.03 |
| 6/14/2019 | $36.50 | | $0.18 | $0.03 |
| 6/14/2019 | $37.00 | | $0.16 | $0.03 |
| 6/14/2019 | $37.50 | | $0.14 | $0.03 |
| 6/14/2019 | $38.00 | | $0.13 | $0.03 |
| 6/14/2019 | $38.50 | | $0.11 | $0.03 |
| 6/14/2019 | $39.00 | | $0.11 | $0.03 |
| 6/14/2019 | $39.50 | | $0.08 | $0.03 |
| 6/14/2019 | $40.00 | | $0.07 | $0.03 |
| 6/14/2019 | $40.50 | | $0.06 | $0.03 |
| 6/14/2019 | $41.00 | | $0.06 | $0.03 |
| 6/14/2019 | $41.50 | | $0.05 | $0.03 |
| 6/14/2019 | $42.00 | | $0.05 | $0.03 |
| 6/14/2019 | $42.50 | | $0.05 | $0.03 |
| 6/14/2019 | $43.00 | | $0.03 | $0.03 |
| 6/14/2019 | $43.50 | | $0.03 | $0.03 |
| 6/14/2019 | $44.00 | | $0.02 | $0.03 |
| 6/14/2019 | $45.00 | | $0.03 | $0.03 |
| 6/14/2019 | $50.00 | | $0.01 | $0.03 |
| 6/21/2019 | $25.00 | | $0.77 | $3.60 |
| 6/21/2019 | $27.50 | | $0.72 | $1.80 |
| 6/21/2019 | $30.00 | | $0.60 | $0.68 |
| 6/21/2019 | $31.00 | | $0.54 | $0.40 |
| 6/21/2019 | $31.50 | | $0.49 | $0.33 |
| 6/21/2019 | $32.00 | | $0.43 | $0.28 |
| 6/21/2019 | $32.50 | | $0.43 | $0.20 |
| 6/21/2019 | $33.00 | | $0.40 | $0.15 |
| 6/21/2019 | $33.50 | | $0.37 | $0.10 |

6

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 6/21/2019 | $34.00 | | $0.34 | $0.10 |
| 6/21/2019 | $34.50 | | $0.31 | $0.08 |
| 6/21/2019 | $35.00 | | $0.29 | $0.03 |
| 6/21/2019 | $35.50 | | $0.25 | $0.08 |
| 6/21/2019 | $36.00 | | $0.22 | $0.08 |
| 6/21/2019 | $36.50 | | $0.21 | $0.08 |
| 6/21/2019 | $37.00 | | $0.19 | $0.05 |
| 6/21/2019 | $37.50 | | $0.17 | $0.05 |
| 6/21/2019 | $38.00 | | $0.15 | $0.05 |
| 6/21/2019 | $38.50 | | $0.14 | $0.05 |
| 6/21/2019 | $39.00 | | $0.13 | $0.05 |
| 6/21/2019 | $39.50 | | $0.12 | $0.03 |
| 6/21/2019 | $40.00 | | $0.11 | $0.03 |
| 6/21/2019 | $40.50 | | $0.09 | $0.03 |
| 6/21/2019 | $41.00 | | $0.08 | $0.03 |
| 6/21/2019 | $41.50 | | $0.12 | $0.03 |
| 6/21/2019 | $42.00 | | $0.07 | $0.03 |
| 6/21/2019 | $42.50 | | $0.06 | $0.03 |
| 6/21/2019 | $43.00 | | $0.06 | $0.03 |
| 6/21/2019 | $44.00 | | $0.05 | $0.03 |
| 6/21/2019 | $45.00 | | $0.03 | $0.03 |
| 6/21/2019 | $45.50 | | $0.03 | $0.03 |
| 6/21/2019 | $47.50 | | $0.01 | $0.03 |
| 6/21/2019 | $50.00 | | $0.01 | $0.03 |
| 6/21/2019 | $52.50 | | $0.01 | $0.03 |
| 6/28/2019 | $32.00 | | $0.47 | $0.43 |
| 6/28/2019 | $32.50 | | $0.43 | $0.35 |
| 6/28/2019 | $33.00 | | $0.42 | $0.28 |
| 6/28/2019 | $33.50 | | $0.38 | $0.28 |
| 6/28/2019 | $34.00 | | $0.36 | $0.18 |
| 6/28/2019 | $34.50 | | $0.34 | $0.13 |
| 6/28/2019 | $35.00 | | $0.31 | $0.10 |
| 6/28/2019 | $35.50 | | $0.28 | $0.13 |
| 6/28/2019 | $36.00 | | $0.26 | $0.08 |
| 6/28/2019 | $37.00 | | $0.21 | $0.08 |
| 6/28/2019 | $37.50 | | $0.20 | $0.03 |
| 6/28/2019 | $38.00 | | $0.17 | $0.08 |
| 6/28/2019 | $39.00 | | $0.15 | $0.05 |
| 6/28/2019 | $39.50 | | $0.13 | $0.05 |
| 6/28/2019 | $40.00 | | $0.12 | $0.05 |
| 6/28/2019 | $41.00 | | $0.11 | $0.05 |
| 6/28/2019 | $42.00 | | $0.08 | $0.03 |
| 6/28/2019 | $43.00 | | $0.08 | $0.03 |
| 6/28/2019 | $44.00 | | $0.05 | $0.03 |
| 6/28/2019 | $45.00 | | $0.05 | $0.03 |
| 7/5/2019 | $32.00 | | $0.50 | $0.45 |
| 7/5/2019 | $33.00 | | $0.43 | $0.35 |
| 7/5/2019 | $33.50 | | $0.41 | $0.25 |
| 7/5/2019 | $34.00 | | $0.38 | $0.20 |
| 7/5/2019 | $35.50 | | $0.30 | $0.13 |

7

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
| --- | --- | --- | --- | --- |
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 7/5/2019 | $36.00 | | $0.28 | $0.08 |
| 7/5/2019 | $37.00 | | $0.24 | $0.08 |
| 7/5/2019 | $40.00 | | $0.14 | $0.05 |
| 7/5/2019 | $41.50 | | $0.11 | $0.05 |
| 7/5/2019 | $42.00 | | $0.11 | $0.05 |
| 7/5/2019 | $50.00 | | $0.03 | $0.03 |
| 7/12/2019 | $37.50 | | $0.24 | $0.08 |
| 7/19/2019 | $20.00 | $4.01 | $0.69 | $8.40 |
| 7/19/2019 | $22.50 | $3.97 | $0.76 | $6.05 |
| 7/19/2019 | $25.00 | $4.04 | $0.76 | $4.10 |
| 7/19/2019 | $27.50 | $3.72 | $0.68 | $2.55 |
| 7/19/2019 | $30.00 | $3.48 | $0.59 | $1.40 |
| 7/19/2019 | $32.50 | $3.37 | $0.48 | $0.68 |
| 7/19/2019 | $35.00 | $2.98 | $0.35 | $0.30 |
| 7/19/2019 | $37.50 | $2.60 | $0.25 | $0.15 |
| 7/19/2019 | $40.00 | $2.32 | $0.16 | $0.08 |
| 7/19/2019 | $42.50 | $2.03 | $0.11 | $0.08 |
| 7/19/2019 | $45.00 | $1.73 | $0.06 | $0.05 |
| 7/19/2019 | $47.50 | $1.44 | $0.05 | $0.03 |
| 7/19/2019 | $50.00 | $1.21 | $0.02 | $0.03 |
| 7/19/2019 | $52.50 | $1.05 | $0.01 | $0.03 |
| 7/19/2019 | $55.00 | $0.82 | $0.01 | $0.03 |
| 7/19/2019 | $57.50 | $0.68 | $0.03 | $0.03 |
| 7/19/2019 | $60.00 | $0.54 | $0.01 | $0.03 |
| 7/19/2019 | $62.50 | $0.43 | $0.01 | $0.03 |
| 7/19/2019 | $65.00 | $0.33 | $0.01 | $0.03 |
| 7/19/2019 | $70.00 | $0.20 | $0.01 | $0.03 |
| 7/19/2019 | $75.00 | $0.13 | $0.03 | $0.03 |
| 7/19/2019 | $80.00 | $0.09 | $0.03 | $0.03 |
| 10/18/2019 | $17.50 | | $0.78 | $11.25 |
| 10/18/2019 | $22.50 | | $0.77 | $7.30 |
| 10/18/2019 | $25.00 | | $0.66 | $5.75 |
| 10/18/2019 | $27.50 | $3.57 | $0.64 | $4.35 |
| 10/18/2019 | $30.00 | $3.32 | $0.58 | $3.25 |
| 10/18/2019 | $32.50 | $3.29 | $0.52 | $2.38 |
| 10/18/2019 | $35.00 | $3.00 | $0.42 | $1.73 |
| 10/18/2019 | $37.50 | $2.80 | $0.36 | $1.20 |
| 10/18/2019 | $40.00 | $2.50 | $0.30 | $0.88 |
| 10/18/2019 | $42.50 | $2.26 | $0.24 | $0.58 |
| 10/18/2019 | $45.00 | $2.00 | $0.20 | $0.43 |
| 10/18/2019 | $47.50 | $1.82 | $0.17 | $0.28 |
| 10/18/2019 | $50.00 | $1.58 | $0.13 | $0.23 |
| 10/18/2019 | $52.50 | $1.35 | $0.09 | $0.18 |
| 10/18/2019 | $55.00 | $1.19 | $0.07 | $0.13 |
| 10/18/2019 | $57.50 | $1.01 | $0.06 | $0.10 |
| 10/18/2019 | $60.00 | $0.85 | $0.04 | $0.10 |
| 10/18/2019 | $62.50 | $0.73 | $0.03 | $0.08 |
| 10/18/2019 | $65.00 | $0.61 | $0.03 | $0.05 |
| 10/18/2019 | $70.00 | $0.45 | $0.03 | $0.03 |
| 10/18/2019 | $75.00 | $0.30 | $0.02 | $0.03 |

8

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
|---|---|---|---|---|
| 10/18/2019 | $80.00 | $0.18 | $0.01 | $0.03 |
| 1/17/2020 | $12.50 | $4.07 | $0.80 | $15.95 |
| 1/17/2020 | $15.00 | $4.14 | $0.89 | $13.15 |
| 1/17/2020 | $17.50 | $3.97 | $0.76 | $11.85 |
| 1/17/2020 | $20.00 | $3.78 | $0.76 | $10.05 |
| 1/17/2020 | $22.50 | $3.81 | $0.72 | $8.25 |
| 1/17/2020 | $25.00 | $3.65 | $0.68 | $6.80 |
| 1/17/2020 | $27.50 | $3.44 | $0.64 | $5.65 |
| 1/17/2020 | $30.00 | $3.33 | $0.58 | $4.45 |
| 1/17/2020 | $32.50 | $3.15 | $0.51 | $3.50 |
| 1/17/2020 | $35.00 | $2.93 | $0.46 | $2.83 |
| 1/17/2020 | $37.50 | $2.62 | $0.42 | $2.13 |
| 1/17/2020 | $40.00 | $2.44 | $0.36 | $1.63 |
| 1/17/2020 | $42.50 | $2.34 | $0.32 | $1.23 |
| 1/17/2020 | $45.00 | $2.12 | $0.27 | $0.93 |
| 1/17/2020 | $47.50 | $1.89 | $0.23 | $0.70 |
| 1/17/2020 | $50.00 | $1.71 | $0.20 | $0.50 |
| 1/17/2020 | $52.50 | $1.44 | $0.17 | $0.40 |
| 1/17/2020 | $55.00 | $1.46 | $0.13 | $0.30 |
| 1/17/2020 | $57.50 | $1.07 | $0.11 | $0.23 |
| 1/17/2020 | $60.00 | $1.03 | $0.08 | $0.18 |
| 1/17/2020 | $62.50 | $0.88 | $0.06 | $0.18 |
| 1/17/2020 | $65.00 | $0.84 | $0.06 | $0.10 |
| 1/17/2020 | $67.50 | $0.67 | $0.07 | $0.08 |
| 1/17/2020 | $70.00 | $0.65 | $0.09 | $0.08 |
| 1/17/2020 | $72.50 | $0.56 | $0.10 | $0.05 |
| 1/17/2020 | $75.00 | $0.42 | $0.03 | $0.05 |
| 1/17/2020 | $80.00 | $0.41 | $0.03 | $0.03 |
| 1/17/2020 | $85.00 | $0.21 | $0.02 | $0.03 |
| 1/17/2020 | $90.00 | $0.15 | $0.02 | $0.03 |
| 1/17/2020 | $95.00 | $0.20 | $0.09 | $0.03 |
| 1/15/2021 | $17.50 | | $0.71 | $13.55 |
| 1/15/2021 | $20.00 | $3.73 | $0.72 | $12.00 |
| 1/15/2021 | $22.50 | $3.71 | $0.66 | $10.70 |
| 1/15/2021 | $25.00 | $3.69 | $0.72 | $9.40 |
| 1/15/2021 | $27.50 | $3.48 | $0.64 | $8.00 |
| 1/15/2021 | $30.00 | $3.30 | $0.55 | $7.20 |
| 1/15/2021 | $32.50 | $3.49 | $0.59 | $5.90 |
| 1/15/2021 | $35.00 | $2.98 | $0.53 | $5.25 |
| 1/15/2021 | $37.50 | $2.90 | $0.54 | $4.70 |
| 1/15/2021 | $40.00 | $2.83 | $0.51 | $3.90 |
| 1/15/2021 | $42.50 | $2.67 | $0.41 | $3.35 |
| 1/15/2021 | $45.00 | $2.52 | $0.35 | $2.85 |
| 1/15/2021 | $47.50 | $2.42 | $0.35 | $2.40 |
| 1/15/2021 | $50.00 | $2.40 | $0.34 | $1.90 |
| 1/15/2021 | $52.50 | $2.13 | $0.28 | $1.78 |
| 1/15/2021 | $55.00 | $2.09 | $0.30 | $1.50 |
| 1/15/2021 | $57.50 | $1.83 | $0.20 | $1.25 |
| 1/15/2021 | $60.00 | $1.77 | $0.21 | $1.08 |
| 1/15/2021 | $62.50 | $1.66 | $0.19 | $0.93 |

9

| Expiration Date | Strike Price | Call Option Artificial Inflation per Share During Trading Periods | | Holding Value |
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
|---|---|---|---|---|
| 1/15/2021 | $65.00 | $1.70 | $0.19 | $0.73 |
| 1/15/2021 | $70.00 | $1.36 | $0.13 | $0.53 |
| 1/15/2021 | $75.00 | $1.10 | $0.13 | $0.30 |
| 1/15/2021 | $80.00 | $0.98 | $0.10 | $0.28 |

## TABLE 3

### Nutanix Put Options
### Artificial Deflation per Share and Holding Values

| Expiration Date | Strike Price | Put Option Artificial Deflation per Share During Trading Periods | | Holding Value |
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
|---|---|---|---|---|
| 3/1/2019 | $35.00 | $0.36 | | |
| 3/1/2019 | $38.50 | $0.98 | | |
| 3/1/2019 | $39.50 | $1.23 | | |
| 3/1/2019 | $40.00 | $1.28 | | |
| 3/1/2019 | $40.50 | $1.39 | | |
| 3/1/2019 | $41.00 | $1.48 | | |
| 3/1/2019 | $41.50 | $1.61 | | |
| 3/1/2019 | $42.00 | $1.68 | | |
| 3/1/2019 | $42.50 | $1.79 | | |
| 3/1/2019 | $43.00 | $1.87 | | |
| 3/1/2019 | $43.50 | $1.96 | | |
| 3/1/2019 | $44.00 | $2.05 | | |
| 3/1/2019 | $44.50 | $2.14 | | |
| 3/1/2019 | $45.00 | $2.21 | | |
| 3/1/2019 | $45.50 | $2.27 | | |
| 3/1/2019 | $46.00 | $2.36 | | |
| 3/1/2019 | $46.50 | $2.45 | | |
| 3/1/2019 | $47.00 | $2.50 | | |
| 3/1/2019 | $47.50 | $2.59 | | |
| 3/1/2019 | $48.00 | $2.67 | | |
| 3/1/2019 | $48.50 | $2.72 | | |
| 3/1/2019 | $49.00 | $2.82 | | |
| 3/1/2019 | $49.50 | $2.83 | | |
| 3/1/2019 | $50.00 | $2.89 | | |
| 3/1/2019 | $50.50 | $2.99 | | |
| 3/1/2019 | $51.00 | $3.01 | | |
| 3/1/2019 | $51.50 | $3.05 | | |
| 3/1/2019 | $52.00 | $3.08 | | |
| 3/1/2019 | $52.50 | $3.13 | | |
| 3/1/2019 | $53.00 | $3.17 | | |
| 3/1/2019 | $53.50 | $3.16 | | |
| 3/1/2019 | $54.00 | $3.22 | | |
| 3/1/2019 | $55.00 | $3.28 | | |
| 3/1/2019 | $56.00 | $3.33 | | |

| Expiration Date | Strike Price | Put Option Artificial Deflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 3/1/2019 | $56.50 | $3.28 | | |
| 3/1/2019 | $57.00 | $3.35 | | |
| 3/1/2019 | $57.50 | $3.32 | | |
| 3/1/2019 | $58.00 | $3.34 | | |
| 3/1/2019 | $59.00 | $3.32 | | |
| 3/1/2019 | $60.00 | $3.35 | | |
| 3/8/2019 | $40.00 | $1.27 | | |
| 3/8/2019 | $41.00 | $1.46 | | |
| 3/8/2019 | $42.00 | $1.68 | | |
| 3/8/2019 | $43.00 | $1.85 | | |
| 3/8/2019 | $43.50 | $1.97 | | |
| 3/8/2019 | $44.00 | $2.19 | | |
| 3/8/2019 | $44.50 | $2.11 | | |
| 3/8/2019 | $45.00 | $2.15 | | |
| 3/8/2019 | $45.50 | $2.26 | | |
| 3/8/2019 | $46.00 | $2.31 | | |
| 3/8/2019 | $47.00 | $2.48 | | |
| 3/8/2019 | $47.50 | $2.56 | | |
| 3/8/2019 | $48.00 | $2.58 | | |
| 3/8/2019 | $48.50 | $2.74 | | |
| 3/8/2019 | $49.00 | $2.71 | | |
| 3/8/2019 | $49.50 | $2.80 | | |
| 3/8/2019 | $50.00 | $2.82 | | |
| 3/8/2019 | $50.50 | $2.91 | | |
| 3/8/2019 | $51.00 | $2.94 | | |
| 3/8/2019 | $51.50 | $3.01 | | |
| 3/8/2019 | $52.00 | $3.03 | | |
| 3/8/2019 | $52.50 | $3.10 | | |
| 3/8/2019 | $53.00 | $3.21 | | |
| 3/8/2019 | $53.50 | $3.20 | | |
| 3/8/2019 | $54.00 | $3.18 | | |
| 3/8/2019 | $54.50 | $3.27 | | |
| 3/8/2019 | $55.00 | $3.29 | | |
| 3/8/2019 | $56.50 | $3.38 | | |
| 3/8/2019 | $58.00 | $3.21 | | |
| 3/15/2019 | $35.00 | $0.39 | | |
| 3/15/2019 | $37.50 | $0.80 | | |
| 3/15/2019 | $40.00 | $1.25 | | |
| 3/15/2019 | $42.50 | $1.69 | | |
| 3/15/2019 | $44.00 | $2.02 | | |
| 3/15/2019 | $45.00 | $2.09 | | |
| 3/15/2019 | $46.00 | $2.30 | | |
| 3/15/2019 | $46.50 | $2.36 | | |
| 3/15/2019 | $47.00 | $2.41 | | |
| 3/15/2019 | $47.50 | $2.49 | | |
| 3/15/2019 | $48.00 | $2.59 | | |
| 3/15/2019 | $48.50 | $2.63 | | |
| 3/15/2019 | $49.00 | $2.71 | | |
| 3/15/2019 | $49.50 | $2.74 | | |
| 3/15/2019 | $50.00 | $2.81 | | |

11

| Expiration Date | Strike Price | Put Option Artificial Deflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 3/15/2019 | $50.50 | $2.91 | | |
| 3/15/2019 | $51.00 | $2.93 | | |
| 3/15/2019 | $51.50 | $3.01 | | |
| 3/15/2019 | $52.00 | $3.00 | | |
| 3/15/2019 | $52.50 | $3.03 | | |
| 3/15/2019 | $53.00 | $3.09 | | |
| 3/15/2019 | $53.50 | $3.16 | | |
| 3/15/2019 | $54.00 | $3.15 | | |
| 3/15/2019 | $54.50 | $3.14 | | |
| 3/15/2019 | $55.00 | $3.19 | | |
| 3/15/2019 | $56.00 | $3.24 | | |
| 3/15/2019 | $57.50 | $3.31 | | |
| 3/15/2019 | $60.00 | $3.35 | | |
| 3/15/2019 | $65.00 | $3.38 | | |
| 3/22/2019 | $40.00 | $1.29 | | |
| 3/22/2019 | $43.50 | $1.88 | | |
| 3/22/2019 | $44.00 | $1.94 | | |
| 3/22/2019 | $44.50 | $2.04 | | |
| 3/22/2019 | $45.00 | $2.11 | | |
| 3/22/2019 | $46.50 | $2.34 | | |
| 3/22/2019 | $47.50 | $2.49 | | |
| 3/22/2019 | $48.00 | $2.50 | | |
| 3/22/2019 | $48.50 | $2.60 | | |
| 3/22/2019 | $49.00 | $2.65 | | |
| 3/22/2019 | $49.50 | $2.71 | | |
| 3/22/2019 | $50.00 | $2.78 | | |
| 3/22/2019 | $50.50 | $2.83 | | |
| 3/22/2019 | $51.50 | $2.91 | | |
| 3/22/2019 | $52.50 | $3.03 | | |
| 3/22/2019 | $53.50 | $3.08 | | |
| 3/22/2019 | $54.00 | $3.11 | | |
| 3/22/2019 | $55.00 | $3.13 | | |
| 3/29/2019 | $40.00 | $1.24 | | |
| 3/29/2019 | $45.00 | $2.14 | | |
| 3/29/2019 | $46.00 | $2.21 | | |
| 3/29/2019 | $46.50 | $2.26 | | |
| 3/29/2019 | $47.50 | $2.45 | | |
| 3/29/2019 | $48.00 | $2.49 | | |
| 3/29/2019 | $48.50 | $2.55 | | |
| 3/29/2019 | $49.50 | $2.70 | | |
| 3/29/2019 | $50.00 | $2.72 | | |
| 3/29/2019 | $50.50 | $2.80 | | |
| 3/29/2019 | $51.00 | $2.83 | | |
| 3/29/2019 | $51.50 | $2.87 | | |
| 3/29/2019 | $52.00 | $2.93 | | |
| 4/5/2019 | $43.50 | $1.83 | | |
| 4/5/2019 | $44.00 | $1.83 | | |
| 4/5/2019 | $45.00 | $2.07 | | |
| 4/5/2019 | $46.50 | $2.24 | | |
| 4/5/2019 | $47.00 | $2.33 | | |

12

| Expiration Date | Strike Price | Put Option Artificial Deflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 4/5/2019 | $49.50 | $2.61 | | |
| 4/5/2019 | $50.00 | $2.66 | | |
| 4/5/2019 | $50.50 | $2.76 | | |
| 4/5/2019 | $51.50 | $2.82 | | |
| 4/5/2019 | $52.00 | $2.89 | | |
| 4/5/2019 | $55.50 | $3.15 | | |
| 4/12/2019 | $45.00 | $1.99 | | |
| 4/18/2019 | $20.00 | $0.01 | | |
| 4/18/2019 | $22.50 | $0.02 | | |
| 4/18/2019 | $25.00 | $0.04 | | |
| 4/18/2019 | $27.50 | $0.07 | | |
| 4/18/2019 | $30.00 | $0.15 | | |
| 4/18/2019 | $32.50 | $0.33 | | |
| 4/18/2019 | $35.00 | $0.57 | | |
| 4/18/2019 | $37.50 | $0.89 | | |
| 4/18/2019 | $40.00 | $1.26 | | |
| 4/18/2019 | $42.50 | $1.60 | | |
| 4/18/2019 | $45.00 | $1.98 | | |
| 4/18/2019 | $47.50 | $2.31 | | |
| 4/18/2019 | $50.00 | $2.61 | | |
| 4/18/2019 | $52.50 | $2.87 | | |
| 4/18/2019 | $55.00 | $3.02 | | |
| 4/18/2019 | $57.50 | $3.16 | | |
| 4/18/2019 | $60.00 | $3.24 | | |
| 4/18/2019 | $62.50 | $3.23 | | |
| 4/18/2019 | $65.00 | $3.35 | | |
| 4/18/2019 | $70.00 | $3.42 | | |
| 5/31/2019 | $29.00 | | $0.02 | $0.88 |
| 5/31/2019 | $30.00 | | $0.17 | $1.93 |
| 5/31/2019 | $30.50 | | $0.22 | $2.43 |
| 5/31/2019 | $31.00 | | $0.26 | $2.85 |
| 5/31/2019 | $31.50 | | $0.32 | $3.40 |
| 5/31/2019 | $32.00 | | $0.36 | $3.90 |
| 5/31/2019 | $32.50 | | $0.42 | $4.45 |
| 5/31/2019 | $33.00 | | $0.45 | $4.90 |
| 5/31/2019 | $33.50 | | $0.51 | $5.45 |
| 5/31/2019 | $34.00 | | $0.53 | $5.90 |
| 5/31/2019 | $34.50 | | $0.57 | $6.40 |
| 5/31/2019 | $35.00 | | $0.60 | $6.95 |
| 5/31/2019 | $35.50 | | $0.63 | $7.40 |
| 5/31/2019 | $36.00 | | $0.64 | $7.90 |
| 5/31/2019 | $36.50 | | $0.67 | $8.40 |
| 5/31/2019 | $37.00 | | $0.69 | $8.95 |
| 5/31/2019 | $37.50 | | $0.66 | $9.30 |
| 5/31/2019 | $38.00 | | $0.70 | $9.90 |
| 5/31/2019 | $38.50 | | $0.72 | $10.40 |
| 5/31/2019 | $39.00 | | $0.73 | $10.90 |
| 5/31/2019 | $39.50 | | $0.73 | $11.40 |
| 5/31/2019 | $40.00 | | $0.79 | $12.15 |
| 5/31/2019 | $40.50 | | $0.78 | $12.45 |

13

| Expiration Date | Strike Price | Put Option Artificial Deflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 5/31/2019 | $41.00 | | $0.77 | $12.90 |
| 5/31/2019 | $41.50 | | $0.76 | $13.40 |
| 5/31/2019 | $42.00 | | $0.80 | $13.85 |
| 5/31/2019 | $42.50 | | $0.79 | $14.35 |
| 5/31/2019 | $43.00 | | $0.81 | $15.05 |
| 5/31/2019 | $43.50 | | $0.80 | $15.35 |
| 5/31/2019 | $44.00 | | $0.78 | $15.90 |
| 5/31/2019 | $45.00 | | $0.78 | $16.80 |
| 5/31/2019 | $45.50 | | $0.80 | $17.45 |
| 5/31/2019 | $46.00 | | $0.79 | $17.95 |
| 5/31/2019 | $47.50 | | $0.77 | $19.25 |
| 5/31/2019 | $48.00 | | $0.78 | $19.80 |
| 5/31/2019 | $48.50 | | $0.80 | $20.45 |
| 5/31/2019 | $49.00 | | $0.76 | $20.80 |
| 5/31/2019 | $52.00 | | $0.77 | $23.85 |
| 6/7/2019 | $28.00 | | $0.02 | $0.75 |
| 6/7/2019 | $29.00 | | $0.11 | $1.50 |
| 6/7/2019 | $30.00 | | $0.17 | $2.20 |
| 6/7/2019 | $30.50 | | $0.23 | $2.65 |
| 6/7/2019 | $31.00 | | $0.27 | $3.10 |
| 6/7/2019 | $31.50 | | $0.30 | $3.45 |
| 6/7/2019 | $32.00 | | $0.36 | $4.05 |
| 6/7/2019 | $32.50 | | $0.39 | $4.45 |
| 6/7/2019 | $33.00 | | $0.45 | $5.05 |
| 6/7/2019 | $33.50 | | $0.45 | $5.35 |
| 6/7/2019 | $34.00 | | $0.48 | $5.80 |
| 6/7/2019 | $34.50 | | $0.53 | $6.40 |
| 6/7/2019 | $35.00 | | $0.58 | $6.95 |
| 6/7/2019 | $35.50 | | $0.59 | $7.50 |
| 6/7/2019 | $36.00 | | $0.62 | $7.90 |
| 6/7/2019 | $36.50 | | $0.62 | $8.40 |
| 6/7/2019 | $37.00 | | $0.64 | $8.90 |
| 6/7/2019 | $37.50 | | $0.67 | $9.40 |
| 6/7/2019 | $38.00 | | $0.65 | $9.80 |
| 6/7/2019 | $38.50 | | $0.68 | $10.30 |
| 6/7/2019 | $39.00 | | $0.70 | $10.85 |
| 6/7/2019 | $39.50 | | $0.75 | $11.25 |
| 6/7/2019 | $40.00 | | $0.75 | $11.95 |
| 6/7/2019 | $40.50 | | $0.69 | $12.15 |
| 6/7/2019 | $41.00 | | $0.73 | $12.80 |
| 6/7/2019 | $42.00 | | $0.79 | $13.85 |
| 6/7/2019 | $42.50 | | $0.79 | $14.45 |
| 6/7/2019 | $44.00 | | $0.81 | $16.00 |
| 6/7/2019 | $44.50 | | $0.76 | $16.35 |
| 6/7/2019 | $45.00 | | $0.77 | $17.00 |
| 6/7/2019 | $46.50 | | $0.81 | $18.50 |
| 6/14/2019 | $27.50 | | $0.06 | $1.03 |
| 6/14/2019 | $28.00 | | $0.06 | $1.15 |
| 6/14/2019 | $28.50 | | $0.11 | $1.58 |
| 6/14/2019 | $29.00 | | $0.12 | $1.70 |

14

| Expiration Date | Strike Price | Put Option Artificial Deflation per Share During Trading Periods | | Holding Value |
| --- | --- | --- | --- | --- |
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 6/14/2019 | $30.00 | | $0.19 | $2.48 |
| 6/14/2019 | $31.00 | | $0.25 | $3.15 |
| 6/14/2019 | $31.50 | | $0.29 | $3.60 |
| 6/14/2019 | $32.00 | | $0.34 | $4.05 |
| 6/14/2019 | $32.50 | | $0.39 | $4.60 |
| 6/14/2019 | $33.00 | | $0.42 | $5.10 |
| 6/14/2019 | $33.50 | | $0.46 | $5.60 |
| 6/14/2019 | $34.00 | | $0.49 | $6.00 |
| 6/14/2019 | $34.50 | | $0.51 | $6.45 |
| 6/14/2019 | $35.00 | | $0.53 | $6.95 |
| 6/14/2019 | $36.00 | | $0.58 | $7.90 |
| 6/14/2019 | $36.50 | | $0.59 | $8.40 |
| 6/14/2019 | $37.00 | | $0.63 | $8.95 |
| 6/14/2019 | $37.50 | | $0.65 | $9.50 |
| 6/14/2019 | $38.00 | | $0.66 | $9.90 |
| 6/14/2019 | $38.50 | | $0.66 | $10.35 |
| 6/14/2019 | $39.00 | | $0.70 | $11.00 |
| 6/14/2019 | $39.50 | | $0.70 | $11.35 |
| 6/14/2019 | $40.00 | | $0.71 | $11.90 |
| 6/14/2019 | $41.00 | | $0.72 | $12.80 |
| 6/14/2019 | $42.00 | | $0.73 | $13.85 |
| 6/21/2019 | $25.00 | | $0.01 | $0.43 |
| 6/21/2019 | $27.50 | | $0.07 | $1.15 |
| 6/21/2019 | $30.00 | | $0.19 | $2.55 |
| 6/21/2019 | $31.00 | | $0.27 | $3.40 |
| 6/21/2019 | $31.50 | | $0.31 | $3.85 |
| 6/21/2019 | $32.00 | | $0.36 | $4.35 |
| 6/21/2019 | $32.50 | | $0.35 | $4.60 |
| 6/21/2019 | $33.00 | | $0.40 | $5.10 |
| 6/21/2019 | $33.50 | | $0.47 | $5.80 |
| 6/21/2019 | $34.00 | | $0.47 | $6.05 |
| 6/21/2019 | $34.50 | | $0.50 | $6.60 |
| 6/21/2019 | $35.00 | | $0.51 | $7.00 |
| 6/21/2019 | $35.50 | | $0.55 | $7.50 |
| 6/21/2019 | $36.00 | | $0.54 | $7.95 |
| 6/21/2019 | $36.50 | | $0.55 | $8.40 |
| 6/21/2019 | $37.00 | | $0.62 | $9.00 |
| 6/21/2019 | $37.50 | | $0.64 | $9.45 |
| 6/21/2019 | $38.00 | | $0.63 | $9.90 |
| 6/21/2019 | $38.50 | | $0.64 | $10.35 |
| 6/21/2019 | $39.00 | | $0.66 | $10.80 |
| 6/21/2019 | $39.50 | | $0.66 | $11.30 |
| 6/21/2019 | $40.00 | | $0.70 | $12.00 |
| 6/21/2019 | $42.50 | | $0.77 | $14.65 |
| 6/21/2019 | $45.00 | | $0.76 | $16.90 |
| 6/21/2019 | $47.50 | | $0.75 | $19.30 |
| 6/21/2019 | $50.00 | | $0.90 | $21.85 |
| 6/28/2019 | $29.00 | | $0.19 | $2.33 |
| 6/28/2019 | $29.50 | | $0.20 | $2.60 |
| 6/28/2019 | $30.00 | | $0.20 | $2.83 |

15

| Expiration Date | Strike Price | Put Option Artificial Deflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 6/28/2019 | $30.50 | | $0.23 | $3.15 |
| 6/28/2019 | $31.00 | | $0.23 | $3.40 |
| 6/28/2019 | $32.00 | | $0.33 | $4.40 |
| 6/28/2019 | $32.50 | | $0.35 | $4.75 |
| 6/28/2019 | $33.00 | | $0.37 | $5.15 |
| 6/28/2019 | $33.50 | | $0.42 | $5.65 |
| 6/28/2019 | $34.00 | | $0.43 | $6.05 |
| 6/28/2019 | $35.00 | | $0.49 | $6.95 |
| 6/28/2019 | $36.00 | | $0.57 | $8.10 |
| 6/28/2019 | $36.50 | | $0.54 | $8.40 |
| 6/28/2019 | $37.50 | | $0.55 | $9.20 |
| 6/28/2019 | $38.00 | | $0.62 | $9.85 |
| 6/28/2019 | $39.50 | | $0.62 | $11.20 |
| 6/28/2019 | $40.00 | | $0.67 | $11.80 |
| 6/28/2019 | $40.50 | | $0.68 | $12.25 |
| 6/28/2019 | $41.00 | | $0.70 | $12.90 |
| 6/28/2019 | $42.50 | | $0.76 | $14.65 |
| 7/5/2019 | $27.00 | | $0.05 | $1.35 |
| 7/5/2019 | $29.00 | | $0.17 | $2.40 |
| 7/5/2019 | $30.00 | | $0.20 | $2.90 |
| 7/5/2019 | $30.50 | | $0.24 | $3.35 |
| 7/5/2019 | $31.00 | | $0.25 | $3.65 |
| 7/5/2019 | $31.50 | | $0.30 | $4.10 |
| 7/5/2019 | $32.00 | | $0.31 | $4.40 |
| 7/5/2019 | $32.50 | | $0.36 | $4.95 |
| 7/5/2019 | $33.50 | | $0.41 | $5.80 |
| 7/5/2019 | $34.00 | | $0.48 | $6.40 |
| 7/5/2019 | $34.50 | | $0.44 | $6.50 |
| 7/5/2019 | $35.50 | | $0.53 | $7.65 |
| 7/5/2019 | $38.00 | | $0.64 | $10.00 |
| 7/5/2019 | $38.50 | | $0.61 | $10.50 |
| 7/12/2019 | $27.50 | | $0.11 | $1.73 |
| 7/12/2019 | $34.00 | | $0.42 | $6.25 |
| 7/19/2019 | $20.00 | $0.05 | $0.00 | $0.23 |
| 7/19/2019 | $22.50 | $0.08 | $0.00 | $0.45 |
| 7/19/2019 | $25.00 | $0.19 | $0.03 | $0.95 |
| 7/19/2019 | $27.50 | $0.39 | $0.11 | $1.90 |
| 7/19/2019 | $30.00 | $0.63 | $0.21 | $3.30 |
| 7/19/2019 | $32.50 | $0.88 | $0.31 | $5.05 |
| 7/19/2019 | $35.00 | $1.18 | $0.43 | $7.15 |
| 7/19/2019 | $37.50 | $1.58 | $0.57 | $9.60 |
| 7/19/2019 | $40.00 | $1.89 | $0.65 | $12.00 |
| 7/19/2019 | $42.50 | $2.18 | $0.74 | $14.65 |
| 7/19/2019 | $45.00 | $2.50 | $0.77 | $17.10 |
| 7/19/2019 | $47.50 | $2.83 | $0.79 | $19.55 |
| 7/19/2019 | $50.00 | $3.00 | $0.79 | $21.95 |
| 7/19/2019 | $52.50 | $3.22 | $0.76 | $24.35 |
| 7/19/2019 | $55.00 | $3.43 | $0.80 | $26.95 |
| 7/19/2019 | $57.50 | $3.54 | $0.76 | $29.40 |
| 7/19/2019 | $60.00 | $3.80 | $0.85 | $31.55 |

16

| Expiration Date | Strike Price | Put Option Artificial Deflation per Share During Trading Periods | | Holding Value |
|---|---|---|---|---|
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 7/19/2019 | $62.50 | $3.93 | $0.84 | $34.55 |
| 7/19/2019 | $65.00 | $4.03 | $0.90 | $37.25 |
| 10/18/2019 | $17.50 | | $0.01 | $0.60 |
| 10/18/2019 | $20.00 | | $0.04 | $1.00 |
| 10/18/2019 | $22.50 | | $0.05 | $1.60 |
| 10/18/2019 | $25.00 | | $0.10 | $2.45 |
| 10/18/2019 | $27.50 | $0.55 | $0.16 | $3.60 |
| 10/18/2019 | $30.00 | $0.74 | $0.22 | $4.90 |
| 10/18/2019 | $32.50 | $0.94 | $0.31 | $6.60 |
| 10/18/2019 | $35.00 | $1.19 | $0.37 | $8.40 |
| 10/18/2019 | $37.50 | $1.46 | $0.45 | $10.45 |
| 10/18/2019 | $40.00 | $1.69 | $0.51 | $12.60 |
| 10/18/2019 | $42.50 | $1.96 | $0.56 | $14.80 |
| 10/18/2019 | $45.00 | $2.29 | $0.65 | $17.35 |
| 10/18/2019 | $47.50 | $2.48 | $0.64 | $19.35 |
| 10/18/2019 | $50.00 | $2.70 | $0.71 | $22.05 |
| 10/18/2019 | $52.50 | $2.90 | $0.74 | $24.55 |
| 10/18/2019 | $57.50 | $3.31 | $0.77 | $29.40 |
| 10/18/2019 | $60.00 | $3.46 | $0.76 | $31.90 |
| 10/18/2019 | $62.50 | $3.62 | $0.78 | $34.45 |
| 10/18/2019 | $80.00 | $4.19 | $0.79 | $51.80 |
| 1/17/2020 | $12.50 | $0.07 | $0.01 | $0.40 |
| 1/17/2020 | $15.00 | $0.08 | $0.03 | $0.73 |
| 1/17/2020 | $17.50 | $0.12 | $0.03 | $1.10 |
| 1/17/2020 | $20.00 | $0.21 | $0.06 | $1.70 |
| 1/17/2020 | $22.50 | $0.35 | $0.10 | $2.48 |
| 1/17/2020 | $25.00 | $0.49 | $0.14 | $3.45 |
| 1/17/2020 | $27.50 | $0.70 | $0.17 | $4.60 |
| 1/17/2020 | $30.00 | $0.88 | $0.24 | $6.00 |
| 1/17/2020 | $32.50 | $0.97 | $0.29 | $7.55 |
| 1/17/2020 | $35.00 | $1.18 | $0.32 | $9.20 |
| 1/17/2020 | $37.50 | $1.47 | $0.41 | $11.20 |
| 1/17/2020 | $40.00 | $1.59 | $0.45 | $13.15 |
| 1/17/2020 | $42.50 | $1.91 | $0.47 | $15.20 |
| 1/17/2020 | $45.00 | $2.15 | $0.53 | $17.40 |
| 1/17/2020 | $47.50 | $2.33 | $0.65 | $20.10 |
| 1/17/2020 | $50.00 | $2.58 | $0.70 | $22.60 |
| 1/17/2020 | $52.50 | $2.68 | $0.55 | $23.85 |
| 1/17/2020 | $55.00 | $3.00 | $0.70 | $26.95 |
| 1/17/2020 | $57.50 | $3.07 | $0.70 | $29.35 |
| 1/17/2020 | $60.00 | $3.35 | $0.79 | $32.10 |
| 1/17/2020 | $62.50 | $3.38 | $0.68 | $33.90 |
| 1/17/2020 | $65.00 | $3.60 | $0.76 | $36.75 |
| 1/17/2020 | $67.50 | $3.79 | $0.76 | $39.25 |
| 1/17/2020 | $70.00 | $3.87 | $0.89 | $42.50 |
| 1/17/2020 | $75.00 | $4.15 | $0.87 | $47.30 |
| 1/17/2020 | $80.00 | $4.21 | $0.81 | $52.15 |
| 1/17/2020 | $85.00 | $4.29 | $0.85 | $57.25 |
| 1/17/2020 | $90.00 | $4.25 | $0.83 | $62.25 |
| 1/15/2021 | $17.50 | | $0.04 | $2.58 |

17

| Expiration Date | Strike Price | Put Option Artificial Deflation per Share During Trading Periods | | Holding Value |
| --- | --- | --- | --- | --- |
| | | 11/30/2017 through 2/28/2019 | 3/1/2019 through 5/30/2019 | |
| 1/15/2021 | $20.00 | $0.50 | $0.14 | $3.55 |
| 1/15/2021 | $22.50 | $0.60 | $0.15 | $4.40 |
| 1/15/2021 | $25.00 | $0.64 | $0.21 | $5.65 |
| 1/15/2021 | $27.50 | $0.84 | $0.24 | $6.90 |
| 1/15/2021 | $30.00 | $0.94 | $0.28 | $8.35 |
| 1/15/2021 | $32.50 | $1.02 | $0.33 | $9.85 |
| 1/15/2021 | $35.00 | $1.09 | $0.33 | $11.45 |
| 1/15/2021 | $37.50 | $1.44 | $0.36 | $12.90 |
| 1/15/2021 | $40.00 | $1.47 | $0.40 | $14.80 |
| 1/15/2021 | $42.50 | $1.65 | $0.47 | $16.90 |
| 1/15/2021 | $45.00 | $1.73 | $0.48 | $18.70 |
| 1/15/2021 | $47.50 | $1.93 | $0.55 | $20.80 |
| 1/15/2021 | $50.00 | $1.98 | $0.53 | $22.90 |
| 1/15/2021 | $52.50 | $2.32 | $0.68 | $25.10 |
| 1/15/2021 | $55.00 | $2.43 | $0.68 | $27.40 |
| 1/15/2021 | $57.50 | $2.33 | $0.54 | $29.15 |
| 1/15/2021 | $60.00 | $2.65 | $0.67 | $32.10 |
| 1/15/2021 | $65.00 | $3.03 | $0.81 | $37.15 |
| 1/15/2021 | $75.00 | $3.48 | $0.87 | $47.05 |
| 1/15/2021 | $80.00 | $3.70 | $0.87 | $52.15 |

18