# Exhibit KK



Nutanix Board Meeting
February 28, 2018

CONFIDENTIAL

NTNX-0057206



# Driving Growth
Inder Sidhu, Lou Attanasio, Ben Gibson

CONFIDENTIAL

NTNX-0057207

# Incremental Growth Challenge



| ($M) | Current Plan | | | Proposed Incremental Plan | | | Change | |
|---|---|---|---|---|---|---|---|---|
| | FY17 | FY18 | FY19 | FY17 | FY18 | FY19 | FY18 | FY19 |
| Bookings (Pre-MITF) | $1,023 | $1,550 | $2,294 | $1,023 | $1,650 | $2,650 | $100 | $356 |
| % Growth | | 52% | 48% | | 61% | 61% | 10% | 13% |
| ISV | $769 | $1,157 | $1,813 | $769 | $1,232 | $2,094 | $75 | $281 |
| % Growth | | 50% | 57% | | 60% | 70% | 10% | 13% |

CONFIDENTIAL

NTNX-0057208

# Driving Growth



The diagram shows a matrix with geographic regions across the top (US & Canada, LatAm, EMEA, APAC) and functional areas down the left side.

| | US & Canada | LatAm | EMEA | APAC |
|---|---|---|---|---|
| Channels | | | | |
| Bold Mktg/Demand gen. | | | | |
| Brand 2.0 | | | | |
| Cust. success | | | | |

Right-side groupings:
- Partner Focus (Channels)
- Market Focus (Bold Mktg/Demand gen., Brand 2.0)
- Customer Focus (Cust. success)

Bottom groupings:
- Vertical Focus (US & Canada)
- Geographic Focus (LatAm, EMEA, APAC)

CONFIDENTIAL

NTNX-0057209

# Driving Growth



| | | | | |
|---|---|---|---|---|
| **Partner Focus** | Channel Programs | FY'18, FY'19 | Lou/Rodney | 20 min |
| **Market Focus** | Project Freedom | FY'19 | Ben | 30 min |
| | Integrated Campaign | FY'18, FY'19 | Ben | 10 min |
| **Customer Focus** | Customer Success | FY'19 | Inder | 20 min |
| **Geographic Focus** | EMEA, APAC, LatAm | FY'19 | Lou | 20 min |
| **Vertical Focus** | Financials, Healthcare, Public Sector (US) | FY'19 | Lou/Sherry | 20 min |

CONFIDENTIAL

NTNX-0057210

# Driving Growth



| Focus | Topic | Period | Owner | Time |
|---|---|---|---|---|
| Partner Focus | Channel Programs | FY'18, FY'19 | Lou/Rodney | 20 min |
| Market Focus | Project Freedom | FY'19 | Ben | 30 min |
| | Integrated Campaign | FY'18, FY'19 | Ben | 10 min |
| Customer Focus | Customer Success | FY'19 | Inder | 20 min |
| Geographic Focus | EMEA, APAC, LatAm | FY'19 | Lou | 20 min |
| Vertical Focus | Financials, Healthcare, Public Sector (US) | FY'19 | Lou/Sherry | 20 min |

# Nutanix Surge Global Rebate Program
Rodney Foreman

CONFIDENTIAL

NTNX-0057212



# Dell Nutanix XC-Core Node Rebate



**Program Overview**

1. Accelerate incremental NTNX SW $ leveraging Dell 'XC Core Nodes'

2. Offer up to ████████ per XC-Core Node sold by channel partners capped not to exceed ████████ per claim

**Program Objectives**

1. Demonstrate to Dell we are contributing to promoting shift from SMC to Dell

2. Addresses Dell comp changes around XC by rewarding partners

3. Drive incremental sales, new customers and drive Dell partners to sell Nutanix

**Program Impact**

| | FY18'2H | FY19 |
|---|---|---|
| ISV | | |
| Investment | | |
| Ratio | | |

*Assumes a trailing 15% XC bleed over to XC-Core*



CONFIDENTIAL

# Nutanix Dell XC-Core Rebate Proposal



| | Entry Level | Mid-Tier | Enterprise |
|---|---|---|---|
| Models | XC640-4i, XC640-4, XC740xd-12R | XC640-10, XC740xd-12, XC740xd-12C | XC740xd-24, XC740xd-24G |
| Rebate Amount/Node | ██████████ | ██████████ | ██████████ |
| Rebate Claimed | Yes - by partner through portal | Yes - by partner through portal | Yes - by partner through portal |
| Rebate Frequency | 30-days in arrears post order date | 30-days in arrears post order date | 30-days in arrears post order date |
| Rebate Floor | ██████████ | ██████████ | ██████████ |

## Additional Benefits

➢ Increase active partner seller base

➢ Extend market reach

➢ Drives partner selling motion to software

➢ Extend partner loyalty

CONFIDENTIAL

NTNX-0057214

# Nutanix Dell XC-Core Recruitment Opportunity



**Tech Data Partner Recruitment Opportunity**

2,000+ Transacting Tech Data Dell Partners — 32 Sell Nutanix w/ Tech Data

~14,000 Tech Data Mid Market Partners — 85 Sell Nutanix w/ Tech Data

~19,000 Commercial Partners (inclusive of Mid-market) — 122 Sell Nutanix w/ Tech Data

~3,500 Tech Data Enterprise Partners — 142 Sell Nutanix w/ Tech Data

*TechData*

CONFIDENTIAL

NTNX-0057215

# Nutanix Surge Rebate – New Customer Program



**Program Overview**

1. Incent partners to drive new customer acquisition

2. Offer tiered rebate for new customer accounts (focused below G2K, but not excluded)

**Program Objectives**

1. Engage partners to leverage their customer intimacy and sell Nutanix into their existing customer base

2. Leverage partners ecosystem of joint strategic alliance partners (Splunk, Citrix, Commvault, Avaya, etc..) to wedge into new accounts

3. Leverage partner install base (HP, Cisco, Dell and Lenovo) to drive Nutanix

**Program Impact**

| | FY18'2H | FY19 |
|---|---|---|
| ISV | | |
| Investment | | |
| Ratio | | |

CONFIDENTIAL

11

NTNX-0057216

# Un-Tapped Partner Community – Net New



| Partner Count | Avg New Accounts Per Quarter | % Transacting Partners | New Accounts |
|---|---|---|---|
| 89 | >1 | 8% | 1214 |
| 1005 | 1 | 92% | 1653 |
| **1094** | | | **2867** |
| | | | |
| Period - Q3 2017 thru Q2 2018 | | | |

## Additional Benefits
**CDW has 250,000 active customers and 6,000 sellers**
**Insight is HPE, Cisco and Microsoft partner of the year (2017)**
**Enormous repeat business opportunity**
**Partner loyalty and competitive displacement**

| Partner Name | Q3-2017 | Q4-2017 | Q1-2018 | Q2-2018 | Grand Total | Avg New Accounts |
|---|---|---|---|---|---|---|
| CDW | 44 | 66 | 37 | 64 | 211 | 52.75 |
| SHI - NJ | 14 | 18 | 15 | 15 | 62 | 15.50 |
| Sirius Computer Solutions | 15 | 5 | 13 | 12 | 45 | 11.25 |
| CDWG | 16 | 16 | 4 | 1 | 37 | 9.25 |
| Presidio Networked Solutions Group LLC | 8 | 8 | 7 | 13 | 36 | 9.00 |
| Insight | 11 | 8 | 6 | 7 | 32 | 8.00 |
| Softcat | 5 | 7 | 6 | 7 | 25 | 6.25 |
| SCC France | 2 | 5 | 5 | 8 | 20 | 5.00 |
| Nissho Electronics (Reseller) | 8 | 1 | 4 | 5 | 18 | 4.50 |
| SVA GmbH | 3 | 4 | 5 | 5 | 17 | 4.25 |
| Trace3 | 8 | | 3 | 6 | 17 | 4.25 |
| ITOCHU Techno-Solutions Corporation (CTC) | 8 | 2 | | 6 | 16 | 4.00 |
| World Wide Technology | 3 | 5 | 2 | 4 | 14 | 3.50 |
| CDW UK | 8 | 3 | 2 | 1 | 14 | 3.50 |
| Bechtle AG EMEA | 1 | 7 | 2 | 3 | 13 | 3.25 |



Total Lifetime Purchase Multiples* **

\* Multiples represent Total Lifetime Purchase / Initial Purchase.
\*\*Top 25 is from IPO class of customers, for comparability.

CONFIDENTIAL

NTNX-0057217

# Nutanix Surge Rebate – Partner Growth Rebate



**Program Overview**

1. Drive Top 6 Partners in each GEO to achieve 75% growth YOY each quarter

2. Offer ▮ rebate to achieve growth target

**Program Objectives**

1. Drive top partners to leverage their customer intimacy to lead more with Nutanix over legacy manufacturer

2. Give top partners greater financial incentive to lead with Nutanix as primary solution across their entire customer base

**Program Impact**

|  | FY18'2H | FY19 |
|---|---|---|
| ISV | ▮ | ▮ |
| Investment | ▮ | ▮ |
| Ratio | ▮ | ▮ |

CONFIDENTIAL

13

NTNX-0057218



# Top Partner Software Growth Program

- Invitation only program for the largest revenue partners of Nutanix. Greatest possibility of significant impact

- Average partner growth in FY17 32% - Incremental above historic growth

- Goal of 75% YOY growth and set ISV specific goal based on growth achievement

- Must hit goal to get rebate. Miss goal, no rebate

- Quarterly goal with 12 month true up for full year achievement



Growth Example 75%

*Rebate

*Total Growth*

FY17 Actual    32% Growth    75% Growth

*Rebate amount paid on difference between 32% and 75% growth. Must hit 75% to qualify*

14

CONFIDENTIAL

NTNX-0057219

# Channel Rebate Summary



| Summary | Dell XC-Core Node | Net New Customers | Top Partner Software Growth |
|---|---|---|---|
| **Rebate Summary** | Tiered Rebate on Dell XC-Core nodes | Drive tiered rebate for partners – Increase net new growth by 10%+ | 75%+ YOY software growth |
| **Partner** | All Global Partners | All Global Partners | Top 18 Partners Global |
| **Stackable** | No | No | Inherent |
| **Rebate Amount** | ███████████ | ███████████ | ███████████ |
| **Capped** | Yes | Yes | No |
| **Payout Details** | ███████████ | ███████████ | ███████████ |

| | FY18'2H | FY19 | FY18'2H | FY19 | FY18'2H | FY19 |
|---|---|---|---|---|---|---|
| **ISV** | | | | | | |
| **Investment** | | | | | | |
| **Ratio** | | | | | | |

CONFIDENTIAL

NTNX-0057220

# Driving Growth



| | | | | |
|---|---|---|---|---|
| **Partner Focus** | Channel Programs | FY'18, FY'19 | Lou/Rodney | 20 min |
| **Market Focus** | Project Freedom | FY'19 | Ben | 30 min |
| | Integrated Campaign | FY'18, FY'19 | Ben | 10 min |
| **Customer Focus** | Customer Success | FY'19 | Inder | 20 min |
| **Geographic Focus** | EMEA, APAC, LatAm | FY'19 | Lou | 20 min |
| **Vertical Focus** | Financials, Healthcare, Public Sector (US) | FY'19 | Lou/Sherry | 20 min |

CONFIDENTIAL

NTNX-0057221



Project Freedom
Ben Gibson

CONFIDENTIAL

NTNX-0057222

# ❯ Why Now?

1. Expanding to new buyers and budgets



2.

3. 22%

CONFIDENTIAL

NTNX-0057223

# State of Infrastructure Today



**IT IS ALL ABOUT GETTING WORK DONE**

CONFIDENTIAL

NTNX-0057224



Make _____ invisible.

CONFIDENTIAL

NTNX-0057225



CONFIDENTIAL

NTNX-0057226

# Imprisoned by Legacy, Complexity



### CIO



### AppDev



### InfraOps



| CIO | AppDev | InfraOps |
|---|---|---|
| Can't move fast | Slow response time | Can't justified legacy spend |
| Can't operate affectively | Can't get to market | Can't deliver commitment |
| Losing control | Constant work around | Searching for new mission |

CONFIDENTIAL

NTNX-0057227



CONFIDENTIAL

NTNX-0057228

# What They are Saying



**Dell/EMC**



**HPE**



**AWS**



**MSFT**



24

CONFIDENTIAL

NTNX-0057229

# Freedom to...

## Freedom To Build

Freedom. It's a powerful notion. A word with deep meaning and reverie to so many. Without freedom, we can't reach our potential as individuals, as professionals, as teams, or as a society as a whole.

As technology finds an ever-greater place in our lives and work, it has grown increasingly complex, especially for those that manage it at scale for the world's greatest organizations. The era of multi-cloud alongside legacy systems and processes means IT has become more complex to manage than ever.

Nutanix gives IT the freedom to manage complexity with ease. The freedom to choose their cloud(s), their apps, and their technology stack. The freedom to invent what's next. The freedom to build the best-in-class. And when IT has the freedom to reach their potential, it delivers true value.

CONFIDENTIAL

NTNX-0057230

# Freedom from...



Freedom From Mindless Busy Work

People have fought for freedom for centuries, because it's worth fighting for. Today's IT teams are held hostage by legacy technology vendors - the merchants of complexity - through lock-in, limited choices, fragmented functional silos, and hidden costs. It's time to rise up and fight for their freedom.

Our mission is to empower IT pros to break free from the oppressive limitations of the past and embrace an entirely new approach to building, managing and scaling the technological foundation that powers their businesses.

Nutanix customers have the freedom to rise above the mundane busy work, endless outages, flimsy integrations of disparate technologies, and lost nights and weekends. IT pros are empowered to elevate their skills, professional growth, and business impact - repositioning them as business partners rather than a dreaded necessity.

CONFIDENTIAL

NTNX-0057231

# Freedom - Human Approach









CONFIDENTIAL

NTNX-0057232

# Freedom - Print



CONFIDENTIAL

# Freedom - Pop Art Approach









CONFIDENTIAL

NTNX-0057234

# Freedom - Print



CONFIDENTIAL

NTNX-0057235

# Freedom : Teaser Video



CONFIDENTIAL

NTNX-0057236



Freedom: Integrated Campaign

CONFIDENTIAL

NTNX-0057237

# Customer Journey



Multi-Cloud
Hyperconvergence





Scale
Enterprise Cloud

Embrace Full Cloud
Stack for Ent Apps



Datacenter
Modernization

Common, consistent operating
model across all IT environments



Default IT for all virtual
workloads, including mode 2 app
dev and/or production



Adopt Nutanix stack for broad set
of business apps

Storage/server refresh
New app deployment
(e.g., VDI)

CONFIDENTIAL

NTNX-0057238

# Account Segmentation Defines the Right Mix



Region: XX
Maturity: Developed

**Pyramid (bottom to top):**
- SMB — Partner Only
- Commercial — Territory Alignment
- Enterprise — Global 5K
- Global — 150 Accounts

**Left side labels:** FSI, Retail, Healthcare, Public Sector

**Vertical bars:** SALES, CHANNEL

| Coverage | New / Install | Campaigns | Tactics |
|---|---|---|---|
| | | Brand / Build / Run / Extend | Account Based Marketing / .NEXT |
| | | Brand / Build / Run / Extend | Digital / Direct Touch / Regional Events / .NEXT |
| | | Brand / Build / Run | Digital / Appointments / Channel Leverage / MDF |
| | | Build | Transactional Channel Incentives |

CONFIDENTIAL

NTNX-0057239

# Primary Stakeholders



**Build** your private cloud

**Run** your enterprise apps

Extend into public cloud

CONFIDENTIAL

NTNX-0057240

 # Freedom Integrated Campaign - Key Plays

| Always On: Gartner MQ, #OnMyTerms, CxO |
|---|

| Freedom Brand Campaign |
|---|

| | FREEDOM TO BUILD | FREEDOM TO APP | FREEDOM TO CLOUD |
|---|---|---|---|
| Key Play 1 | Replace 3-Tier | VDI (Citrix) | Multi-Cloud Mgmt |
| Key Play 2 | Eliminate vTax | SAP | Embed Cloud Services |
| Key Play 3 | One-Click Operations | Oracle | |
| Key Play 4 | Consolidate File Services | MS-SQL | |
| Key Play 5 | Automate & Orchestrate Application Mgmt | Custom Applications | |
| Key Play 6 | Secure Your Network | | |

36

CONFIDENTIAL

NTNX-0057241



# Marketing Investment and Impact



Bold marketing efforts and brand campaign could significantly increase pipeline created

| Investment Level | Scenario | FY '19 Pipeline Generated |
|---|---|---|
| Current Run Rate | Conservative (60x) | $8B |
| Current Run Rate + 15% | Aggressive (65x) | $9.9B |
| Current Run Rate + 30% | Aggressive (65x) | $11.3B |



*Increase in yield is due to brand halo effect and improvement in demand generation targeting, offers*

37

CONFIDENTIAL

NTNX-0057242

# Driving Growth



| | | | | |
|---|---|---|---|---|
| **Partner Focus** | Channel Programs | FY'18, FY'19 | Lou/Rodney | 20 min |
| **Market Focus** | Project Freedom | FY'19 | Ben | 30 min |
| | Integrated Campaign | FY'18, FY'19 | Ben | 10 min |
| **Customer Focus** | Customer Success | FY'19 | Inder | 20 min |
| **Geographic Focus** | EMEA, APAC, LatAm | FY'19 | Lou | 20 min |
| **Vertical Focus** | Financials, Healthcare, Public Sector (US) | FY'19 | Lou/Sherry | 20 min |

38

CONFIDENTIAL

NTNX-0057243

# Customer Success
Inder Sidhu

CONFIDENTIAL

# Goal of Customer Success at Nutanix



## Customer Success can focus on many things



**TECHNOLOGY ADOPTION**
- E.g. features, use cases, issues
- Metrics: Utilization, NPS/CSAT

**REVENUE EXPANSION**
- E.g. cross-sell, up-sell
- Metrics: Contract expansion, qualified opportunities

**CHURN REDUCTION**
- E.g. SW renewal, # seats
- Metrics: Renewal rates

Infra technology companies

PURE STORAGE
paloalto
vmware

SaaS companies

Gainsight
box
salesforce

## Customer Success focus for Nutanix

Start with Technology Adoption

Metrics:
- Adoption: Utilization--6 month/12month
- Upsell: e.g. AFS, Prism Pro, CALM
- Cross-sell: Expansion of workloads
- Life time bookings expansion
- CSAT/NPS

Move into churn reduction and active revenue expansion, as Nutanix evolves into a **SW/SaaS** and **Cloud Services** company

41

CONFIDENTIAL

NTNX-0057245

# Some Key Learnings Emerged as We Spoke to Several Companies, and Thought Leaders in Customer Success





| | |
|---|---|
| palo alto NETWORKS | Maz Songerwala, VP Customer Success |
| vmware | Alaa Badr, VP Customer Success |
| PURESTORAGE | Alex Hesterberg, Former VP, Customer Success |
| cisco | Ed Daly, VP, Customer Success |
| splunk | UVL Narayana, CS Leader |
| servicenow | Dean Robison, SVP Customer Success |

BCG
The Boston Consulting Group

McKinsey&Company

Alexander group

Gainsight

- No 'one size fits all' – depending on what a company wants to solve for there are different flavors

- Most companies have a segmented approach, where they typically start with their largest accounts

- For companies in the infrastructure space, there is more focus on technical expertise combined with BD skills

- Data and customer insights is a foundational component for driving customer success

- In most companies, customer success is funded as an investment (at least initially)

Note: Scheduled to meet Maria Martinez, President, Global Customer Success at Salesforce on March 8th

CONFIDENTIAL

NTNX-0057246

# Our Approach





Large IB accounts
High potential accounts
Top accounts with issues

- Higher resource coverage (~1:4)
- Nutanix IP
- Exec sponsorship programs

- Lower resource coverage (~1:10)
- Scaled via remote CSMs/ISRs/SEs
- Nutanix IP

- Self-service tools
- Emails, Webinars
- Nutanix IP

### Design Principles

- ✓ Segmented approach to customers

- ✓ Start with Pilots to learn, and harden offer

- ✓ Nutanix IP leveraged (business cases, best practices, insights, training, customer references etc.)

- ✓ Technically oriented + consultative resources

- ✓ Mostly Opex funded

45

CONFIDENTIAL

NTNX-0057247

# The Enterprise Cloud Customer Journey



**Multi-Cloud Hyperconvergence**



**Scale Enterprise Cloud**

**Embrace Full Cloud Stack for Ent Apps**

**Datacenter Modernization**







Common, consistent operating model across all IT environments

Default IT for all virtual workloads, including mode 2 app dev and/or production

Adopt Nutanix stack for broad set of business apps

Storage/server refresh
New app deployment
(e.g., VDI)



47

CONFIDENTIAL

NTNX-0057248

# Drive Technology Adoption by Moving Customers Along the Maturity Spectrum (Operations, Organizational, and Financial) with Nutanix



CONFIDENTIAL

NTNX-0057249

# Data foundation for CS: We will need to ensure that a comprehensive customer view is developed across the various sources



**Customer Success Insights**

### Capacity Usage (Capacity Dashboard)



Usage: Storage, CPU, # VMs

### Feature Utilization (Insights)



De-duplication, compression, AHV, AFS, ABS, network segmentation, license type…

### Use Case foot-print (SFDC + CSM)



VDI, Ent Apps, Dev test, ROBO, Collab, Big data, server virtualization…

### Support related Watch Tower



Known bugs, Versioning, cases by cluster & status, aging nodes, capacity forecast

### Installed base shipped (what was bought when)



### Competitive insights (CSM)





Use customer insights to assess adoption, manage success plans, and identify opportunities for expansion

CSM

Data foundation 2.0 should leverage a recommendation engine that CSMs can use

CONFIDENTIAL

NTNX-0057250

# Customer Success Delivery is supported by an Operations team, and a Solutions team





### Customer Success Solutions

- Vertical Industry Focus
- Horizontal Business Case Focus



### Customer Success Operations

- Program execution
- Executive Sponsorship
- Customer insights
- Enablement



### Customer Success Delivery

 DATA FOUNDATION

- Customer Success Managers (Success plan, adoption, expansion)

**+**

PREMIUM SVCS FOR A FEE

- Technical Account Managers (TAMs)
- Resident Consultants (RC)

**High Touch Accounts (~200)**

**Medium Touch Accounts (300+)**
>$1M IB accounts

**Tech Touch Accounts**
<$1M IB accounts

CONFIDENTIAL

NTNX-0057251

# Phased Execution Approach

DRAFT



|  | H2 FY'18 | H1 FY'19 | H2 FY'19 |
|---|---|---|---|

**PHASE 1**

FEB'18

Customer Success Plan created & approved

Hiring begun

**PHASE 2**

MAR-JUL'18

Pilot execution for High Touch Accounts
+
Development of CSM deliverables, data model
+
development of low/tech touch offers

**PHASE 3**

AUG'18-JAN'19

Scale High Touch Accounts and move down into medium touch accounts

100

**PHASE 4**

FEB-JUL'19

Scale to 200+ accounts

220

# OF ACCOUNTS

40-50



CONFIDENTIAL

53

NTNX-0057252

# Driving Growth



| **Partner Focus** | Channel Programs | FY'18, FY'19 | Lou/Rodney | 20 min |
|---|---|---|---|---|
| **Market Focus** | Project Freedom<br>Integrated Campaign | FY'19<br>FY'18, FY'19 | Ben<br>Ben | 30 min<br>10 min |
| **Customer Focus** | Customer Success | FY'19 | Inder | 20 min |
| **Geographic Focus** | EMEA, APAC, LatAm | FY'19 | Lou | 20 min |
| **Vertical Focus** | Financials, Healthcare, Public Sector (US) | FY'19 | Lou/Sherry | 20 min |

59

CONFIDENTIAL

NTNX-0057253



Geographic Focus
APAC, EMEA, LATAM
Lou Attanasio

CONFIDENTIAL

NTNX-0057254

# Geographic Focus
## *Country Centric Strategy*















CONFIDENTIAL

NTNX-0057255

# Opportunity Analysis:
## *Gap Between Bookings and IT Spend in Largest Countries*



\* United States at 57.3% of Bookings compared to IT Spend of 46.6%

CONFIDENTIAL

NTNX-0057256

# Gap Analysis:
## *Resource Gap and Productivity Gap in Largest Countries*





\* United States at 57.3% of Bookings compared to IT Spend of 46.6%

CONFIDENTIAL

NTNX-0057257

# Geographic Focus
## *International Focus Summary*

### APAC, LATAM



Underperforming:
"Get well Plan"

ANZ

Invested for Success:
"Drive Momentum"
ASEAN

Resources

Productivity

Low Focus/Low Results:
"Need a Plan"

HKT, Korea
LATAM

Underinvested:
"Double Down"

India, China, Japan

64

CONFIDENTIAL

NTNX-0057258

# Geographic Focus
## *International*



## APAC, LATAM

Resources ↕ / Productivity ↔

**Underperforming:**
"Get well Plan"

ANZ

**Invested for Success:**
"Drive Momentum"

ASEAN

**Low Focus/Low Results:**
"Need a Plan"

HKT, Korea
LATAM

**Underinvested:**
"Double Down"

India, China, Japan

## EMEA

Resources ↕ / Productivity ↔

**Underperforming:**
"Get well Plan"

Turkey,
Germany

**Invested for Success:**
"Drive Momentum"

France, Italy, SA CH,
Benelux, UK

**Low Focus/Low Results:**
"Need a Plan"

Iberia, Israel, Africa
Central

**Underinvested:**
"Double Down"

Mid East, Russia
Nordics, Eastern
Europe, Ireland,
Germany (future)

65

CONFIDENTIAL

NTNX-0057259

 

# Geographic Focus: APAC

<u>Why</u>
- Grossly underinvested, relative to the opportunity, all across the region
- China and Japan have local server vendors: with software choice we can capture large opportunity
- Great success in Japan but still underinvested; high productivity region at >20% better than company avg
- Still building out team in China but early success leads to confidence if more resources added
- Australia needs work but 3rd largest economy in APAC so potential for upside per the available market for server and storage spend
- ASEAN doing well in fast growing markets and new reps are ramping fast

<u>How to Grow</u>
- Japan – $4B in server oppty opened up by SW choice – invest heavily to capture margin-rich opportunity
- ANZ – Significant size market ($1B servers); execute better, consistently to bring up productivity
- HKT, Korea – Help leaders thing bigger and bolder; Hire and ramp HC consistent with size of market
- ASEAN – Extremely productive; add fuel to winning formula (low cost)

<u>The Upside</u>
- Potential for an extra $55-$60M in ISV in FY19 with ~75% of this coming in H2'19 given the ramp timeline of new reps.

CONFIDENTIAL

NTNX-0057260

 # Geographic Focus: EMEA

**Why EMEA**

- Currently Capturing ~1.2% of Total Addressable Market
- No regions feel opportunity constraints; only constraints are internal functional capabilities to scale, e.g., Legal, Payroll, Tax, Finance, Benefits, Recruiting, etc.
- Leadership changes in EMEA now complete and just coming off record quarter
- Time is right to accelerate growth

**How to Grow**

- Increase quarterly field team hiring from ~8-9/quarter to ~20-25/quarter
- Invest in countries where the management team is mature and can hire and absorb the talent
- Large investment needed in Recruiting and Enablement to ramp additional resources
- Marketing and Channel Programs to support need for additional pipeline and sales support
- Risk: Hiring is going to take a lot of time away from selling

**The Upside**

- Additional $56M in bookings at expense ratios consistent with large number of ramping reps

67

CONFIDENTIAL

NTNX-0057261



# Geographic Focus: LATAM



<u>Why Latin America</u>

- Nutanix could double the percentage contribution to global revenue it gets from LATAM
  - LATAM as percentage of Global IT Spend:  3.8%
  - LATAM Nutanix as percentage of Nutanix Global Revenue:  1.9%
- Competition has invested at much faster rate
- Productivity close to parity with WW average
- 3 Largest Countries have rapid growth rates (Brazil, Mexico, Argentina)
- Strong Base with over 400 customers in Region

<u>How to Grow</u>

- Double HC in next 6 months
- Need to bring Marketing and Channel on par with other regions of similar size

<u>The Upside</u>

- $8M in additional ISV above run-rate in FY19 with expense investments consistent with company average

CONFIDENTIAL

NTNX-0057262

# Driving Growth



| Partner Focus | Channel Programs | FY'18, FY'19 | Lou/Rodney | 20 min |
|---|---|---|---|---|
| Market Focus | Project Freedom | FY'19 | Ben | 30 min |
| | Integrated Campaign | FY'18, FY'19 | Ben | 10 min |
| Customer Focus | Customer Success | FY'19 | Inder | 20 min |
| Geographic Focus | EMEA, APAC, LatAm | FY'19 | Lou | 20 min |
| Vertical Focus | Financials, Healthcare, Public Sector (US) | FY'19 | Lou/Sherry | 20 min |

69

CONFIDENTIAL

NTNX-0057263



# Vertical Focus (US)
Financials, Healthcare, Public Sector
Sherry Lautenbach

CONFIDENTIAL

NTNX-0057264

# US Vertical Focus



CONFIDENTIAL

NTNX-0057265



# Vertical Focus: US Financials



## Why / Opportunity

- No sales to date at top 5 US financial Institutions, which represent $4.6bn in addressable IT spend
- Banks tend to follow each other; Need to crack the first major one in the US
- Some strong traction with 2nd tier Financials in the US along with major banks internationally



**Top 10 AMER Financials Accounts** — Lifetime Bookings ($M)

| Lifetime Bookings ($M) |
|---|
| $21.6 |
| $8.2 |
| $6.7 |
| $6.1 |
| $5.9 |
| $5.2 |
| $5.2 |
| $4.9 |
| $4.3 |
| $3.7 |



**Top 5 US Banks by Assets**

| | Open Pipe ($M) | Lifetime Bookings ($M) | CY2017 Bookings | 2017E IT Spend ($M) |
|---|---|---|---|---|
| | $0.00 | $0 | $0 | $1,196 |
| | $0.00 | $0 | $0 | $1,254 |
| | $0.07 | $0 | $0 | $1,136 |
| | $0.21 | $0.09 | $0 | $717 |
| | $0.35 | $0 | $0 | $307 |
| Total | | | | $4,609 |

CONFIDENTIAL

NTNX-0057266

 # Vertical Focus: US Financials (Cont'd)



## How to Grow

- Key focus is to hire and expand Financial Services sellers in the Metro New York area. 5 new hires on board, with 3 more to come in FY18, which will bring team total to 8 (healthy funnel of GAM candidates for the vertical) FY 19 plan to add 5-10 additional in Metro NY dependent on skills and talent. .
- Executive Sponsorship in the Top 10 NY/NJ Financials. This includes internal and external coverage leveraging the Nutanix Board, Institutional Investors, and Global Alliances
- Drive GTM planning with National and Franchise Partners covering key financial services accounts, including GSIs.
- Need to be able to leverage all of the above to be able to get access to key stakeholders who will bring Nutanix in-house to begin testing. This investment includes, but is not limited to, HW, SW, Technical, onsite resources (CSM) at no initial charge, both pre sales and post sales.

## The Upside

- Fully Ramped financial reps should have productivity of >$8M ISV/year
- Should be able to build full NY Financial region of 8-10 reps, yielding $64-$80M ISV / year once ramped

CONFIDENTIAL

NTNX-0057267



# US Healthcare



## Why

- $27B Market with $11B currently available to market based on product lineup and certifications; Nutanix currently penetrating 1.6% of $11B available
- Nutanix resonates in Healthcare with messaging around Risk reduction, OpEx reduction, and improving staff and patient experiences
- Validation in market with over $125M in bookings in last 4 quarters with over 1,000 cumulative healthcare customers
- Many key certifications achieved with more expected in next 6-12 months

## How to Grow

- Build out regional Healthcare teams similar to what has been done in the West
- Investment in certifications (EPIC key) and go to market partnerships – ███████ ██████████████████████████████████ etc
- Vertical specialization in healthcare focused teams in Marketing, PM, and Inside Sales

## The Upside

- Each dedicated sales team can deliver $4M-5M a year in ISV
- Building out 4 dedicated healthcare regions would add ~20 healthcare reps that could deliver ~$80M ISV/year when fully ramped; ~$40M ISV in FY19

CONFIDENTIAL

NTNX-0057268

 # US Public Sector



## Why

- US Federal consistently highest productivity vertical in company
- Even with success, still large untapped market in Federal; Over $75B in annual IT spend
- Success seen in SLED but many states do not have adequate coverage
- Total IT Spend across SLED at over $120B

## How to Grow

- Continue to add field teams while monitoring any impact to productivity
- Additional Channel resources with expertise with public sector partners
- Engage with lobbyist at Federal and State level to assist in uncovering opportunities
- Invest in Security and Certifications to broaden available market
- Formal segmentation around size of account/opportunity and sub-vertical
- Public Sector specific Marketing resources and spend

## The Upside

- Once fully ramped additional investments in Public Sector could deliver $80M-$120M incremental ISV per year

CONFIDENTIAL



Software Updates
Sunil Potti

CONFIDENTIAL

NTNX-0057270

# Shift to SW via Selling Motion & Fulfillment Changes





**By Quarter**

\*\* Source: Q1FY18 investor presentation

Software and Support* Estimated GM at > 80%    Pass-through Hardware Estimated GM at 0%

| Front-end change: | Back-end change: |
|---|---|
| **Focus on software selling across all routes to market** | **Fulfill NX via Software at Scale (S@S)** |
| Sales compensation changes. Pricing/packaging/product changes | Enabling CMs to sell NX HW directly through our distributors |

CONFIDENTIAL

NTNX-0057271

## Topics



- AOS SW across various form factors

- New Packaging and Pricing to enable scale

- Packaging/Pricing Roadmap

- Q2 results
  - AOS on 3rd Party Platforms
  - AOS as OEM

CONFIDENTIAL

NTNX-0057272

# AOS: Various Product Form Factors





CONFIDENTIAL

NTNX-0057273

# New Packaging: Harmonize. Standardize.



2. Standardize: Increase customer commitment to Nutanix portfolio with a flexible Nutanix Currency

| AOS | AFS | Prism Pro | Calm | Flow |

Acropolis SW — NX

Acropolis SW — OEMs
Dell, Lenovo, IBM

Acropolis SW — 3rd party HW
HPE, Cisco UCS

1. Harmonize: Monetize AOS SW on any HW consistently and correctly

Turnkey Appliances
(SW tightly-coupled with HW)

CONFIDENTIAL

NTNX-0057274

# 1. Harmonize:
## Monetize SW on any hardware consistently



[NEW] Attribute-Based Pricing                    for both NX and Non-NX
    Per Core, Per Flash TB, Per HDD TB

Granular Metric



Current pricing is uniform independent of capacity



Right-sizes for diversity of          Squeeze HW to capture more          Prepares us for the longer journey
apps and use cases                    SW $s for Nutanix                     of software & subscription

** Industry examples: VMware (per CPU, per VM pack). Oracle (per Core). Azure Stack (per vCPU + per GB). AppDynamics (per "unit")

81

CONFIDENTIAL                                                                    NTNX-0057275

# 2. Standardize:
## Increase customer commitment to NTNX SW portfolio





Flexible Nutanix Currency

Nutanix Coins

| Acropolis* | AFS | Prism Pro | Calm | Flow |
|---|---|---|---|---|
| Per Core<br>Per Flash TB<br>Per HDD TB | Per TB* | Per Node | Per VM-pack | Per Node |

| Example Rate Card | Per Core | Per Flash | Per HDD | Per Node | Per 25-VM pack |
|---|---|---|---|---|---|
| Acropolis Starter | 1,785 | 2,793 | 263 | - | - |
| Acropolis Pro | 2,108 | 3,298 | 310 | - | - |
| Acropolis Ultimate | 2,720 | 4,256 | 400 | - | - |
| Prism Pro | - | - | - | 8,230 | - |
| Flow | - | - | - | 8,230 | - |
| Calm | - | - | - | - | 20,500 |

\* Acropolis includes STR, PRO, ULT, AFS, a-la-cartes.   AFS per TB model is wip

82

CONFIDENTIAL

NTNX-0057276

 # AOS SW Roadmap

### Increase Market Coverage

| NX | OEMs | 3rd Party |
|---|---|---|
| 1st party | 2nd party | 3rd party |
| SMC | Dell | Cisco |
| | Lenovo | HP |
| | Fujitsu | Huawei |
| | Inspur | … |
| | … | |

90% market coverage

- Skylake updates (9 platforms)
- 1-node, 2-node
- Single-socket Dell
- Quad-socket Lenovo (SAP HANA)
- Config validator, Sizer enhancements

- Self-Certification tool for partners, SIs, customers (Flex SDK)
- Elevate Program extended to HW partners

### Introduce new Pricing and Packaging

- Introduce Coins (Pilot started. GA in FY19)

- Introduce Attribute-based Pricing (Pilot in Q3, GA in FY19)

- Licensing workflow changes in product and backend systems (eg. Sizer, SFDC, Portal)

### Introduce "De-coupled" Appliance Selling Motion

- Quote-to-fulfillment process tweaks leveraging S@S (Pilot in Q3. GA in FY19)

- Licensing workflow changes in product and backend systems

- Enable De-couple selling motion with OEM partners
  - Dell Ready Nodes: close to final
  - Lenovo: in discussion

CONFIDENTIAL

NTNX-0057277

 # AOS on 3rd Party Platforms



**Bookings ($M)**

$24.5M

$25
$20
$15
$10
$5
$0

$0.7M · FY17Q2
$2.2M · FY17Q3
$5.6M · FY17Q4
$7.0M · FY18Q1
$24.5M · FY18Q2

■ NX   ■ Cisco UCS   ■ Dell (Poweredge)   ■ Dell (XC)   ■ HPE   ■ Other   ■ Lenovo   ■ Klas Telecom

**Q2FY18 Top Deals**

$7.3M (NX)

$3.2M (Dell XC), $2.2M (HPE)

$4.2M (NX)

$2.5M (Cisco UCS)

$1.5M  (Cisco UCS)

- Dell PE and HPE off to a good start. Large **$1M+ deals** across platforms, eg. HPE, UCS, Dell.
- "**De-coupled**" selling motion increasing: NX, Dell, Fujitsu, Lenovo
- **Repeat purchases** from existing customers growing

\*\*Includes de-coupled Fujitsu deals ███████████ in Q2FY18

CONFIDENTIAL

84

NTNX-0057278

 # AOS as OEM

- OEM business strong in Q2, booking $50M
- New OEM partnerships in progress:
  - Fujitsu (mid C18):
    Dominant in W. Europe and Japan
  - Inspur (2H C18):
    #3 WW and #1 in China

### Bookings ($M)



### Dell XC

- XC comp unattractive for Dell EMC sellers
- Portion of XC Appliance bookings will shift to SW on Dell HW

### Lenovo HX

- Early signs of momentum
- Key logos include ███████
  ███████████
- ████████████████████
  business over $6M

### IBM CS

- Closed 3 deals in Q2 (~$350K)
- AIX support from Q3CY18 opens IBM's large captive install base

**Includes IBM deals. Does not includes  deal on de-coupled Dell XC    85

CONFIDENTIAL    NTNX-0057279

# Potential Rollout Risks and Mitigation



- ## Implementation risks across product and systems
  - Streamline end-to-end process thru' a gradual rollout: Pilot 1 (10 deals), Pilot 2 (2 sub-regions), GA
  - Leverage already live S@S framework for de-coupled NX selling motion

- ## Pushback from sales, customers, partners
  - Learn & adapt from feedback during Pilot phases to fine-tune approach and implementation
  - Simple, transparent and repeatable messaging and sales enablement
  - Be prepared with content to respond to objections and competitor FUD

- ## Burden on existing customers to adopt new pricing/packaging
  - Enable existing customers to leverage new pricing/packaging without requiring AOS upgrade
  - Keep existing appliance pricing/packaging to allow for transition

- ## Erosion of per-node economics when selling SW
  - Arm sales with clear guidelines and tactics on discounting thresholds and defending ISV
  - Create ROI examples and tools to compare new model with existing/competitor models

CONFIDENTIAL

86

NTNX-0057280



CONFIDENTIAL

NTNX-0057281



Marketing

CONFIDENTIAL

NTNX-0057282

# 2H Americas Marketing Pipeline Acceleration Initiatives

## New Logo – Software Choice

- Channel Xceleration

  - **What**: Market "to" partners new rebates designed to grow net new business and Nutanix software-powered-choice.
  - **How**: Xcelerate Call Out Day campaigns with select partners

**Goal: $20m in new 2H pipeline; $3.1m in ISV**

## Existing Business

Reignite Campaign

- **What**: SDR/ISR call-out campaigns for setting meetings to expand existing business:
  - Stalled pipe (Stage 1-2)
  - Dormant accounts (>12 months)
- **How**: Reason to call is Gartner MQ combined with upsell on AFS, Prism Pro and Microsegmentation

**Goal: accelerate $234m in stalled pipe; $8.6m in ISV**

## New Business

Whitespace Attack

- **What**: Prospecting campaign for net new accounts.
- **How**: Leverage 3rd party agencies to augment call volume and reach:
  - BAO
  - SimplyDirect
  - Cold event leads
- Reason to call is Gartner MQ and Rent vs Own TCO study.

**Goal: $31.5m in new pipeline; $7m in ISV**

CONFIDENTIAL

NTNX-0057283

 # Re-ignite Campaign: Americas Plan



- SDR/ISR Call Out on:
- Existing business stalled stage 1-2 opportunities
- New opportunities in existing dormant accounts (>12 months)
- New opportunities from previous campaigns

- Reason to Call:
- Lead with Gartner MQ
- Expand with talk tracks on AFS, Prism Pro, Microsegmentation

- Execution:
- Compile lists with RDs/Reps to identify call targets and who calls
- Pass remainder to SDR/ISR for call down effort
- Marketing provides "reason-to-call" kits and soft offers

## Campaign Targets

|  | Stalled Opps | Dormant Accounts | Campaign Leads |
|---|---|---|---|
| West | $27M new biz; $25M existing biz | 168 accounts | 4,500 leads |
| East LA | $54M new biz; $30M existing | 229 accounts | 12,000 leads |
| North | $46M new biz | 195 accounts | 5,816 leads |
| Central | $46M new biz; $35M existing | 169 accounts | - |
| Public | TBD | TBD | TBD |

CONFIDENTIAL

NTNX-0057284



# Q2'18 Pipeline Analysis



## In ISV terms, pipeline generation decreased by 8% in in Q2'18

**New Pipe Created ($M)**

Legend: Bookings (dark), ISV (light)

| Quarter | Bookings | ISV |
|---|---|---|
| Q1'16 | $573 | $288 |
| Q2'16 | $557 | $275 |
| Q3'16 | $558 | $307 |
| Q4'16 | $586 | $348 |
| Q1'17 | $662 | $415 |
| Q2'17 | $710 | $467 |
| Q3'17 | $969 | $689 |
| Q4'17 | $1,020 | $732 |
| Q1'18 | $1,200 | $885 |
| Q2'18 | $1,050 | $811 |

CONFIDENTIAL

NTNX-0057285

 # What Happened in Q2'18?

## New pipeline generation was short of the goal by ~28%



**New Pipe Created ($M)**

- Q2'18 Goal: $1,461
- Q2'18 Actual: $1,050

### <u>Negative Factors</u>

- Q2 Seasonality—11.5 week quarter

- Weak pipeline creation overall

### <u>Mitigating Factors</u>

- Improved win rates

- Improved ISV creation

- Strong pipeline creation in Existing Enterprise business

CONFIDENTIAL

92

NTNX-0057286



# Q4'18 Outlook



## Early Q4'18 outlook looks to be on target with APAC showing strength

| Theater | Q4'18 Corporate Plan (ISV in $M) | Q4'18 Excess/Shortfall |
|---|---|---|
| Americas | $216 | ($25M) |
| APAC | $53 | $28M |
| EMEA | $66 | ($3M) |
| Renewals* | $5 | -- |
| Total | $340 | -- |

Large surplus regions
- Japan--$17M
- ASEAN--$7M
- WEUR--$5M
- SEUR--$4M

Large deficit regions
- Public Sector--$9M
- Central--$7M
- West--$6M
- East--$5M

Q3 Pipeline Generation
- Highest ever volume of opportunities created in week 1 and 2
- Linearity is on pace to hit goal after two fiscal weeks

*Do not have guidance on renewals

93

CONFIDENTIAL

NTNX-0057287



# 1H18 Pipe Creation--ISV



## Only commercial new business and enterprise existing business increased QoQ

| Segment | Q1'18 Pipe Creation ($M) | Q2'18 Pipe Creation ($M) | Delta |
|---|---|---|---|
| *Commercial—New* | *99.2* | *96.7* | *2.7%* |
| Commercial—Existing | 71.1 | 59.1 | -16.8% |
| Enterprise—New | 141.5 | 113.1 | -20.1% |
| *Enterprise—Existing* | *158.6* | *184.9* | *16.6%* |
| Healthcare—New | 79.6 | 76.2 | -4.3% |
| Healthcare—Existing | 36.7 | 37.9 | -10.6% |
| Public Sector—New | 50.1 | 38.2 | -23.7% |
| Public Sector—Existing | 84.3 | 69.3 | -17.8% |
| SMB—New | 164.0 | 143.9 | -12.2% |
| SMB—Existing | 51.9 | 42.0 | -19.0% |
| Total | 897.9 | 826.1 | -8.0% |

- Enterprise Existing business was the only segment to improve pipe creation significantly

- Lower pipe creation for Enterprise New business could be a concern going forward because we need to land and expand

94

CONFIDENTIAL

NTNX-0057288



Driving Growth

CONFIDENTIAL

NTNX-0057289



# Surge – Software Attach

- Drive higher attach of AHV and Calm across our global partner community

  - Xtribe
  - Calm and AHV prominent placement, contest

  - SW floor days/Xcelerate
  - Call days, on-site enablement

  - MBO on channel team
  - CAMs/Channel Manager MBOs for driving SW attach

  - Partner leader boards
  - Channel insights tool, which partner reps sell add-on SW



CONFIDENTIAL

NTNX-0057290



# Quarterly Financials (ISV)



| Rebate | Q3'18 | Q4'18 | Total FY18 | Q1'19 | Q2'19 | Q3'19 | Q4'19 | Total FY19 |
|---|---|---|---|---|---|---|---|---|
| Incremental Dell XC-Core nodes | | | | | | | | |
| Dell XC-Core node rebate (80% redemption) | | | | | | | | |
| Ratio | | | | | | | | |
| | | | | | | | | |
| Top partner SFW incremental growth (60% achievement) | | | | | | | | |
| SFW growth rebate | | | | | | | | |
| Ratio | | | | | | | | |
| | | | | | | | | |
| Net new customer | | | | | | | | |
| Net rebate paid (80% redemption) | | | | | | | | |
| Ratio | | | | | | | | |
| | | | | | | | | |
| Total rebate impact | | | | | | | | |
| Total rebate payout | | | | | | | | |
| Ratio | | | | | | | | |



| | Total FY18'2H | Total FY19 |
|---|---|---|
| Total rebate impact | | |
| Total rebate payout | | |
| Ratio | | |

CONFIDENTIAL

NTNX-0057291

# Top Partner Growth Incentive Participants

| EMEA | APAC | Americas |
|---|---|---|
| CDW UK | Nissho Electronics (Reseller) | CDW |
| Softcat | Neteer | Sirius Computer Solutions (Includes Forsythe) |
| Gulf Business Machines GBM - ME | ITOCHU Techno-Solutions Corporation (CTC) | PRESIDIO NETWORKED SOLUTIONS, INC. |
| Aptronics (Pty) Ltd | Thomas Duryea Logicalis | SHI - NJ (US Only) |
| SVA GmbH | CTC Global Pte Ltd and Sdn Bhd | World Wide Technology |
| S-Cube | TIS | Trace3 |
| | | Insight (US Only and Includes Datalink) |

98

CONFIDENTIAL

NTNX-0057292

# Driving scale through Tech Touch



**High Touch Accounts (~200)**

**Medium Touch Accounts (300+)**
>$1M IB accounts

**Tech Touch Accounts**
<$1M IB accounts

**Self Service Portal** — Best practices, benchmarks, training content, field advisories...

**On-line tools to build plans & ROIs** — Tools to create personalized success plans, TCO and ROI calculators

**Webinars** — Webinar series to educate customers on available resources, high priority topics

**Community** — Peer-to-peer, and Nutanix expert engagement

**Personalized communication** — Targeted emails for best practices, capacity alerts, new releases

99

CONFIDENTIAL

NTNX-0057293

# Become Operationally Efficient

**Become Operationally efficient**

**1** — **2** — **3** — **4** — **5**

| Consistent results for each deployment | Standardization | Improve Service Levels | Proactive & Pre-emptive operations | Automation to improve productivity |
|---|---|---|---|---|
| **Examples** | **Examples** | **Examples** | **Examples** | **Examples** |
| • Best practice for infrastructure deployment http://portal.nutanix.com | • Standardizing on qualified versions | • Health check monitoring via Prism, and automated alerts | • Implementation of fixes for known bugs/field advisories, event analysis, upgrade risk analysis | • Leverage APIs from developer network Nutanix Developer Network |
| • Best practices for use case implementation | • Use of run books for service impacting events | • Feature utilization (e.g. De-duplication, compression) | • Best practices around process & tools (e.g. integration with ticketing system) | • Code samples to help customer start an automation initiative |
| • Deployable blueprints for applications | • Putting change controls in place | • Become aware of 3rd party integrations with Nutanix (release schedules, testing & validation) | • Usage monitoring via Prism and capacity planning | • Use of one-click upgrades |
| | | • Disaster recovery plan | • Insights based recommendations | • Use API scripts to automate common tasks |
| | | • Use of container service | | |

CONFIDENTIAL

NTNX-0057294

# Become Organizationally Proficient



| Become organizationally proficient | 1 Basic product knowledge | 2 Successfully on-boarded & deployed | 3 Infrastructure expertise | 4 Infrastructure proficiency | 5 Application level expertise |
|---|---|---|---|---|---|
| | **Examples** | **Examples** | **Examples** | **Examples** | **Examples** |
| | • Demo | • Design Workshops | • Nutanix Certified Professional - NCP (formerly NPP) https://www.nutanix.com/support-services/training-certification/# | • NPX | • Nutanix Certified Advanced Architect - NCAA (in-development) : Implementing business critical, DevOps & Cloud workloads utilizing Nutanix Tools and software platform |
| | • POC/HPOC/Test Drive | • Sandbox | | • Nutanix Certified Advanced Professional - NCAP ( in-development): Advanced administration & performance mgmt. | |
| | • The Nutanix Bible http://nutanixbible.com/ | • Services led solution delivery (run book development, design docs..) | • Education plan for different user groups (Storage, compute, networking, apps team) | | • Services led customized CALM solutions, App deployment services |
| | • Nutanix nu.school YouTube Channel - https://www.youtube.com/channel/UCJupSMWQRKQTvkb2CfkW0Eg | | • Implement, Administer, Manage Training (workshop) | | |
| | | | • HealthCheck Service | | |

101

NTNX-0057295

# Realize Business/Financial Benefits



| | | | | |
|---|---|---|---|---|
| **Realize Business/ Financial Benefits** | **1** Basic financial awareness | **2** Infrastructure TCO benefits | **3** Business Svcs benefits | **4** IT Strategy | **5** Business Strategy |

**1** Basic financial awareness

**2** Infrastructure TCO benefits

**3** Business Svcs benefits

**4** IT Strategy

**5** Business Strategy

## Examples

- Comparison of Nutanix Vs 3-Tier architecture/ Public Cloud/ Competitive solutions using industry research

  E.g. University of  UC San Diego

## Examples

- Understanding of TCO of Nutanix Vs Pure/Dell EMC/VMW/Public Cloud/Competitive HCI e.g. TCO analysis done for Bridgewater (competitive HCI, VXRAIL), Truckee Donner Public Utility District (3-tier, VNX),



## Examples

- Understanding of how implementation of VDI, critical apps on Nutanix is improves service ROI e.g. biz case for NBBJ (VDI),  Baylor Scott & White (Critical Apps)



## Examples

- Understanding of how building a hybrid cloud environment using Nutanix is economically beneficial e.g. Hybrid cloud business case analysis for JetBlue



## Examples

- Linking Nutanix value prop to  business needs, and help IT drive proactive business enablement E.g. Flight Central (Australia)

CONFIDENTIAL

NTNX-0057296

# Timing of hiring CSMs: Americas



| Region | Metro Area | Regional Director | IB 200 Account Name | LTB ($M) | FY17 Bookings ($M) | H2'18 CSM |
|---|---|---|---|---|---|---|
| Americas Public Sector | Washington DC | Sean McLaughlin, Greg O'Connell, Scot Susi | | 169 | 46.2 | 2 |
| Americas Public Sector | Tampa | Scot Susi, Jen Nowell, Greg O'Connell | | 22 | 16.5 | 1 |
| Americas North | New York | Peter Cary, Adam Marlin, Robert Stroud | | 43.6 | 20.2 | 2 |
| Americas North | Boston | Peter Cary | | 13.4 | 2.8 | 1 |

**Total 15**

CONFIDENTIAL

NTNX-0057297

# Timing of hiring CSMs: EMEA & APAC



| Region | Metro Area | Regional Director | IB 200 Account Name | LTB ($M) | FY17 Bookings ($M) | H2'18 CSM |
|---|---|---|---|---|---|---|
| APAC Japan | Tokyo | Adam Wright, Eisaku Machida | ███████████ | 6.7 | 3.4 | 1 |
| APAC ASEAN | Singapore | Adam Wright, P.K. Lim | ███████████ | 14.7 | 7.4 | 1 |
| EMEA Southern Europe | Paris | Hugues Heuzé, Patrice Nicolle | ███████████ | 16.9 | 5.5 | 1 |
| EMEA Western Europe | London | Alan Campbell, Nick Burke | ███████████ | 32.3 | 12.8 | 1 |

Total 4

CONFIDENTIAL

NTNX-0057298

# Executive Sponsor Program



| GOALS | TACTICS |
|---|---|
| **Leverage Nutanix's senior staff to:**<br><br>• Foster trusted relationship with top customers<br><br>• Increase Executive engagement<br><br>• Deepen account penetration<br><br>• Increase customer satisfaction, loyalty, & revenue | • Physical visit to accounts once in 6 months (briefing package)<br><br>• Quarterly calls into accounts (briefing package)<br><br>• Visibility into account plans, drive forecasted business<br><br>• E-mail communication from Exec Sponsor, invitation to events etc..<br><br>• Not more than 3 accounts per Exec Sponsor<br><br>• All engagement via Account Rep. |

CONFIDENTIAL

105

NTNX-0057299

 # Next Steps



Next Steps (H2'18):

- Hiring of CSMs in priority metro areas/accounts

- Development of assets/deliverables for use by CSMs in the field

- Executive Sponsorship program kick-off

- Coverage model (metros/accounts/CSM coverage) for all of FY'19

- Development of data model for Customer Success ( incl. workflow platform to be used)

- Tech touch model development

CONFIDENTIAL

NTNX-0057300

# Customer Success Roles:
## Where they fit in the customer lifecycle



PO

Go Live

CS Roles

Day 0

Day 1

Day 2

CSM (Free)

Account Manager

SE

PS
(Professional Services)

Support

TAM/RC (Fee based)

Renewals Team

CONFIDENTIAL

NTNX-0057301

# ⟩ Roles: CSM, TAM, Resident Consultants (RC)



| Role | CSM | TAM | RC |
|---|:---:|:---:|:---:|
| Understand customer's goals, create roadmap, and success metrics | ✓ | | |
| Conduct success plan reviews with customer, and identify opportunities for expansion (capacity, features, use case) | ✓ | | |
| Advise the customer on best practices, recent release information, consumption gaps, training resources | ✓ | | |
| Proactively identify customer dis-satisfaction early and engage appropriate teams | ✓ | | |
| Collect data and maintain Customer Insights (use cases, features, utilization, competitive insights etc..) | ✓ | | |
| Drive participation in customer references | ✓ | | |
| Reporting (QBR, weekly ops) on support cases, notifications, alerts etc.. | | ✓ | |
| Upgrade risk analysis (e.g. bug scrubs, version management) | | ✓ | |
| Escalation management via cross-functional co-ordination | | ✓ | |
| Planning and execution to prevent downtime for peak workload durations | | ✓ | |
| Event Analysis for critical issues (root causing, pre-emptive measures etc..) | | ✓ | |
| Systems administration (installation, monitoring, cluster checks, errors, upgrades, maintenance & patches etc..) | | | ✓ |
| Applications specific (maintain image, add users, trouble shooting. E.g. VDI, Biz critical apps) | | | ✓ |
| Post implementation custom project work (e.g. workload migration) | | | ✓ |

CSMs drive customer **success plans** for increased technology adoption, and expansion

TAM is a premium **support** svc focusing on proactive and pre-emptive risk management for a fee

Residents are on-site technical resources driving **Sys Admin** activities for a fee

108

CONFIDENTIAL

NTNX-0057302



# US Federal - Security Certification Asks



The following revenue has been lost or is at risk and requires additional investment in security development and security certification efforts.

| Certification Required | Rev Impact ($M) | Investment Needed |
|---|---|---|
| CAC in Prism Central Feature | $26+ | 1 US Based FTE |
| DISA UC APL Certification | $20+ | $150-350k |
| IPv6 Support | $20+ | Multiple FTEs + $100-250k |
| Trusted Boot-TPM Feature | $3 | Internal Dev Priority |
| DISA STIG - AHV | $6.6 | Internal Dev/PM Priority |
| Common Criteria AHV Cert | $2.3 | $50-250k |
| FIPS140-2 Level 1 | $1.8 | In Process (took 24+ months after initial ask) |
| Local Key Management | $3.3 | In process for 2HFY18 |
| FedRAMP* | $5 | $0.25-1M |

*We cannot sell Xi into the Public Sector space without FedRAMP. $5M is a conservative estimate on the immediate pipeline tracking at existing customers such as JSP, Harris, and DMA. This is a small fraction of the estimated **$4.6B** total addressable cloud computing market in Govt FY18 according to Deltek Research who listed the below quote as bullet #1,

"More FedRAMP certified solutions will make it easier for agencies to find cloud services providers from FY 2017 onward."

CONFIDENTIAL

NTNX-0057303

# FY'18 Financials



US & Canada     LatAm   EMEA     APAC

Channels

Demand gen.

| FY'18 |
|---|
| $63 |
| $5 |
| 12X |

| FY'18 |
|---|
| $19 |
| $0.5 |
| 39X |

Non additive

$75M ISV challenge

CONFIDENTIAL

110

NTNX-0057304



Sales Update
Lou Attanasio

CONFIDENTIAL

NTNX-0057305

# Sales Highlights





All 3 theaters had over 75% YoY Bookings and ISV growth and exceeded targets

Record new logos at over 1,050; Record quarter for new OEM logos at over 300

37% of Total Bookings came from G2000; Record quarter

Strong SMB Quarter at over 20% of Bookings

Ramped Rep productivity over $1.1M for the first time in over 2 years

CONFIDENTIAL

NTNX-0057306



# Sales Focus Areas





 Uncertainty of Dell-EMC partnership despite record quarter in OEM business

 Focus on catching up on hiring as we set stage for continued FY2019 growth

 Need to ensure EMEA repeats strong performance in Q3

 Increased Vertical Focus especially in Healthcare, Financials, and Public Sector

 Focus on Global Accounts

 Pipeline creation and progression from within Sales Org.

113

CONFIDENTIAL

NTNX-0057307

# Full Historical Quarterly Bookings



Legend: HW COGS Eliminated, Bookings

| Quarter | Bookings |
|---|---|
| Q1'15 | 63M |
| Q2'15 | 76M |
| Q3'15 | 92M |
| Q4'15 | 112M |
| Q1'16 | 133M |
| Q2'16 | 146M |
| Q3'16 | 166M |
| Q4'16 | 200M |
| Q1'17 | 220M |
| Q2'17 | 216M |
| Q3'17 | 264M |
| Q4'17 | 322M |
| Q1'18 | 318M (307M + 11M HW COGS Eliminated) |
| Q2'18 | 412M (391M + 21M HW COGS Eliminated) |

CONFIDENTIAL

NTNX-0057308

# Full Historical Quarterly ISV

 



CONFIDENTIAL

NTNX-0057309

# Bookings by Region



| Region | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | FY16 | FY17 | FY18 YTD | Q:Q | Y:Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Americas | 94.2 | 90.1 | 116.2 | 134.2 | 158.2 | 126.7 | 176.3 | 210.7 | 206.4 | 221.3 | 434.6 | 672.0 | 427.8 | 7% | 75% |
| APAC | 13.0 | 21.8 | 19.8 | 27.9 | 30.1 | 39.1 | 37.9 | 48.2 | 51.4 | 70.7 | 82.5 | 155.3 | 122.1 | 38% | 81% |
| EMEA | 25.5 | 34.2 | 29.7 | 37.7 | 31.8 | 50.6 | 50.2 | 63.3 | 48.9 | 98.8 | 127.0 | 195.9 | 147.7 | 102% | 95% |
| Total Bookings | 132.6 | 146.1 | 165.7 | 199.6 | 220.3 | 216.3 | 264.3 | 322.3 | 306.7 | 390.9 | 644.0 | 1023.1 | 697.6 | 27% | 81% |

$'s in millions

116

CONFIDENTIAL

NTNX-0057310

# ISV Bookings by Region



| Region | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | FY16 | FY17 | FY18 YTD | Q:Q | Y:Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Americas | 84.1 | 73.2 | 93.7 | 110.8 | 127.7 | 98.2 | 132.8 | 157.4 | 155.5 | 183.0 | 361.8 | 516.1 | 338.5 | 18% | 86% |
| APAC | 10.4 | 16.6 | 15.1 | 21.4 | 23.0 | 29.2 | 26.7 | 35.9 | 36.6 | 51.4 | 63.5 | 114.8 | 88.0 | 40% | 76% |
| EMEA | 21.2 | 26.8 | 23.7 | 29.6 | 23.2 | 36.8 | 36.0 | 45.1 | 35.1 | 69.2 | 101.3 | 141.1 | 104.3 | 97% | 88% |
| Total Bookings | 115.8 | 116.6 | 132.5 | 161.8 | 174.0 | 164.2 | 195.5 | 238.4 | 227.2 | 303.6 | 526.7 | 772.1 | 530.8 | 34% | 85% |

$'s in millions

117

CONFIDENTIAL

NTNX-0057311

# Q2'18 Performance Summary











CONFIDENTIAL

NTNX-0057312

# Q2'18 Performance Summary (Cont.)


















CONFIDENTIAL

# Sales KPIs



| | Q1'17 Act | Q2'17 Act | Q3'17 Act | Q4'17 Act | Q1'18 Act | Q2'18 Act | Q3'18 Pipe |
|---|---|---|---|---|---|---|---|
| YTD $5M Logos | 2 | 4 | 8 | 12 | 1 | 7 | |
| YTD $3M-$5M Logos | 2 | 5 | 6 | 19 | 5 | 19 | |
| YTD $1M-$3M Logos | 29 | 60 | 98 | 139 | 43 | 81 | |
| | | | | | | | |
| $5M Logos | 2 | 1 | 2 | 3 | 1 | 4 | 9 |
| $3M-$5M Logos | 2 | 1 | 2 | 3 | 5 | 7 | 9 |
| $1M-$3M Logos | 29 | 27 | 28 | 37 | 43 | 43 | 100 |
| | | | | | | | |
| $1M+ Deals as % of Total Bookings | 30% | 32% | 27% | 30% | 32% | 33% | |
| G2K% of Total Bookings | 23% | 25% | 34% | 27% | 25% | 37% | |
| G2K Lifetime $1M+ Customers | 77 | 89 | 108 | 132 | 151 | 168 | |
| | | | | | | | |
| $1M+ SW Deals | 4 | 2 | 5 | 7 | 6 | 12 | |
| Productivity | $967K | $891K | $954K | 1.08M | $925K | $1.18M | |

*Excludes Renewals

CONFIDENTIAL

120

NTNX-0057314



# Q3 Quick Outlook



ISV at $24.8M (as of 02/21) with ~$675M ISV in open pipeline

ISV linearity at 8% of AOP;  Last quarter at 9% QTD and Q3'17 at 7% QTD.

Internal call pointing ISV of  ~$285M against AOP ISV of $300M

OEM closed $4.1M (as of 2/21), w/ ~$89m in open pipeline

CONFIDENTIAL

121

NTNX-0057315



- Backup

CONFIDENTIAL

NTNX-0057316

# Bookings Trends



CONFIDENTIAL

NTNX-0057317

# WW Rep Productivity







*Rep productivity analyses includes contractors*

CONFIDENTIAL

NTNX-0057318

# WW Rep Productivity (ISV)









*Rep productivity analyses includes contractors*

CONFIDENTIAL

NTNX-0057319



# Accounts Detail
## Top 10 Accounts based on Q2'18 Bookings





**New**

| Account Name | Region | Amount (in millions) |
|---|---|---|
|  | APAC | $ 11.8 |
|  | EMEA | $ 2.5 |
|  | NAM | $ 2.5 |
|  | EMEA | $ 2.0 |
|  | NAM | $ 1.9 |
|  | EMEA | $ 1.6 |
|  | NAM | $ 1.2 |
|  | EMEA | $ 1.1 |
|  | EMEA | $ 1.1 |
|  | EMEA | $ 1.1 |

**Existing**

| Account Name | Region | Amount (in millions) |
|---|---|---|
|  | NAM | $ 7.8 |
|  | NAM | $ 6.0 |
|  | NAM | $ 5.8 |
|  | NAM | $ 5.5 |
|  | NAM | $ 4.3 |
|  | NAM | $ 4.2 |
|  | NAM | $ 3.9 |
|  | NAM | $ 3.4 |
|  | NAM | $ 3.1 |
|  | EMEA | $ 3.0 |

CONFIDENTIAL

NTNX-0057320

 # Sales Headcount



|  | Q1'16 (A) | Q2'16 (A) | Q3'16 (A) | Q4'16 (A) | Q1'17 (A) | Q2'17 (A) | Q3'17 (A) | Q4'17 (A) | Q1'18 (A) | Q2'18 (A) |
|---|---|---|---|---|---|---|---|---|---|---|
| Americas | 101 | 118 | 134 | 140 | 152 | 177 | 184 | 194 | 214 | 223 |
| EMEA | 48 | 51 | 60 | 70 | 83 | 88 | 97 | 95 | 104 | 105 |
| APAC | 33 | 38 | 40 | 37 | 54 | 53 | 59 | 68 | 77 | 83 |
| **Total Sales Reps** | **182** | **207** | **234** | **247** | **289** | **318** | **340** | **357** | **395** | **411** |
| Other Sales Employees | 435 | 517 | 581 | 637 | 736 | 809 | 853 | 897 | 960 | 1051 |
| **Total Sales Employees** | **617** | **724** | **815** | **884** | **1025** | **1127** | **1193** | **1254** | **1355** | **1462** |

*\* Number of Employees as of quarter-end*

127

CONFIDENTIAL

NTNX-0057321



CONFIDENTIAL

NTNX-0057322