# Exhibit CCCC



NTNX-0007675

# CREATE

# PROGRESS

# CLOSE












NTNX-0007675

# Executive Summary

**What**

- Pipeline creation linearity is now 5% behind goal

- Existing Business pipeline creation linearity improved to 3% behind with New Business linearity improving to a 7% deficit

- Q2'19 outlook now has a $5M deficit

- Flow pipeline creation is showing more steady progression compared to Calm and Beam

**Why**

- A few large deals in the Americas improved linearity (███████ ██████████████████)

- ████████████████ deal helped improved New Business whereas ███████ ███ helped improve the Existing Business number

- Less pipeline flowing into Q2'19 due to higher loss rates on current quarter and future quarter pipeline

- Gaining momentum on Flow due to AHV attach campaign

**Action**

- Developing Pipeline-as-a-Service program to ~50 reps that will launch imminently

- Launched pull-in channel program in Americas North and West

- Performance-based Marketing Investments

- Developing VMWare Compete and Hardware Refresh Campaigns

- Calm Prospecting Day scheduled for early November



3

NTNX-0007675

# Worldwide Pipeline Creation Linearity

**Q1 ISV Pipe Creation Goal = $1,294m**
**QTD Pipe Created = $933m**



**Worldwide**

% of Q1 Target Pipe Created
% of Pipe Created (historical Q1 Average)

## Key Takeaways

- **Worldwide** - linearity gap decreased to a 5% deficit
- **Americas** – improved to 1% behind linearity (see appendix)
- **EMEA** – remains behind linearity at a 13% deficit (see appendix)
- **APAC** – declined to now a 10% deficit (see appendix)



NTNX-0007675

# Pipeline Creation Triangulation

### Key Takeaways

- **Enterprise** – improved to 6% ahead of linearity (see appendix)

- **Commercial** – improved to over 11% linearity (see appendix)

- **SMB** – Fell to 20% behind linearity (see appendix)



Segment

New vs. Existing

Theater

### Key Takeaways

- **Existing Business** – only 3% behind linearity now (see appendix)
- **New Business** – now 7% behind linearity (see appendix)

### Key Takeaways

- **Worldwide** - linearity gap decreased to a 5% deficit
- **Americas** – improved to 1% behind linearity (see appendix)
- **EMEA** – remains behind linearity at a 13% deficit (see appendix)
- **APAC** – declined to now a 10% deficit (see appendix)



NTNX-0007675

# Q2'19 Outlook

| Segmentation | Booking (Shortfall)/Excess ISV |
|---|---|
| Commercial | $4 |
| Enterprise | ($2) |
| Healthcare | $0 |
| Other | $1 |
| Public Sector (Global) | ($8) |
| SMB | ($3) |
| **Total** | **($7)** |



**Theater**

| New Type | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas | ($5) |
| APAC | ($3) |
| EMEA | ($12) |
| **Total based on Regional rates** | **($20)** |

| Existing Type | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas | $14 |
| APAC | ($0) |
| EMEA | $1 |
| **Total based on Regional rates** | **$14** |

| Theater | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas | $8 |
| APAC | ($3) |
| EMEA | ($11) |
| **Total based on Regional rates** | **($5)** |



6

NTNX-0007675

# Multi-Product Pipeline Creation by Week



**Cumulative Pipe Generated in Quarter ($K)**

Chart legend: Beam · Flow · Calm

| Week | Beam | Flow | Calm |
|------|------|------|------|
| W1 | $18 | $379 | $127 |
| W2 | $18 | $619 | $731 |
| W3 | $28 | $647 | $842 |
| W4 | $28 | $895 | $842 |
| W5 | $40 | $933 | $873 |
| W6 | $59 | $1,896 | $927 |
| W7 | $86 | $2,032 | $1,087 |
| W8 | $109 | $2,329 | $1,095 |
| W9 | $326 | $2,561 | $1,118 |
| W10 | $488 | $2,664 | $1,118 |
| W11 | $488 | $2,701 | $1,282 |

NTNX-0007675

## CREATE



## PROGRESS



## CLOSE









NTNX-0007675

# Executive Summary

| What | Why | Action |
|---|---|---|

**What**

- 65% of our reps still have a gap to their to go target. **53% of reps do not have enough funnel to progress** & make target. **13% have made their target** with a **best case of 47%** and forecast of 35% making target

- **Worldwide Strong Coverage has held steady at 1.0X.** However, APAC dipped slightly below 1.0X this week in Strong Forecast Coverage and Americas dropped even further

- **Only 30% of the Q4, 53% of the August, & 22% of the September Commit slips have closed**. 242 deals committed for September slipped with 17% of those previously committed to the business in August.

**Why**

- As the quarter ends, weak positioned funnel is being moved out and more reps are being exposed against their to go target. Over half of the reps will not achieve their targets unless something new is created

- EMEA's Strong Forecast coverage increased to 1.8X this week without SocGen (sitting in Upside). EMEA's surplus cannot cover the exposure of Americas & APAC. We will need to rely on new additions & Upside to make plan

- When a rep or manager commits a deal to our business, they are stating that, barring any extreme unforeseen circumstances, we will receive this deal. If a Commit deal slips, it should close within a small timeframe from the push – a week to two weeks on average

**Action**

- Need maniacal focus on Strong Forecast funnel to ensure it all closes. Additionally, validation of Upside opportunities needs to continue to ensure we have backfill to slips and gaps

- We need to continue what we have been doing - focus on validating the Upside funnel, identifying key pull ins, identify at risk slip deals early, concentrate on moving the large upside opportunities into Strong Forecast, incent reps to pull in from Q2, etc

- Commit slip close rates this low indicate that the reps either do not understand their client's buying process or are falsely forecasting opportunities. Theater leaders need to hold their RD's accountable for this KPI. That then needs to trickle down to the rep level



9

NTNX-0007675

# Progression Dashboard

## How are my KPI's performing?



NTNX-0007675

# W2W KPI Performance

## How are our KPI's flowing week to week?

65% of our reps have a Gap to Coverage – **1% W2W improvement**

53% of reps do not have enough funnel to close their gap - **11% W2W improvement**

**1% W2W decrease** of Stagnant Stage 1 Leads

Strong Coverage holding at 1.0X – will need to rely on Upside to cover gaps



*Coverage KPI's start tracking after targets were released – Week 04*
*Strong Coverage = Commit + Strong Upside against to go targets*

NTNX-0007675

# Daily Snapshots of Q1 Forecast

What does the flow of our ISV through Forecast Categories look like?



EMEA's SU & Commit continues to increase well above their to go target

APAC's Strong Forecast has dipped below their To Go Target

Americas has yet to cover their to go target with their strong forecast (Commit + SU)

NTNX-0007675

# W2W Funnel Performance

## How are Slips, New Additions & Net Funnel Change performing week to week?



Seventh week in a row of consistent Slip & New Additions driving a flat W2W Net Funnel Change

New Additions has seen a drop over the past 3 weeks that needs to be monitored

NTNX-0007675

# CREATE

# PROGRESS

# CLOSE













14

NTNX-0007675

# Close Model Projections

| Model | Global ($368M Target) | Americas ($238M Target) | EMEA ($61M Target) | APAC ($54M Target) | Renewals ($19.5M Target) |
|---|---|---|---|---|---|
| Internal Pipe Model | $349M (+$5M) | $207M (+$8M) | $65M (+$2M) | $53M (-$5M) | $24M (-) |
| Broderson Model | $350M (-) | $211M (-) | $60M (-) | $55M (-) | $24M (-) |
| FP&A Model | $346M (-$5M) | $211M (-$2M) | $60M (+$1M) | $51M (-$4M) | $24M (-) |
| VP Call | $343M (+$8M) | $210M (+$5M) | $56M (+$3M) | $53M (-) | $24M (-) |

- Models are converging as we enter the final month of the quarter
- A triangulation of the models would put us at ~$347M ISV with all of the calls within $7M
- Taking the highest number for each theater regardless of model would put us at $355M
- Renewals call at $24M helping all of the models increase in value
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages



NTNX-0007675

# Flow Q1'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| ISV Booking Goal | | $778K | $1,345K | $2,951K | $4,648K | $9,722K |
| Pipeline Goal | ~3.5x ISV Goal | $2,723K | $4,708K | $10,328K | $16,268K | $34,026K |
| | | | | | | |
| Booked | 100% | $633K | - | - | - | $633K |
| Pipeline | - | $1,107K | $2,439K | $1,364K | $375K | $5,285 |
| Commit | 72% | $61K | $9K | $0K | $0K | $71K |
| Strong Upside | 45% | $357K | $207K | $0K | $0K | $564K |
| Upside | 16% | $688K | $1,121K | $274K | $14K | $2,098K |
| Pipeline | 12% | $0K | $1,190K | $1,090K | $360K | $2,552K |
| #Deals | - | 22 | 82 | 22 | 9 | 135 |

| Pipe Forecast | Weighted by Stage | $315K | | Based on Commit 72%, Strong Upside 45%, Upside 16% Pipe 12% |
|---|---|---|---|---|
| Total Forecast (Pipe + Booked) | | $948K | | Includes forecast pipe $ + closed ISV bookings |
| GAP | | **$170K** | | - |

## Pipeline Actions

- **Pipe Creation**: 51 deals have been created this quarter with Flow attached.
- **Pipe Progression**: Continuing to work through AHV attach campaign opportunities (14/40 deals with Flow quoted to date)

Note: Forecast <u>ONLY</u> includes opportunities that have a quote.  Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter.  Forecast methodology has limited historical data and is still being refined



NTNX-0007675

# Beam Q1'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| ISV Booking Goal | | $885K | $1,771K | $2,657K | $3,543K | $8,856K |
| Pipeline Goal | ~3.5x ISV Goal | $3,100K | $6,199K | $9,299K | $12,399 | $30,997K |

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| Booked | 100% | $33K | $0K | $0K | $0K | $33K |
| Pipeline | - | $369K | $1,237K | $869K | $1K | $2,475K |
| Commit | 72% | $344K | $0K | $0K | $0K | $344K |
| Strong Upside | 45% | $6K | $22K | $36K | $0K | $64K |
| Upside | 16% | $18K | $474K | $496K | $0K | $988K |
| Pipeline | 12% | $0K | $741K | $338K | $1K | $1,080K |
| #Deals | - | 8 | 16 | 10 | 1 | 35 |

| | | | |
|---|---|---|---|
| Pipe Forecast | Weighted by Stage | $253K | Based on Commit 72%, Strong Upside 45%, Upside 16% Pipe 12% |
| Total Forecast (Pipe + Booked) | | $286K | Includes forecast pipe $ + closed ISV bookings |
| GAP | | **$599K** | - |

## Pipeline Actions

- Deal progress: 4 deals closed in current week worth $12K through digital mode
- Deals moved to Q2: ▪▪▪▪▪▪▪
- Theatre view: Maximum traction in Americas (95% of pipeline value)
- Account outreach update: ▪▪ final stage, ▪▪▪▪▪ in progress

Note: Forecast <u>ONLY</u> includes opportunities that have a quote.  Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter.  Forecast methodology has limited historical data and is still being refined



NTNX-0007675

# Calm Q1'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| ISV Booking Goal | | $700K | $1,400K | $2,100K | $2,800K | $7,000K |
| Pipeline Goal | ~3.5x ISV Goal | $2,471K | $4,943K | $7,415K | $9,887K | $24,717K |

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| Booked | 100% | $402K | $0K | $0K | $0K | $402K |
| Pipeline | - | $232K | $3,612K | $1,335K | $1,806K | $6,984K |
| Commit | 72% | $84K | $0K | $6K | $0K | $90K |
| Strong Upside | 45% | $105K | $112K | $85K | $0K | $302K |
| Upside | 16% | $43K | $2,180K | $810K | $1,545K | $4,578K |
| Pipeline | 12% | $0K | $1,320K | $434K | $261K | $2,015K |
| #Deals | - | 9 | 48 | 27 | 4 | 88 |

| | | |
|---|---|---|
| Pipe Forecast | Weighted by Stage | $115K |
| Total Forecast (Pipe + Booked) | | $517K |
| GAP | | **$183K** |

Based on Commit 72%, Strong Upside 45%, Upside 16% Pipe 12%

Includes forecast pipe $ + closed ISV bookings

-

## Pipeline Actions

- Deal progress: Closed +$11K ██████ and $7K ███████

- Theatre view: EMEA $310K booked, AMER $92K, APAC $0K
- Pipe creation slowing: $850K in Aug, but only $200K each in Sep / Oct
- Q2 needs pipe build (Goal of $1.4M): $3.6K Pipe, but $1M+ likely to be pushed out; ████ $1.4M already moved to Q4

Note: Forecast <u>ONLY</u> includes opportunities that have a quote.  Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter.  Forecast methodology has limited historical data and is still being refined



NTNX-0007675



NTNX-0007675

# Theater Linearity





NUTANIX CONFIDENTIAL

NTNX-0007675

# Account Segmentation









NUTANIX CONFIDENTIAL

NTNX-0007675

# Account Segmentation





NUTANIX CONFIDENTIAL



NTNX-0007675

# New vs. Existing





NUTANIX CONFIDENTIAL



NTNX-0007675

# Americas









NUTANIX CONFIDENTIAL

NTNX-0007675

# Americas





NUTANIX CONFIDENTIAL

NTNX-0007675

# EMEA









NUTANIX CONFIDENTIAL

NTNX-0007675

# EMEA





NUTANIX CONFIDENTIAL

NTNX-0007675

# APAC









NUTANIX CONFIDENTIAL

NTNX-0007675

# APAC







NUTANIX CONFIDENTIAL

NTNX-0007675

# Opportunity Unit Linearity



**Worldwide**

Q1 Opp Creation Goal (unit) = 18,409*74% = 13,705

## Key Takeaways

- Opportunity Unit linearity now at 8% deficit
- Pipeline dollar linearity is 5% deficit implying the deal size of the opportunities is higher than historical averages



NTNX-0007675

# Q2'19 Outlook Regional View

| | Booking (Shortfall)/Excess ISV |
|---|---|
| EMEA CEUR | ($4) |
| EMEA Emerging | ($5) |
| EMEA NEUR | ($0) |
| EMEA SEUR | $2 |
| EMEA WEUR | ($3) |
| Total | ($11) |

| | Booking (Shortfall)/Excess ISV |
|---|---|
| APAC ANZ | ($3) |
| APAC ASEAN | $0 |
| APAC China | $2 |
| APAC HongKong/Taiwan | ($1) |
| India | $1 |
| APAC Japan | ($2) |
| APAC Korea | $0 |
| Total | ($3) |

| | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas Central | $14 |
| Americas East | $6 |
| Americas North | ($6) |
| Americas USA Public Sector | $10 |
| Americas West | ($16) |
| Total | $8 |



NTNX-0007675



# 2018 Q4 Commit Slip Report

Where are the slipped opportunities that were in Commit & slated to close in Q4?

426 Total Slips

70% of the Q4 Commit slips have NOT closed in Q1

59% of the slips are not closed or forecasted in Q1

19% of the slips have been lost or disqualified
−1% W2W degradation

NTNX-0007675

# August Commit Slip Report

### Where are the opportunities that were in Commit for August but slipped?



**208 Total Slips**

**53% of the August Commit slips have closed (+2% W2W)**

**65% of the August Commit slips are forecasted for Q1 or closed (-2% W2W)**

**5% of the slips have been lost or disqualified**

NTNX-0007675

# September Commit Slip Report

## Where are the opportunities that were in Commit for September but slipped?



**242 Total Slips**

**22% of the September Commit slips have closed (+8% W2W)**

**70% of the September Commit slips are forecasted for Q1 or closed (-6% W2W)**

NTNX-0007675

# Top Increases & Bookings

## What are the positive trends in our progression & bookings?

### Booked ISV Linearity vs Week

Quarter:
- Q3-2018
- Q2-2018
- Q4-2018
- Q1-2018
- Q1-2019

### What Top Deals Closed this Week?

| Region | Name | Amount |
|---|---|---|
| USA Federal Civilian | Sean McLaughlin | $2,206K |
| South Central Enterprise Select | Chris Johnson | $1,068K |
| Midwest Enterprise | Mike Jacobs | $1,014K |
| East Enterprise Select | Thomas Franco | $989K |
| Nordics | Rickard Brundin | $957K |
| France | Philippe Gorry | $789K |
| Midwest Enterprise | Mike Jacobs | $541K |
| USA Federal FSI/SP | Peter Stelnyk | $481K |
| Japan West | Kentaro Hamakawa | $407K |
| East Enterprise Select | Adam Connor | $298K |

### What Were the Top Opportunity ISV Increases?
Commit, Strong Upside & Upside Only

| Region | Name | Status | Amount |
|---|---|---|---|
| Lower MidAtlantic Enterprise | AJ Papula | Strong Upside | $462K |
| South Central Enterprise Select | Chris Johnson | Closed | $256K |
| East Commercial | Arnie Boigner | Strong Upside | $220K |
| East Commercial | Arnie Boigner | Strong Upside | $206K |
| UK Enterprise Pioneers | Emma Le Poidevin | Strong Upside | $196K |
| France | Philippe Gorry | Closed | $189K |
| East Healthcare | James Lorenz | Upside | $171K |
| East Commercial | Arnie Boigner | Strong Upside | $167K |
| Germany Corporate | Jörn Henrik Teichmann | Strong Upside | $166K |
| China South | Michael Wen | Strong Upside | $154K |

### What Were the Top Opportunities to Progress to Forecast?
Upside or Pipeline -> Stong Upside or Commit

| Region | Name | Amount |
|---|---|---|
| NY/NJ Financials | Jack Pieracini | $1,000K |
| South Central Enterprise Select | Drew Piersol | $633K |
| Upper MidAtlantic Enterprise | Colin Harvey | $512K |
| NY/NJ Enterprise Select | Mike Agesen | $264K |
| East Commercial | Arnie Boigner | $246K |
| Canada Enterprise | Ivor Rego | $227K |
| Ohio Valley Enterprise | Mark Banbury | $217K |
| East Commercial | Arnie Boigner | $216K |
| East Commercial | Arnie Boigner | $206K |
| New England Commercial | Ryan K. Johnson | $185K |



NTNX-0007675

# New Funnel, New Logo & Top Aged

## Drill down into a few of the Dashboard KPI's

### New Funnel Added This Week
*ISV added new or brought in from another quarter this week*

| Stage | Amount | % |
|---|---|---|
| Closed | $3.6M | 16% |
| Commit | $4.4M | 19% |
| Strong Upside | $6.1M | 27% |
| Upside | $7.3M | 32% |
| Pipeline | $1.4M | 6% |

**$19.7M**

### What are the Top New Logo Opportunities?
*Strong Funnel - (Commit + Strong Upside)*

| Region | Name | | Amount |
|---|---|---|---|
| New South Wales | Catherine Towers | Strong Upside | $1,035K |
| East Commercial | Brian McNenney | Strong Upside | $1,021K |
| New South Wales | Tyler Wellington | Commit | $711K |
| Japan Globals | Sonny Shimamura | Strong Upside | $669K |
| SLED Central | Brad Schulze | Commit | $664K |
| East Commercial | Ricky Skuse | Commit | $609K |
| SoCal Enterprise | Samuel Hernandez | Strong Upside | $608K |
| Queensland & West | Steve Baker | Strong Upside | $536K |
| Victoria & Tasmania | Chris Crampton | Strong Upside | $503K |
| Ohio Valley Enterprise | Nick Hankins | Strong Upside | $456K |

### What are the Top Aged Deals This Week?
*Greater than 180 Days*

| Region | Name | Amount | Days |
|---|---|---|---|
| Switzerland | Olivier Leu | $135K | 1,439 days |
| Latin America | Pedro Daniel Sandalis | $450K | 1,344 days |
| USA Federal FSI/SP | Bob Chagnot | $99K | 1,123 days |
| UK Enterprise Founders | Carol Waring | $57K | 1,037 days |
| China East | Shawn Li | $55K | 1,025 days |
| Latin America | Marcelo Neri | $10K | 1,019 days |
| Netherlands | Antal Verschuuren | $150K | 1,004 days |
| Ireland and Scotland | Conor Mc Kavanagh | $90K | 994 days |
| South Central Commercial | Michael Funes | $38K | 981 days |
| South Central Enterprise Select | Richard Stephens | $294K | 955 days |
| Latin America | Sergio Martin | $210K | 946 days |
| USA Federal FSI/SP | Daniel Cohen | $0K | 879 days |
| USA Federal DOD | Chris Gordon | $223K | 876 days |
| East Healthcare | James Lorenz | $298K | 871 days |
| Korea | Joonhee Kim | $36K | 862 days |
| USA Federal DOD | Chris Gordon | $50K | 851 days |
| Germany Commercial | Sarah Belete | $0K | 850 days |
| Spain & Portugal | Juan Viloria | $47K | 829 days |
| New England Commercial | Trent Tubolino | $102K | 823 days |
| North Central Commercial | Bill Jones | $49K | 820 days |



# Top Decrease Changes

## What are the top decrease movements where we need to focus attention?

### What Top Opportunities Slipped Out of Quarter?
*Commit, Strong Upside & Upside Only*

| | | | |
|---|---|---|---|
| SoCal Enterprise | Fred Mayne | Upside | $4,588K |
| Chicago Enterprise | Tuyen Tran | Upside | $1,375K |
| USA Federal DOD | Jonathan Noland | Upside | $1,046K |
| East Enterprise Select | Jason Heinrich | Strong Upside | $940K |
| NorCal Enterprise | Bryan Acken | Strong Upside | $874K |
| USA Federal DOD | Leslie McIndoe | Upside | $836K |
| Canada Enterprise | Gregg Duncan | Upside | $563K |
| New South Wales | Craig Bartlett | Strong Upside | $544K |
| East Enterprise Select | Johnny Helms | Strong Upside | $540K |

### What Were the Top LOST Deals This Week?
*All Forecast Stages*

| | | |
|---|---|---|
| India South | Ganesh Narayanan | $608K |
| USA Federal Civilian | Sean McLaughlin | $500K |
| Lower MidAtlantic Enterprise | Gus Pastore | $336K |
| South Central Commercial | Aissam Laanaya | $182K |
| France | Pierre-Maurice Delaunay | $177K |
| USA Federal Civilian | Sean McLaughlin | $175K |
| Canada Enterprise | Domenic Leopardi | $171K |
| East Commercial | Justin York | $169K |
| France | Sébastien Morel | $163K |
| New Zealand | Russell Emerson | $154K |

### What Were the Top Opportunity ISV Declines?
*Commit, Strong Upside & Upside Only*

| | | | |
|---|---|---|---|
| NY/NJ Financials | Mark Lyons | Upside | ($647K) |
| Chicago Enterprise | Brian Hinkle | Strong Upside | ($419K) |
| Lower MidAtlantic Enterprise | David McMillan | Commit | ($389K) |
| NY/NJ Commercial | Angelo Cammilleri | Upside | ($377K) |
| Chicago Enterprise | Brian Hinkle | Strong Upside | ($354K) |
| NY/NJ Financials | Andrew Sadai | Upside | ($267K) |
| NY/NJ Financials | Andrew Sadai | Upside | ($250K) |
| South Central Commercial | Michael Funes | Upside | ($228K) |
| BeLux | Nico Wagemans | Strong Upside | ($199K) |

### What Opportunities Dropped from Strong Funnel?
*Stong Upside or Commit -> Upside or Pipeline*

| | | | |
|---|---|---|---|
| Upper MidAtlantic Enterprise | Chip Holcher II | Upside | $801K |
| Mountain Desert Enterprise | Brett Garner | Upside | $305K |
| Middle East | Moh'd Saif | Upside | $294K |
| Canada Enterprise | Ivor Rego | Upside | $249K |
| Mountain Desert Enterprise | Brett Garner | Upside | $243K |
| NY/NJ Financials | Andrew Sadai | Upside | $215K |
| Upper MidAtlantic Enterprise | John Johnson | Upside | $209K |
| North Central Commercial | Josh Lindquist | Upside | $183K |
| North Central Commercial | Bill Jones | Upside | $162K |



NTNX-0007675

# Funnel Increases & Decreases

## Who are the top reps & how are the Regions performing?

| Top 10 Rep Funnel Increases | Q1 |
|---|---|
| SoCal Enterprise | $1,763K |
| East Commercial | $863K |
| NY/NJ Financials | $803K |
| Mountain Desert Enterprise | $597K |
| East Commercial | $558K |
| NY/NJ Commercial | $552K |
| France | $552K |
| South Central Enterprise Select | $510K |
| New England Enterprise | $304K |
| Chicago Enterprise | $288K |

| Top 10 Rep Funnel Declines | Q1 |
|---|---|
| SoCal Enterprise | ($4,563K) |
| Chicago Enterprise | ($1,375K) |
| USA Federal DOD | ($1,292K) |
| USA Federal DOD | ($1,059K) |
| NY/NJ Financials | ($991K) |
| East Enterprise Select | ($955K) |
| NorCal Enterprise | ($874K) |
| New South Wales | ($840K) |
| Chicago Enterprise | ($772K) |
| Canada Enterprise | ($734K) |

| | October | | Q4 | |
|---|---|---|---|---|
| WORLDWIDE | ($44M) | ↓ | ($44M) | ↓ |
| Americas | ($27M) | ↓ | ($27M) | ↓ |
| EMEA | ($8M) | ↓ | ($8M) | ↓ |
| APAC | ($9M) | ↓ | ($9M) | ↓ |

| | Closed | Commit | Strong Upside | Upside | Pipeline |
|---|---|---|---|---|---|
| Americas | $13,691K | $918K | ($15,729K) | ($25,895K) | $233K |
| EMEA | $3,122K | $456K | ($2,322K) | ($9,655K) | $354K |
| APAC | $2,771K | $66K | ($6,036K) | ($5,218K) | ($692K) |



NTNX-0007675

# Funnel Coverage Report – Q1 & Q2

## Q1 Funnel

| | Funnel ISV | SU + Commit ISV | Closed ISV | All Funnel Coverage | Forecast Coverage |
|---|---|---|---|---|---|
| Americas | $154M | $86M | $134M | 1.5 X | 0.8 X |
| EMEA | $51M | $44M | $37M | 2.1 X | 1.8 X |
| APAC | $24M | $19M | $34M | 1.2 X | 1.0 X |

**Worldwide All Funnel Coverage**
1.5 X

**Worldwide Forecast Coverage**
1.0 X

| Funnel ISV | SU + Commit ISV | Closed ISV |
|---|---|---|
| $230M | $149M | $205M |

## Q2 Funnel

| | Funnel ISV | Upside + SU + Commit ISV | All Funnel Coverage | Forecast Coverage |
|---|---|---|---|---|
| Americas | $960M | $522M | 4.1 X | 2.2 X |
| EMEA | $278M | $226M | 2.8 X | 2.3 X |
| APAC | $255M | $129M | 3.9 X | 2.0 X |

**Worldwide All Funnel Coverage**
3.7 X

**Worldwide Coverage Weighting**
2.2 X

| Funnel ISV | Upside + SU + Commit ISV |
|---|---|
| $1,493M | $877M |

NTNX-0007675

# Exhibit DDDD

**To:** Dheeraj Pandey[dheeraj@nutanix.com]; Duston Williams[duston.williams@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]; Ben Gibson (ben.gibson@nutanix.com) [ben.gibson@nutanix.com]
**Cc:** Bill Broderson[bill.broderson@nutanix.com]; Bob Wallace[bob@nutanix.com]; Rickie Goyal[rickie@nutanix.com]; Sridhar Chandran[sridhar.chandran@nutanix.com]; Rodney Foreman[rodney.foreman@nutanix.com]; Paul Mayes[paul.mayes@nutanix.com]; Rukmini Sivaraman[rukmini.sivaraman@nutanix.com]; Thevashen Naidu [thevashen.naidu@nutanix.com]; Min Zhao[min.zhao@nutanix.com]; Mineo Sakan[mineo.sakan@nutanix.com]; Chris Kozup[chris.kozup@nutanix.com]; Chris Kaddaras [chris.kaddaras@nutanix.com]; Sherry Lautenbach[sherry.lautenbach@nutanix.com]; Matt Young[matt@nutanix.com]; Nithen Luthra[nithen.luthra@nutanix.com]
**Bcc:** Daniel Yang[daniel.yang@nutanix.com]; Mike Higashioka[mike.higashioka@nutanix.com]; Christine Cardema[christine.cardema@nutanix.com]; Tony Santini [tony.santini@nutanix.com]; Christopher Lowry[christopher.lowry@nutanix.com]; Tomoko Takeda[tomoko.takeda@nutanix.com]; Cheryl Knight[cheryl.knight@nutanix.com]; Mark Wheeler[mark.wheeler@nutanix.com]; Michael Magura[michael.magura@nutanix.com]; Catherine Liden[Catherine.Liden@nutanix.com]; Subramanyam Ganapathi [subramanyam.ganapath@nutanix.com]; Roger Browne[roger.browne@nutanix.com]
**Sent:** Thur 1/24/2019 12:56:22 PM Pacific Standard Time
**Subject:** War Room Update–Q2'19 Week 12
**Attachment:** War Room Update_01.24.19.pptx

Hi all,

Here is the draft of this week's War Room Report.

<u>Creation Highlights</u>
- **Pipeline unit linearity is at 63% attainment against a 91% linearity goal ; Pipeline creation linearity is at 58% attainment against a 92% linearity goal**
    - Created over 1,300 opportunities last week and need to increase to a 1,500+ run rate https://nutanix.my.salesforce.com/00O0e00000SE3Uk
        - Over 40% of the opps created this week had $0 for ISV amount which a higher number than usual.  This may be a case where reps are focused on closing business instead of updating new opportunities with the appropriate values.
    - Predicting $1,025M pipeline creation for Q2'19 which would represent a 34% increase YoY
    - Sales, Marketing and Channel sourced pipeline creation all projected to increase ~34% YoY
    - Marketing MQLs up 53% YoY and Meetings Set from Marketing Activities are up 28% YoY


- **New vs. Existing Business**
    - New Business pipeline creation linearity is at 51% attainment against a 91% linearity goal
    - Existing Business pipeline creation linearity is at 74% attainment against an 93% linearity goal


- **Q3'19 outlook now has a $34M-$35M deficit**
    - Three cuts of the internal model all have us in the $410M to $411M range off a $445M target
        - Call increased a bit because of less push-out to Q1'20 from a few regions than we anticipated
    - Clari is calling $387M for Q3'19


- **Theater Q3'19 outlook:**
    - Americas (-$11M)--$253M estimated target
    - APAC (+$2M)--$63M estimated target
    - EMEA (-$24M)--$108M estimated target
    - Quotas have not officially been set yet so regional goals at the theater levels are educated guesses


<u>Close Highlights</u>
- **A triangulation of the models would put us at ~$364M ISV for Q2'19**
    - FP&A model is the highest at $370M and Clari call is the lowest at $357M
    - Taking the highest number for each theater regardless of model would put us at $372M
    - Renewals call at $21M is helping all of the models increase in value


<u>Mini-Funnels:</u>
1. **Hardware Refresh:** To date, we have generated $240k in pipeline.  Working with PM and sales to revamp the offer as well as targeting the top accounts first from a prioritization perspective https://nutanix.my.salesforce.com/01Z0e000000f22Q
2. **Channel Pull-In:** Currently pulled in $8.1M with a forecast of $13M
3. **Pipeline as a Service:** 108 opportunities created for $10.2M of pipeline
4. **.NEXT London and On Tours:**  New pipeline created post-show up to $60M off a $117M goal. https://nutanix.my.salesforce.com/01Z0e000000f28T
5. **Workload Expansion in $1M+ Accounts:** Coordinating with Customer Success team on target account list and workloads.  Anticipate program launching in early Q3 timeframe
6. **BAO New Business Pipeline:** 64 reps enrolled in the program and increasing this number with the incremental spend.  $2.7M of pipeline created thus far. https://nutanix.my.salesforce.com/01Z32000000xTB5


<u>War Room Initiatives</u>
**Getting to 1500 opps created per week by end of Q2**
7. **RD spiff for unramped reps to handle more MQLs**—180+ reps identified with 9,000 leads engaged over the past year.  Next step is announce the program and get the lists to the reps for calling
8. **Refresh program; automation, better offer, refined target** list—See #1


**Getting to 2000 opps created per week**

CONFIDENTIAL    NTNX-0069915

10. **DG spend 2.0  weekly accountability: goals down to RDs, start with Americas and APAC first**—Started weekly meetings with the sales team highlighting weekly goals on pipeline and up-funnel metrics such as MQLs
11. **Engage CHMs to help own MQLs**—MQL expansion out of line with SDR growth in capacity.  Next step is to explore A12k vs. non-A12k MQL growth as partners may be able to help service the bottom of the pyramid leads


**Driving Q2 bookings**

11. **Channel pull-in, spend ~$600k for Q2 and broaden target opps** (See #2 above)


**Goal setting**

12. **Re-calibration of quota and pipe allocation: focus on % ramped reps and % "ramped" customers (lifetime bookings), and additional inputs (DG spend, SDRs, CHMs)**—Finance finishing the first cut.  Next steps are to tweak where necessary and communicate to the field teams
13. **Focus primarily on A12k and subset as target accounts for all of the above**


Thanks,

Pipeline War Room Team

CONFIDENTIAL                                                                                                NTNX-0069916



Nutanix Confidential

NTNX-0069917

# CREATE

# PROGRESS

# CLOSE










Nutanix Confidential



NTNX-0069917

# Executive Summary

## What

- Pipeline creation linearity is 34% behind goal

- Existing Business pipeline creation linearity is 19% behind with New Business linearity 40% behind

- Q3'19 outlook now has a $34M-$35M deficit

- Flow pipeline creation is showing steadier progression compared to Calm and Beam

## Why

- Q2 is essentially 11.5 weeks, which makes the historical linearity front-end loaded

- Given large deal swings week-to-week unit linearity is a more consistent way of measuring pipe creation health

## Action

- Doubling down on Tier 1 regions where we have a strong ability to execute across all three functions

- Launched pull-in channel program in Americas North and West and new business incentive program

- Hardware refresh campaign, Pipeline as a Service and Rep Incentive program are all underway



Nutanix Confidential

3

NTNX-0069917

# Worldwide Pipeline Creation Linearity



**Worldwide**

Q2 ISV Pipe Creation Goal = $1,543m
QTD Pipe Created = $902m

### Key Takeaways

- **Worldwide** - linearity gap at 34% deficit
- **Americas** – 43% behind linearity
- **EMEA** – 15% behind linearity
- **APAC** – 28% behind linearity (see appendix)

Nutanix Confidential



4

NTNX-0069917

# Pipeline Creation Triangulation

## Key Takeaways

- **Enterprise** – 31% behind linearity
- **Commercial** – 35% behind linearity
- **SMB** – 29% behind linearity
- **Public Sector** – 43% behind linearity
- **Healthcare** – 29% behind linearity
  (see appendix)



## Key Takeaways

- **Existing Business** – 19% behind linearity
- **New Business** – 40% behind linearity
  (see appendix)

**Theater**

## Key Takeaways

- **Worldwide** - linearity gap at 34% deficit
- **Americas** – 43% behind linearity
- **EMEA** – 15% behind linearity
- **APAC** – 28% behind linearity
  (see appendix)



Nutanix Confidential

NTNX-0069917

# Opportunity Unit Linearity



**Worldwide**

**Q2 Unit Pipe Creation Goal = 19,008**
**QTD Pipe Created =11,986**

### Key Takeaways

- Opportunity Unit linearity at 28% deficit



NTNX-0069917

# Q3'19 Outlook

| Segmentation | Booking (Shortfall)/Excess ISV |
|---|---|
| Commercial | ($5) |
| Enterprise | ($20) |
| Healthcare | $5 |
| Other | $0 |
| Public Sector (Global) | ($17) |
| SMB | $1 |
| **Total** | **($35)** |



**Theater**

| Type | Booking (Shortfall)/Excess ISV |
|---|---|
| New | ($13) |
| Existing | ($21) |
| **Total** | **($34)** |

| Theater | Total Booking Shortfall/Excess ISV |
|---|---|
| Americas | ($11) |
| APAC | $2 |
| EMEA | ($24) |
| **Total based on Regional rates** | **($34)** |

Nutanix Confidential



7

NTNX-0069917

# Multi-Product Pipeline Creation by Week



Cumulative Pipe Generated in Quarter ($K)

NTNX-0069917

# CREATE

# PROGRESS

# CLOSE















Nutanix Confidential



NTNX-0069917

# Funnel Coverage Report – Q2

**Americas**
Public, Central & East are the only Regions that can potentially make target if almost everything they have in funnel closes. Public is the only region with almost enough forecasted to make target.

**EMEA**
EMEA is positioned well with 1.2X in Strong Forecast and 1.5X in All Coverage.

**APAC**
All Coverage decreased to 0.6X from 0.8X last week. There is not enough funnel in Q2 to make their remaining target.



| | Q2 To Go Coverage | Status | Q2 Target | Closed | To Go | Strong Funnel | Strong Coverage | All Funnel | All Coverage |
|---|---|---|---|---|---|---|---|---|---|
| Central | | ▲ | $57.0M | $41.8M | $15.2M | $7.7M | 0.5 X | $19.8M | 1.3 X |
| East | | ▲ | $51.0M | $34.1M | $16.9M | $12.1M | 0.7 X | $18.9M | 1.1 X |
| North | | ✕ | $46.7M | $23.4M | $23.3M | $14.6M | 0.6 X | $20.8M | 0.9 X |
| Public | | ▲ | $36.4M | $25.3M | $11.0M | $10.9M | 1.0 X | $14.1M | 1.3 X |
| West | | ✕ | $46.0M | $16.7M | $29.3M | $14.2M | 0.5 X | $17.4M | 0.6 X |
| EMEA | | ● | $100.8M | $72.7M | $28.1M | $33.4M | 1.2 X | $41.9M | 1.5 X |
| APAC | | ✕ | $65.4M | $38.5M | $26.9M | $13.3M | 0.5 X | $16.6M | 0.6 X |

Legend:
- ■ To Go
- ■ Weak Funnel
- ■ Strong Funnel
- ✕ Not Enough Funnel
- ▲ Funded by All Funnel
- ● Funded by Strong Funnel
- ■ Above 1.0X
- ■ Below 1.0X
- ■ Below 1.4X
- ■ Between 1.4X & 1.8X

NTNX-0069917

# Q2 Funnel Break Down



NTNX-0069917

## CREATE

## PROGRESS

## CLOSE

  

   

Nutanix Confidential



12

NTNX-0069917

# Close Model Projections

| Model | Global ($420M Target) | Americas ($237M Target) | EMEA ($101M Target) | APAC ($65M Target) | Renewals ($17M Target) |
|---|---|---|---|---|---|
| Internal Pipe Model | $368M | $198M | $96M | $53M | $21M |
| Broderson Model | $361M | $192M | $98M | $51M | $21M |
| FP&A Model | $370M | $198M | $96M | $55M | $21M |
| VP Call | $364M | $198M | $93M | $52M | $21M |
| Clari Call | $357M | $191M | $94M | $50M | $21M |

- A triangulation of the models would put us at ~$364M ISV
- Taking the highest number for each theater regardless of model would put us at $372M
- Renewals call at $21M is helping all of the models increase in value



Nutanix Confidential

13

NTNX-0069917

# Flow Q2'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| ISV Booking Goal | | $778K | $1,345K | $2,951K | $4,648K | $9,722K |
| Pipeline Goal | ~3.5x ISV Goal | $2,723K | $4,708K | $10,328K | $16,268K | $34,026K |
| | | | | | | |
| Booked | 100% | $1,096K | $2,270K | $0K | $0K | $3,366K |
| Pipeline | - | - | $1,176K | $3,959K | $2,161K | $7,292K |
| Commit | 73% | - | $160K | $175K | $0K | $334K |
| Strong Upside | 40% | - | $818K | $434K | $21K | $1,273K |
| Upside | 16% | - | $199K | $2,844K | $607K | $3,650K |
| Pipeline | 28% | - | $0K | $506K | $1,535K | $2,039K |
| #Deals Open | - | - | 33 | 120 | 48 | 201 |
| | | | | | | |
| Pipe Forecasted to Close | Weighted by Stage | - | $480K | | | |
| Q2'19 Total Forecast | Includes Booked | - | $2,750K | | | |
| GAP | | - | $1,405K+ | | | |

### Pipeline Highlights

- 169% of quarterly achievement to date
- Focused on building pipe for Q3'19

Note: Forecast ONLY includes opportunities that have a quote. Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter. Forecast methodology has limited historical data and is still being refined



NTNX-0069917

# Beam Q2'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| ISV Booking Goal | | $400K | $800K | $1,200K | $1,600K | $4,000K |
| Pipeline Goal | ~3.5x ISV Goal | $1,400K | $2,400K | $3,600K | $4,800K | $12,200K |
| | | | | | | |
| Booked | 100% | $112K | $474K | $0K | $0K | $586K |
| Pipeline | - | - | $37K | $1,768K | $188K | $1,993K |
| Commit | 73% | - | $6K | $8K | $0K | $15K |
| Strong Upside | 40% | - | $3K | $25K | $0K | $28K |
| Upside | 16% | - | $27K | $499K | $121K | $647K |
| Pipeline | 28% | - | $1K | $1,236K | $67K | $1,304K |
| #Deals Open | - | 7 (Closed) | 32 | 49 | 9 | 99 |
| | | | | | | |
| Pipe Forecasted to Close | Weighted by Stage | - | $10 | | | |
| Q2'19 Total Forecast | Includes Booked | - | $485K | | | |
| GAP | | - | ($315K) | | | |

## Pipeline Highlights

- Total bookings for Q2 at $474k; Large win is ▮▮▮ at $336K and first GSI partner win at $30K
- PoCs/Demos with large marquee names – ▮▮▮▮▮▮▮▮▮▮▮▮ in progress. Expect significant pipeline uptick for Q3
- Top of the funnel has improved but leakage exists from signup to subscription. Current focus is on ABM, list qualification and enrichment work in progress for existing & white space accounts

Note: Forecast ONLY includes opportunities that have a quote. Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter. Forecast methodology has limited historical data and is still being refined



# Calm Q2'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| ISV Booking Goal | | $700K | $1,400K | $2,100K | $2,800K | $7,000K |
| Pipeline Goal | ~3.5x ISV Goal | $2,471K | $4,943K | $7,415K | $9,887K | $24,717K |
| | | | | | | |
| Booked | 100% | $729K | $936K | $0K | $0K | $1,647K |
| Pipeline | - | - | $680K | $4,181K | $3,099K | $7,960K |
| Commit | 73% | - | $29K | $0K | $0K | $22K |
| Strong Upside | 40% | - | $603K | $95K | $91K | $605K |
| Upside | 16% | - | $48K | $1,732K | $2,368K | $4,438K |
| Pipeline | 28% | - | $0K | $2,354K | $640K | $2,908K |
| #Deals Open | - | 15 (Closed) | 32 | 79 | 27 | 138 |
| | | | | | | |
| Pipe Forecasted to Close | Weighted by Stage | - | $284K | | | |
| Q2'19 Total Forecast | Includes Booked | - | $1,179K | | | |
| GAP | | - | ($221K) | | | |

## Pipeline Highlights

- Sales director is calling for $1.3M this quarter (expecting ▉ and a few others to come in) whereas the forecast model is suggesting $1.16M
- 10 Marquee Accts : - Q2 wins at ▉ ($18K) & ▉ ($135K); 5 Marquee accounts deals Closed so far
- NTNX Large deals Attach, Calm Focus & NTNX House Accounts : Outreach done to ~50 accts; Limited pipe impact given no field coverage

Note: Forecast <u>ONLY</u> includes opportunities that have a quote. Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter. Forecast methodology has limited historical data and is still being refined



NTNX-0069917



Nutanix Confidential

NTNX-0069917

# Theater Linearity









NUTANIX CONFIDENTIAL

NTNX-0069917

# Account Segmentation









NUTANIX CONFIDENTIAL



NTNX-0069917

# Account Segmentation





NUTANIX CONFIDENTIAL



NTNX-0069917

# New vs. Existing





NUTANIX CONFIDENTIAL



NTNX-0069917

# Americas









NUTANIX CONFIDENTIAL

NTNX-0069917

# Americas





NUTANIX CONFIDENTIAL

NTNX-0069917

# EMEA









NUTANIX CONFIDENTIAL

NTNX-0069917

# EMEA





NUTANIX CONFIDENTIAL

NTNX-0069917

# APAC











NUTANIX CONFIDENTIAL

NTNX-0069917

# APAC







NUTANIX CONFIDENTIAL

NTNX-0069917

# Q3'19 Outlook Regional View

| EMEA | Total Booking Shortfall/Excess ISV |
|---|---|
| EMEA Central Europe | ($3) |
| EMEA Emerging Markets | ($5) |
| EMEA Nothern Europe | ($4) |
| EMEA Southern Europe | ($6) |
| EMEA Western Europe and Sub | ($5) |
| **Total** | **($24)** |

| APAC | Total Booking Shortfall/Excess ISV |
|---|---|
| APAC ANZ | ($4) |
| APAC ASEAN | $1 |
| APAC China | ($2) |
| APAC Hong Kong/Taiwan | ($1) |
| APAC India | ($1) |
| APAC Japan | $10 |
| APAC Korea | ($1) |
| **Total** | **$2** |

| Americas | Total Booking Shortfall/Excess ISV |
|---|---|
| Americas Central | $6 |
| Americas East | $1 |
| Americas North | $0 |
| Americas USA Public Sector | ($6) |
| Americas West | ($14) |
| **Total** | **($11)** |



NTNX-0069917

# To Go Target Coverage
## GOAL – 39% of To Go Targets either achieved or funded by Strong Funnel



NTNX-0069917

# Weekly Opportunity Create Stats

## How much TCV/quantity of funnel is being created for the future?

**Avg Oppty's Created By Rep per Week**
- 0 or 1
- 2 or 3
- 3 or more



| | QTD Creates | Growth |
|---|---|---|
| 2019 Q2 | 12839 | |
| 2019 Q1 | 14248 | −10% |
| 2018 Q2 | 10610 | 21% |

| Growth | Best | | Worst | |
|---|---|---|---|---|
| 2019 Q1 | EMEA | −3% | Central | −23% |
| 2018 Q2 | EMEA | 43% | Public | 1% |

**(7th week in a row)**

Reps are averaging **2.0** opportunities created per week. No change from last week.

Americas Public continues to have the lowest weekly create average at **1.4** per Rep compared to APAC at **2.5** and Americas East & EMEA at **2.1**

## Q2 Create Summary

| | | TCV | TCV based on Q1 ASP | Weekly Rep Avg (TCV) | Oppty Count | Weekly Rep Avg (Count) |
|---|---|---|---|---|---|---|
| | Central | $113.9M | $210.1M | $139K | 1,269 | 1.5 |
| | East | $77.6M | $250.2M | $106K | 1,511 | 2.1 |
| | North | $131.4M | $170.5M | $203K | 1,030 | 1.6 |
| Worldwide | Public | $70.5M | $134.8M | $119K | 814 | 1.4 |
| | West | $73.5M | $168.9M | $112K | 1,020 | 1.5 |
| | EMEA | $279.3M | $346.6M | $160K | 3,705 | 2.1 |
| | APAC | $165.7M | $254.0M | $117K | 3,604 | 2.5 |
| Worldwide | | $912M | $1,548M | $143K | 12,839 | 2.0 |

## Q2 Create Count by Week

| | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Central | 49 | 116 | 133 | 50 | 129 | 125 | 124 | 123 | 17 | 91 | 126 | 153 | 33 | |
| East | 46 | 116 | 187 | 96 | 148 | 167 | 136 | 163 | 48 | 72 | 112 | 140 | 80 | |
| North | 40 | 104 | 146 | 71 | 102 | 90 | 102 | 98 | 10 | 37 | 93 | 108 | 29 | |
| Public | 38 | 70 | 88 | 43 | 87 | 87 | 83 | 67 | 17 | 49 | 91 | 67 | 27 | |
| West | 48 | 97 | 91 | 54 | 116 | 101 | 93 | 108 | 18 | 42 | 119 | 102 | 31 | |
| EMEA | 94 | 303 | 350 | 375 | 278 | 393 | 364 | 381 | 84 | 123 | 323 | 406 | 231 | |
| APAC | 95 | 305 | 322 | 361 | 359 | 333 | 311 | 342 | 189 | 129 | 298 | 334 | 226 | |
| Worldwide | 405 | 1,101 | 1,305 | 1,034 | 1,208 | 1,284 | 1,202 | 1,269 | 382 | 537 | 1,153 | 1,302 | 657 | |

*This is an allotment of all sources – Sales, Marketing & Channels*
*We are currently in the last week, so those quantities are fluid*

NTNX-0069917

# TCV Weekly Changes – Week 12

**BEST WORST**

**In Millions**

| | Closed Won | Closed Lost & DQ | Slipped | Pulled In & New | Progressed to Strong |
|---|---|---|---|---|---|
| Central | $4.8 | $7.2 | $8.1 | $4.3 | $1.2 |
| East | $1.5 | $2.0 | $6.8 | $1.9 | $2.0 |
| North | $2.7 | $3.0 | $8.9 | $2.1 | $1.0 |
| Public | $1.1 | $1.1 | $6.5 | $1.5 | $2.0 |
| West | $1.5 | $5.9 | $9.7 | $0.6 | $1.6 |
| EMEA | $4.6 | $14.7 | $14.9 | $3.9 | $3.1 |
| APAC | $3.0 | $6.2 | $5.7 | $0.8 | $2.1 |
| **WW** | **$19** | **$40** | **$62** | **$16** | **$13** |



NTNX-0069917



# 2018 Q4 Commit Slip Report

## Where are the slipped opportunities that were in Commit & slated to close in Q4?

**Q4 Commit Win Rates**
80% Americas
81% EMEA
74% APAC
79% WW

**426 Total Slips**

**Q4 Slip Status**

41% Closed ($14.4M)
(0% W2W)

30% Lost ($9.2M)
(+1% W2W)

29% Open ($10.7M)
(-1% W2W)

**$10.7M in TCV that was COMMITED in Q4 is still OPEN**

NTNX-0069917



NTNX-0069917

# Top Funnel Increases & Decreases Week 12

*What were the top Funnel changes last week?*



| **TCV Declines** *Commit, SU & Upside Only* | | | **TOTAL ($8,538K)** |
|---|---|---|---|
| Americas | Central | Upside | ($696K) |
| Americas | North | Strong Upside | ($558K) |
| Americas | Central | Upside | ($504K) |
| Americas | East | Commit | ($504K) |
| Americas | West | Upside | ($429K) |

| **TOTAL $11,250K** | **TCV Increases** *Commit, SU & Upside Only* | | |
|---|---|---|---|
| Americas | North | Commit | $1,743K |
| EMEA | Western & SSA | Strong Upside | $1,052K |
| Americas | North | Upside | $1,040K |
| Americas | Public | Commit | $731K |
| EMEA | Central Europe | Strong Upside | $624K |

| **Slips Out of Quarter** *Commit, SU & Upside Only* | | **TOTAL $61,975K** |
|---|---|---|
| Americas | North | $2,331K |
| Americas | Public | $1,872K |
| Americas | North | $1,403K |
| Americas | Central | $1,362K |
| EMEA | Southern Europe | $1,115K |

| **TOTAL $15,650K** | **New & Pulled-In to Quarter** *Commit, SU & Upside Only* | |
|---|---|---|
| Americas | Central | $1,663K |
| Americas | Central | $1,073K |
| Americas | North | $1,011K |
| EMEA | Central Europe | $712K |
| Americas | North | $445K |

| **Dropped from Strong Forecast** *Strong Upside or Commit -> Upside or Pipeline* | | | **TOTAL $6,003K** |
|---|---|---|---|
| Americas | Central | Upside | $1,647K |
| Americas | Central | Upside | $648K |
| Americas | East | Upside | $504K |
| Americas | North | Upside | $333K |
| EMEA | Western & SSA | Upside | $326K |

| **TOTAL $13,263K** | **Progressed from Weak Forecast** *Upside or Pipeline -> Strong Upside or Commit* | | |
|---|---|---|---|
| Americas | Public | Commit | $1,449K |
| EMEA | Central Europe | Strong Upside | $1,340K |
| APAC | Japan | Strong Upside | $1,309K |
| Americas | East | Strong Upside | $973K |
| Americas | West | Strong Upside | $844K |

NTNX-0069917

# Age Analysis



| Stagnant Stage 1 Leads | | Avg 2019 Won Deal Age | Avg Q2 Commit & SU Age | Strong TCV Over 180 Days | |
|---|---|---|---|---|---|
| 2,691 | $197.0M | 193 | 149 | $32.9M | 260 |

## Stage 1 "Qualified Leads" by Age

| | | < 15 Days | 15 - 30 Days | > 30 Days |
|---|---|---|---|---|
| Americas | | 547 | 174 | 1,968 |
| APAC | | 308 | 69 | 360 |
| EMEA | | 289 | 68 | 364 |
| TOTAL | | 1,144 | 311 | 2,691 |

## Funnel by Age

| | | | |
|---|---|---|---|
| Strong Funnel | < 90 Days | $38.8M | 37% |
| | 90 - 180 Days | $34.5M | 33% |
| | 180 - 365 Days | $21.6M | 20% |
| | > 1 Year | $11.3M | 11% |
| Weak Funnel | < 90 Days | $20.5M | 49% |
| | 90 - 180 Days | $9.5M | 22% |
| | 180 - 365 Days | $7.0M | 17% |
| | > 1 Year | $5.3M | 12% |

## Top Opportunities Over 1 Year Old in Strong Funnel

| | | Age | TCV |
|---|---|---|---|
| EMEA | Commit | 1,151 | $293K |
| EMEA | Strong Upside | 1,138 | $162K |
| APAC | Commit | 1,128 | $33K |
| EMEA | Commit | 1,107 | $108K |
| APAC | Strong Upside | 1,105 | $431K |
| Americas | Commit | 496 | $95K |
| EMEA | Commit | 496 | $24K |
| APAC | Commit | 979 | $73K |
| Americas | Strong Upside | 973 | $399K |
| EMEA | Strong Upside | 898 | $986K |
| Americas | Commit | 432 | $63K |
| EMEA | Commit | 432 | $16K |
| EMEA | Commit | 847 | $108K |
| EMEA | Commit | 831 | $288K |
| EMEA | Strong Upside | 830 | $37K |

NTNX-0069917

# Q2 Weekly Won/Loss Metrics – Week 12



| Won This Week | | | Lost This Week | Disqualified This Week |
|---|---|---|---|---|
| $19.2M | | | $36.1M | $4.3M |

**Top Won Opportunities This Week**

| | Region | Area | Amount |
|---|---|---|---|
| | Americas | Central | $2,946K |
| | APAC | India | $751K |
| | Americas | Public | $710K |
| | Americas | East | $541K |
| | Americas | North | $501K |
| | Americas | North | $225K |
| | Americas | West | $225K |
| | EMEA | Southern Europe | $443K |
| | Americas | West | $329K |
| | Americas | West | $329K |
| | Americas | East | $322K |
| | Americas | North | $295K |
| | Americas | North | $291K |
| | Americas | Central | $220K |

**Top Omitted Opportunities This Week**

| | Region | Area | Status | Amount |
|---|---|---|---|---|
| | Americas | Central | Lost | $1,073K |
| | Americas | Central | Lost | $1,013K |
| | Americas | West | Lost | $963K |
| | Americas | West | Lost | $792K |
| | Americas | West | Lost | $788K |
| | APAC | Japan | Lost | $776K |
| | Americas | West | Lost | $767K |
| | EMEA | Northern Europe | Lost | $540K |
| | EMEA | Central Europe | Lost | $533K |
| | EMEA | Western & SSA | Lost | $532K |
| | EMEA | Western & SSA | Lost | $532K |
| | EMEA | Western & SSA | Lost | $532K |
| | Americas | Public | DQ | $491K |
| | EMEA | Southern Europe | Lost | $382K |

NTNX-0069917